**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | David D. Cleary | **Hearing Date** | August 12, 2024 |
| **Bankruptcy Case** | 24bk11552 | **Adversary No.** | |
| **Title of** | Berkshire Investments, LLC | | |

**Brief Statement of Motion:** Application to Set Hearing on Emergency Motion.   EOD #9

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

**Application is Granted.** Emergency Motion is to be set for hearing on August 14, 2024, at 11:00 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604, or via Zoom for Government - Judge Cleary.

*/s/ David D. Cleary*