UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 24-11552 |
|---|---|---|
| BERKSHIRE INVESTMENTS, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION OF DEBTOR (A) FOR AUTHORITY TO (I) PAY CERTAIN PREPETITION EMPLOYEE WAGES, SALARIES AND OTHER COMPENSATION, (II) PAY AND HONOR EMPLOYEE MEDICAL AND OTHER BENEFITS, AND (III) CONTINUE EMPLOYEE BENEFIT PROGRAMS: (B) TO OBTAIN RELATED RELIEF (C) FOR SHORTENED AND LIMITED NOTICE THEREOF**

    This matter coming to be heard on the motion of Berkshire Investments LLC (the "Debtor"), pursuant to 11 U.S.C. §§ 363, 507, 1107(a) and 1108, for an order authorizing the Debtor to pay certain prepetition employee wage, health insurance, and other related obligations, and for shortened and limited notice thereof (the "Motion"); any capitalized terms not otherwise defined herein having the same meanings as set forth in the Motion; the Court having reviewed the Motion and having determined that cause exists to grant the relief requested therein; and the Court having jurisdiction and the subject matter of the Motion;

   IT IS HEREBY ORDERED:
1. The Motion is granted as set forth herein.
2. The Debtor is authorized, but not directed, to pay, perform, and honor, as applicable, the Prepetition Employee Obligations, including payment to any third parties that provide or aid in the monitoring, processing, or administration of the Prepetition Employee Obligations, as and when such obligations are due; provided, however, that payments of wages and salary to any individual Employee (including Mr. Patrick Balson and Mr. Richard Jenkins) after the Petition date on account of amounts accrued prior to the Petition Date, shall not exceed amounts afforded priority status by sections 507(a)(4) and 507 (a)(5) of the Bankruptcy Code.
3. The Debtor is authorized, but not directed, in its sole discretion to perform, honor, and continue the Employee Insurance Benefits and Employee Benefit Programs in the ordinary course.
4. The relief granted herein shall not constitute or be deemed an assumption or an authorization to assume any executory contract to which the Debtor is a party, including any benefit plans or employment agreements.
5. Due to the immediate and irreparable harm that would occur if the Motion were not granted, the requirements set forth in Fed. R. Bankr. P. 6003(b) are satisfied with respect to the relief granted herein.
6. Notwithstanding Fed. R. Bankr. P. 6004(h), this order shall be effective and enforceable immediately upon its entry.
7. The Debtor is authorized to take all steps necessary to carry out this order.
8. All applicable financial institutions are authorized to process, honor, and pay any and all checks or wire transfer requests, as may be requested by the Debtor to effectuate payment of Prepetiton Employee Obligations.
9. Notwithstanding anything to the contrary contained herein, any payment made or to be made under this order, any authorization contained in the order, or any claim for which payment is authorized hereunder, shall be subject to the requirements imposed on the Debtor under any orders of this Court

approving any debtor in possession financing for, or use of cash collateral by, the Debtor and any budget in connection therewith.

10. Nothing in this order may be constructed as approving any transfer pursuant to 11 U.S.C. § 503(c) and a separate motion shall be filed for any request that could fall within section 503(c).

11. Shortened and limited notice of the Motion is granted, such that the notice period and parties reflected in the certificate of service attached to the Motion are deemed adequate and sufficient under the circumstances, and no other or further notice of the Motion need be given.

Enter:

*/s/ David D. Cleary /PB*

United States Bankruptcy Judge

Dated: August 14, 2024

**Prepared by:**

Steven R. Jakubowski (ARDC #6191960)
Carolina Y. Sales (ARDC #6287277)
ROBBINS DIMONTE, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: 312-782-9000
Fax (312) 456-0191
sjakubowski@robbinsdimonte.com
csales@robbinsdimonte.com
Proposed Counsel for Debtor