# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Berkshire Investments, LLC., ) | Case No. 24-11552 |
| ) | |
| ) | |
| Debtors ) | Honorable David D. Cleary |
| ) | |

## NOTICE OF APPOINTMENT OF
## OFFICIAL UNSECURED CREDITORS' COMMITTEE

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | Premier Metal Services, LLC<br>PO Box 23727<br>Chagrin Falls, OH 44023 | Michael Eisner<br>440-519-1104<br>meisner@premiermetalservices.com |
| 2. | Metalsco, Inc.<br>11006 Manchester Road<br>St. Louis, MO 63122 | Scott Tauben *<br>314-997-5200<br>scott@metalsco.com |
| 3. | Carolina Metals Group, LLC<br>PO Box 559<br>Dallas, NC 28034 | Mike Sordi<br>704-827-1985<br>Mike.sordi@carolinametalsgroup.com |

\*      Interim Chairperson

RESPECTFULLY SUBMITTED
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: August 23, 2024

By: /s/ Joshua D. Greene
Joshua D. Greene, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-2789

## **CERTIFICATE OF SERVICE**

I, Joshua D. Greene

☒ an attorney, certify

that I served a copy of this **NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE**, on each entity shown on the attached list at the address shown and by the method shown on August 23, 2024, at 5:00 p.m.

BY:   */s/ Joshua D. Greene /s/*
Joshua D. Greene, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(312) 886-2789

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants**

- Brian A. Audette     baudette@perkinscoie.com, docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
- William J Factor     wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com
- Steve Jakubowski     sjakubowski@robbinsdimonte.com, steve.jakubowski.lp@gmail.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Carolina Y. Sales     csales@robbinsdimonte.com, mrussell@robbinsdimonte.com;jtronina@robbinsdimonte.com
- Julia Jensen Smolka     jsmolka@robbinsdimonte.com, jtronina@robbinsdimonte.com;mrussell@dimontelaw.com
- Stephen A Yokich     efile@laboradvocates.com, syokich@laboradvocates.com