**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11552 |
| | ) | |
| Berkshire Investments LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |
| Employer's Tax Identification No.: | ) | |
| 20-0200892 | ) | |
| | ) | |

**SCHEDULES TO STALKING HORSE ASSET PURCHASE AGREEMENT**

Dated: August 23, 2024                                     BERKSHIRE INVESTMENTS, LLC

                                                                          By: /s/ Carolina Y. Sales

Steven R. Jakubowski (ARDC #6191960)
Carolina Y. Sales (ARDC #6287277)
ROBBINS DIMONTE, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: 312-456-0191
Fax: 312-782-6690
sjakubowski@robbinsdimonte.com
csales@robbinsdimonte.com
*Proposed Counsel for Debtor*

## SCHEDULE 2.01(a)

### Real Property

1. Lease made and entered into as of March 8, 2023, by and between J2M-CICERO, LLC, an Illinois limited liability company, and BERKSHIRE INVESTMENTS LLC, an Illinois limited liability company, as amended by that certain Settlement Agreement and Mutual Release dated May 1, 2024, by and between Landlord and Tenant (the "**Lease**").

## **SCHEDULE 2.01(d)**

### **Chapter 11 Contracts**

| | **Contract** | **Cure Cost** |
|---|---|---|
| 1. | The Lease | $489,364.13 |
| 2. | The Union Contract | $0 |
| 3. | Purchase Order CX27715, dated March 24, 2022, issued by Seller to Power Parts International Inc. for the Power Supply built for Melter #4 in East Bay- Unit | $66,294 |
| 4. | Master Lease Agreement, dated as of February 2, 2016, by and between Crown Equipment Corporation (as successor to and doing business as Crown Credit Company) and Berkshire Investments LLC, and incorporating (i) that certain Lease Schedule No. 40570150, dated as of January 8, 2020 and (ii) that certain Lease Schedule No. 40678231, dated as of March 2, 2022 | $7,410.47 |
| 5. | Master Lease Agreement – Equipment, dated as of June 9, 2011, by and between Atlas Toyota Material Handling, LLC and Berkshire Investments LLC, incorporating that certain Equipment Schedule No. 11 to Master Lease Agreement – Equipment, dated as of May 27, 2022 | $6,325.71 |

## SCHEDULE 2.01(g)

### Seller Intellectual Property

**Trademarks**

| Jurisdiction | Mark | Registration Number | Registration Date |
|---|---|---|---|
| U.S. | Biobrass | 4,017,616 | 8/30/2011 |
| Czech Republic | Biobrass | 4,017,616 | 8/30/2011 |

**Domain Names**

| Domain Name | Domain Name Registrar | Expiration Date |
|---|---|---|
| http://www.CXMetals.com | GoDaddy.com | March 6, 2025 |

**Assumed Name**

Chicago Extruded Metals Company

# SCHEDULE 2.03

**Assumed Liabilities**

None.

**SCHEDULE 2.06**

**Estimated Purchase Price Worksheet**

*[See attached.]*

**Schedule 2.06**

**Form Estimated Purchase Price Worksheet**

**Purchase Price Calculation**

| | |
|---|---|
| Tramec Credit Bid: | $1,752,339.50 |
| Estimated NELI Portion of the Purchase Price (*detailed calculation of this below*): | $5,021,049.14 |
| Cure Costs: | $569,394.31 |
| Estate Portion of the Purchase Price: | $100,000.00 |
| **Total Estimated Purchase Price:** | **$7,442,782.95** |
| Less Tramec Credit Bid: | ($1,752,339.50) |
| **Total Estimated Cash Portion of the Purchase Price:** | **$5,690,443.45** |

**Note:** The above amounts for the NELI Portion of the Purchase Price and the Cure Costs are estimated as of November 4, 2024, as set forth in Exhibit B to the Post-Petition Credit Agreement.

NELI Estimated Indebtedness Calculation

| | |
|---|---|
| NELI Pre-Petition Revolver Outstanding Balance: | $1,599,989.54 |
| NELI Pre-Petition Term Loan: | $600,787.34 |
| Total NELI Pre-Petition Indebtedness: | $2,200,776.88 |
| Estimated NELI DIP Loan: | $2,820,272.26 |
| **Estimated NELI Portion of the Purchase Price:** | **$5,021,049.14** |

168593712.2

**SCHEDULE 3.04**

**Governmental Authorization**

None.

## **SCHEDULE 3.06**

### **Properties**

1. Under the Lease, Seller conducts its business at a commercial facility located at 1601 South 54th Avenue, Cicero, IL 60804.

# SCHEDULE 5.01

**Conduct of Business**

None