**Fill in this information to identify the case:**

Debtor name    **Berkshire Investments LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **24-11552**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**　　**Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Schaumburg Bank & Trust**<br>**Balance as of 8/8/24**<br>**Closed August 14, 2024 and Money**<br>**Transferred to DIP Account.** | **Operating Account** | **1354** | **$5,462.70** |
| 3.2. **Schaumburg Bank & Trust**<br>**Balance as 8/8/24 $0.00**<br>**Account still open per request of DIP**<br>**Lender to avoid disruption in**<br>**remittances**<br>**Account sweep to lender daily** | **DACA Account** | **1834** | **$0.00** |
| 3.3. **Busey Bank-Closed** | **Operating Account** | **3605** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$5,462.70**

**Part 2:**　　**Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|
| | Name | |

---

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

      11a. 90 days old or less:     **507,678.08**    -    **0.00**   = ....    **$507,678.08**

                        face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        **$507,678.08**

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** <br> **557,727 lbs** | | **$1,827,193.00** | | **$1,827,193.00** |
| 20.   **Work in progress** <br> **Work in progress** | | **$438,688.00** | | **$438,688.00** |
| 21.   **Finished goods, including goods held for resale** <br> **Finished goods** | | **$116,277.00** | | **$116,277.00** |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**
      Add lines 19 through 22.  Copy the total to line 84.        **$2,382,158.00**

24.     **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value       Valuation method       Current Value

| Debtor | **Berkshire Investments LLC** | Case number *(If known)* **24-11552** |
|---|---|---|
| | Name | |

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
◼ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

◼ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
◼ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Exhibit B attached.** | **$189,713.46** | | **$4,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer equipment** | **$190,836.00** | | **$5,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$9,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
◼ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
◼ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
◼ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Exhibit C attached.** | **Unknown** | | **Unknown** |

Debtor  **Berkshire Investments LLC**                          Case number *(If known)* **24-11552**
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **See Exhibit D attached.**                    **$3,240,471.00**                              **$3,240,471.00**

51.  **Total of Part 8.**                                                              | **$3,240,471.00** |

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>**1601 S 54th Avenue, Cicerco, IL 60804.<br>Industrial building.** | **Lease with option to buy back at 1,750,000** | **$0.00** | **N/A** | **$0.00** |

56.  **Total of Part 9.**                                                              | **$0.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **U.S. Trademark-Biobrass** | **$0.00** | | **$0.00** |
| **Czech Republic Trademark-Biobrass** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** **Domain Name: http://www.CXMetals.com** **Domain Name Registrat: GoDaddy.com** **Expiration Date: March 6, 2024** | **Unknown** | | **Unknown** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Berkshire Investments LLC** | Case number *(If known)* **24-11552** |
|--------|-------------------------------|----------------------------------------|
| | Name | |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,462.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $507,678.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,382,158.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,240,471.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,144,769.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,144,769.78 |

# EXHIBIT A

034201

CXM, Inc
A/R Aging
Berkshire Investments LLC
dba/Chicago Extruded Metals

Page  -  1
Date  -  8/20/24
As of  -  08/08/24

| Customer Number/Name | | | Phone Number | | | | Aging | | |
|---|---|---|---|---|---|---|---|---|---|
| Co | Ty | Number | Inv Date | Original | . . . Balance . . . Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |

**3904304 Alard Machine Products** (310) 323-4374

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113292 001 | 12/07/23 | 14,143.70 | 14,143.70 | | | | 14143.70 |
| 00001 | RI | 113293 001 | 12/07/23 | 12,674.99 | 12,674.99 | | | | 12674.99 |
| 00001 | RM | 113655 001 | 05/22/24 | 19,607.54- | 2,315.00- | | | 2315.00- | |
| | | 3904304 Alard Machine Products | | 7,211.15 | 24,503.69 | | | 2315.00- | 26818.69 |

**3888800 Alro Steel Corp / Mill-Jackson** (517) 787-5500

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113672 001 | 06/05/24 | 6,966.00 | 6,966.00 | | | 6966.00 | |
| 00001 | RI | 113673 001 | 06/05/24 | 2,655.00 | 2,655.00 | | | 2655.00 | |
| 00001 | RI | 113674 001 | 06/05/24 | 17,921.49 | 17,921.49 | | | 17921.49 | |
| 00001 | RI | 113794 001 | 08/01/24 | 11,323.90 | 11,323.90 | 11323.90 | | | |
| | | 3888800 Alro Steel Corp / Mill- | | 38,866.39 | 38,866.39 | 11323.90 | | 27542.49 | |

**3910481 Ampco Safety Tools** (972) 276-6181

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113159 001 | 10/23/23 | 6,453.90 | 1,552.77 | | | | 1552.77 |
| 00001 | RM | 113658 001 | 05/22/24 | 12.15- | 12.15- | | | 12.15- | |
| 00001 | RI | 113759 001 | 07/12/24 | 11,604.24 | 11,604.24 | 11604.24 | | | |
| 00001 | RI | 113760 001 | 07/12/24 | 6,925.11 | 6,925.11 | 6925.11 | | | |
| | | 3910481 Ampco Safety Tools | | 24,971.10 | 20,069.97 | 18529.35 | | 12.15- | 1552.77 |

**3911758 Archi Tread Inc** (973) 725-5738

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 111730 001 | 09/30/22 | 6,000.00 | 6,000.00 | | | | 6000.00 |
| 00001 | RI | 112910 001 | 08/11/23 | 4,324.32 | 772.80 | | | | 772.80 |
| | | 3911758 Archi Tread Inc | | 10,324.32 | 6,772.80 | | | | 6772.80 |

**3907089 Architectural Metal Polishing** (862) 255-2606

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RU | 10836 001 | 01/23/23 | 7,986.36- | 7,986.36- | | | | 7986.36- |
| | | 3907089 Architectural Metal Pol | | 7,986.36- | 7,986.36- | | | | 7986.36- |

**3908831 Ashley Ward (Mason OH)** (513) 398-1414

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113597 001 | 04/17/24 | 11,376.64 | 11,376.64 | | | | 11376.64 |
| 00001 | R9 | 18873 001 | 07/01/24 | 16,998.01- | 16,998.01- | | 16998.01- | | |
| 00001 | RI | 113773 001 | 07/19/24 | 7,350.23 | 7,350.23 | 7350.23 | | | |
| 00001 | RI | 113775 001 | 07/19/24 | 9,634.14 | 9,634.14 | 9634.14 | | | |
| | | 3908831 Ashley Ward (Mason OH) | | 11,363.00 | 11,363.00 | 16984.37 | 16998.01- | | 11376.64 |

**3901752 ABC Metals Inc.** (800) 238-8470

| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113766 001 | 07/16/24 | 5,122.00 | 5,122.00 | 5122.00 | | | |

```
034201                                                              Page    -        2
                              CXM, Inc                              Date    -   8/20/24
                              A/R Aging                             As of   -   08/08/24
                        Berkshire Investments LLC
                      dba/Chicago Extruded Metals
```

| Customer Number/Name | Phone Number | | | | | | |
|---|---|---|---|---|---|---|---|
| . . Document Reference . | | . . . Balance . . . | | | . . . . . . . . Aging . . . . | | |
| Co   Ty  Number   Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 | |

```
03901752 ABC Metals Inc.           800   2388470
                                   -----------------
   3901752 ABC Metals Inc.             5,122.00        5,122.00     5122.00


03906473 ALPAX Inc.               (713)  781-1866
   00001 RI  113548 001 04/02/24    19,732.53       19,732.53                                    19732.53
   00001 R9   18872 001 06/27/24    13,189.80-      13,189.80-                 13189.80-
   00001 RI  113815 001 08/08/24    11,988.40       11,988.40     11988.40
                                   -----------------  ----------------- ----------------- ----------------- -----------------
   3906473 ALPAX Inc.               18,531.13       18,531.13     11988.40     13189.80-                   19732.53


3910085 Boston Centerless Inc.    (781)  994-5000
   00001 RI  113553 001 04/04/24     5,113.20        5,113.20                                     5113.20
                                   -----------------  -----------------
   3910085 Boston Centerless Inc.    5,113.20        5,113.20                                     5113.20


3899998 Bralco Metals / Mill-LaMirada (714)  736-4800
   00001 RI  113758 001 07/12/24    23,723.25       23,723.25     23723.25
                                   -----------------  ----------------- -----------------
   3899998 Bralco Metals / Mill-La  23,723.25       23,723.25     23723.25


 70500 Cambridge-Lee LLC / Reading PA (610)  916-7736
   00001 RI  113777 001 07/19/24     8,548.00        8,548.00      8548.00
                                   -----------------  ----------------- -----------------
   70500 Cambridge-Lee LLC / Rea     8,548.00        8,548.00      8548.00


 75500 Central Steel & Wire / Mill-Ch (773)  471-3800
   00001 RI  113796 001 08/01/24     9,586.36        9,586.36      9586.36
                                   -----------------  ----------------- -----------------
   75500 Central Steel & Wire /      9,586.36        9,586.36      9586.36


3911619 Concept Elevator Group, LLC  (786)  845-8955
   00001 RI  113614 001 04/29/24     4,019.34        4,019.34                                     4019.34
                                   -----------------  -----------------
   3911619 Concept Elevator Group,   4,019.34        4,019.34                                     4019.34


 95200 Copper & Brass / Corp office-S (248)  233-5748
   00001 RI  113770 001 07/19/24     7,676.60        7,676.60      7676.60
   00001 RI  113781 001 07/19/24     9,652.18        9,652.18      9652.18
   00001 RI  113785 001 07/25/24    13,472.00           67.36        67.36
                                   -----------------  ----------------- -----------------
   95200 Copper & Brass / Corp o    30,800.78       17,396.14     17396.14
```

```
                                        CXM, Inc                          Page    -        3
                                        A/R Aging                         Date    -   8/20/24
                                   Berkshire Investments LLC              As of   -   08/08/24
                                  dba/Chicago Extruded Metals
```

| Customer Number/Name | Phone Number | | | | | |
|---|---|---|---|---|---|---|
| Document Reference | . . . Balance . . . | | | . . . . . . . Aging . . . . . . . | | |
| Co  Ty  Number   Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |

```
275600 CBS CONCORD ONTARIO      (905)  669-9444
   00001 RI  113638 001 05/10/24    7,479.00        7,479.00                           7479.00
   00001 RI  113653 001 05/22/24   11,433.60        7,050.72                           7050.72
                                  ------------    ------------                      ------------
   275600 CBS CONCORD ONTARIO      18,912.60       14,529.72                          14529.72


3894361 CBS ROCHESTER           (888)  367-5589EXT56713
   00001 RI  112304 001 02/24/23   16,090.00        4,960.36                                       4960.36
                                  ------------    ------------                                   ------------
   3894361 CBS ROCHESTER          16,090.00        4,960.36                                       4960.36


116100 Dill Air Control LLC     (919)  692-2362
   00001 RN   18456 001 04/03/22   31,824.06-      31,824.06-                                     31824.06-
   00001 RU   10805 001 04/27/22   27,233.06-      27,233.06-                                     27233.06-
   00001 R9   18520 001 06/02/22   34,738.02-      34,738.02-                                     34738.02-
   00001 RI  112000 001 11/25/22    8,366.72        8,366.72                                       8366.72
   00001 R9   18856 001 06/04/24   40,145.98-      40,145.98-                           40145.98-
                                  ------------    ------------                      ------------ ------------
   116100 Dill Air Control LLC    125,574.40-     125,574.40-                           40145.98-  85428.42-


3904620 Disneyland Resorts/customer  (714)  781-6397
   00001 RI  113641 001 05/15/24   48,260.20       48,260.20                           48260.20
                                  ------------    ------------                      ------------
   3904620 Disneyland Resorts/cust 48,260.20       48,260.20                           48260.20


3906043 Diversified Industrial Product (631)  761-6200
   00001 RI  113737 001 07/03/24    7,694.00        7,694.00        7694.00
   00001 RI  113738 001 07/03/24   12,508.38       12,508.38       12508.38
                                  ------------    ------------   ------------
   3906043 Diversified Industrial  20,202.38       20,202.38       20202.38


3863101 Dormakaba USA Inc/Parent(formr (317)  849-2250
   00001 RU   10818 001 09/15/22    6,870.59-       6,870.59-                                      6870.59-
                                  ------------    ------------                                   ------------
   3863101 Dormakaba USA Inc/Paren  6,870.59-       6,870.59-                                      6870.59-


49000 Dormakaba/former Best Access/c (317)  849-2250
   00001 RU   10785 001 08/17/21    2,686.92-       2,686.92-                                      2686.92-
   00001 RI  111318 001 07/19/22    1,143.27        1,143.27                                       1143.27
   00001 RM  112571 001 05/10/23      200.00-         200.00-                                        200.00-
   00001 RI  113309 001 12/18/23    6,598.96        6,598.95                                       6598.95
                                  ------------    ------------                                   ------------
   49000 Dormakaba/former Best A     4,855.31        4,855.30                                       4855.30
```

```
034201                                     CXM, Inc                        Page   -      4
                                          A/R Aging                        Date   -   8/20/24
                                    Berkshire Investments LLC              As of  -   08/08/24
                                    dba/Chicago Extruded Metals
```

| Customer Number/Name | | | | Phone Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Document Reference | | | . . . Balance . . . | | | . . . . . . . . Aging . . . . . | | |
| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **3912662 Dual Machine Products** | | | | (905) 890-0365 | | | | | |
| 00001 | RI | 113543 001 | 03/28/24 | 25,721.96 | 25,721.96 | | | | 25721.96 |
| 00001 | RM | 113656 001 | 05/22/24 | 1,015.00- | 1,015.00- | | | 1015.00- | |
| | | 3912662 Dual Machine Products | | 24,706.96 | 24,706.96 | | | 1015.00- | 25721.96 |
| | | | | | | | | | |
| **3906991 Earle M Jorgensen / Pell City** | | | | (800) 377-1116 | | | | | |
| 00001 | RI | 113813 001 | 08/07/24 | 8,385.32 | 8,385.32 | 8385.32 | | | |
| | | 3906991 Earle M Jorgensen / Pel | | 8,385.32 | 8,385.32 | 8385.32 | | | |
| | | | | | | | | | |
| **3911969 Elevator Doors Inc** | | | | (973) 790-9100 | | | | | |
| 00001 | RI | 112561 001 | 05/08/23 | 12,471.06 | 12,471.06 | | | | 12471.06 |
| 00001 | RI | 112833 001 | 07/27/23 | 5,060.72 | 5,060.72 | | | | 5060.72 |
| 00001 | RI | 113307 001 | 12/18/23 | 6,161.40 | 6,161.40 | | | | 6161.40 |
| 00001 | RI | 113308 001 | 12/18/23 | 817.86 | 817.86 | | | | 817.86 |
| | | 3911969 Elevator Doors Inc | | 24,511.04 | 24,511.04 | | | | 24511.04 |
| | | | | | | | | | |
| **3905737 Elgin Fastener Group LLC** | | | | (812) 689-8917 | | | | | |
| 00001 | RI | 112724 001 | 06/27/23 | 51,012.17 | 808.48- | | | | 808.48- |
| 00001 | RI | 113780 001 | 07/19/24 | 9,695.60 | 9,695.60 | 9695.60 | | | |
| | | 3905737 Elgin Fastener Group LL | | 60,707.77 | 8,887.12 | 9695.60 | | | 808.48- |
| | | | | | | | | | |
| **3896287 Emhart Teknologies** | | | | (203) 790-5000 | | | | | |
| 00001 | R9 | 18699 001 | 05/04/23 | 50,545.63- | 32,839.63- | | | | 32839.63- |
| 00001 | RU | 10855 001 | 08/31/23 | 17,378.24- | 17,378.24- | | | | 17378.24- |
| 00001 | R9 | 18775 001 | 09/15/23 | 88,406.59- | 88,406.59- | | | | 88406.59- |
| 00001 | R9 | 18886 001 | 08/06/24 | 16,456.05- | 16,456.05- | 16456.05- | | | |
| | | 3896287 Emhart Teknologies | | 172,786.51- | 155,080.51- | 16456.05- | | | 138624.46- |
| | | | | | | | | | |
| **3912494 FL Crane & Sons Inc** | | | | (731) 376-9984 | | | | | |
| 00001 | RI | 113767 001 | 07/17/24 | 6,407.52 | 6,407.52 | 6407.52 | | | |
| | | 3912494 FL Crane & Sons Inc | | 6,407.52 | 6,407.52 | 6407.52 | | | |
| | | | | | | | | | |
| **3912304 Global Tardif Elevator Mfg.** | | | | (418) 878-4116 | | | | | |
| 00001 | RI | 113232 001 | 11/13/23 | 29,972.00 | 29,972.00 | | | | 29972.00 |
| 00001 | RI | 113233 001 | 11/13/23 | 4,544.32 | 4,544.32 | | | | 4544.32 |
| 00001 | RM | 113274 001 | 12/01/23 | 3,000.00- | 3,000.00- | | | | 3000.00- |
| 00001 | RU | 10876 001 | 06/04/24 | 24,955.77- | 24,955.77- | | | 24955.77- | |
| | | 3912304 Global Tardif Elevator | | 6,560.55 | 6,560.55 | | | 24955.77- | 31516.32 |

034201

CXM, Inc.
A/R Aging
Berkshire Investments LLC
dba/Chicago Extruded Metals

| Customer Number/Name | | | | Phone Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | . Document Reference | | | . . . Balance . . . | | | . . . . . . . . . Aging . . . . . . . . . | | |
| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |

**3912195 Gunderlin Ltd.**   (305) 696-6071

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 112416 001 03/31/23 | | 438.94 | 438.94 | | | | 438.94 |
| | | 3912195 Gunderlin Ltd. | | 438.94 | 438.94 | | | | 438.94 |

**3912523 H&B Elevators**   (612) 728-2771

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113448 001 02/20/24 | | 811.74 | 811.74 | | | | 811.74 |
| 00001 | RI | 113676 001 06/05/24 | | 4,595.49 | 4,595.49 | | | 4595.49 | |
| | | 3912523 H&B Elevators | | 5,407.23 | 5,407.23 | | | 4595.49 | 811.74 |

**180500 Hercules Industries-Mill**   (740) 494-2620

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113747 001 07/12/24 | | 37,359.75 | 37,359.75 | 37359.75 | | | |
| 00001 | R9 | 18880 001 07/18/24 | | 93,894.28- | 93,894.28- | 93894.28- | | | |
| 00001 | RI | 113798 001 08/01/24 | | 59,017.20 | 59,017.20 | 59017.20 | | | |
| 00001 | RI | 113806 001 08/02/24 | | 38,003.50 | 38,003.50 | 38003.50 | | | |
| | | 180500 Hercules Industries-Mil | | 40,486.17 | 40,486.17 | 40486.17 | | | |

**3911539 HB Architectural Lighting Inc**   (718) 989-3870

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 111751 001 10/10/22 | | 3,000.00 | 3,000.00 | | | | 3000.00 |
| 00001 | RI | 112269 001 02/17/23 | | 3,000.00 | 3,000.00 | | | | 3000.00 |
| 00001 | RI | 112330 001 03/06/23 | | 6,338.44 | 6,338.44 | | | | 6338.44 |
| 00001 | RI | 112331 001 03/06/23 | | 2,542.84 | 2,542.84 | | | | 2542.84 |
| 00001 | RI | 112332 001 03/06/23 | | 7,219.70 | 7,219.70 | | | | 7219.70 |
| 00001 | RI | 112333 001 03/06/23 | | 6,074.61 | 6,074.61 | | | | 6074.61 |
| 00001 | RI | 112337 001 03/07/23 | | 2,297.41 | 2,297.41 | | | | 2297.41 |
| 00001 | RI | 112427 001 04/10/23 | | 10,333.76 | 10,333.76 | | | | 10333.76 |
| 00001 | RI | 112428 001 04/10/23 | | 10,524.36 | 10,524.36 | | | | 10524.36 |
| 00001 | RI | 112508 001 04/24/23 | | 3,049.06 | 3,049.06 | | | | 3049.06 |
| 00001 | RI | 112509 001 04/24/23 | | 7,881.71 | 7,881.71 | | | | 7881.71 |
| 00001 | RI | 113142 001 10/20/23 | | 6,330.67 | 6,330.67 | | | | 6330.67 |
| | | 3911539 HB Architectural Lighti | | 68,592.56 | 68,592.56 | | | | 68592.56 |

**3911951 Internacional de Elevatores (M**   (562) 391-9245

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RU | 10824 001 10/20/22 | | 7,422.43- | 7,422.43- | | | | 7422.43- |
| | | 3911951 Internacional de Elevat | | 7,422.43- | 7,422.43- | | | | 7422.43- |

**50900 Julius Blum & Co**   (800) 526-6293

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | RI | 113799 001 08/02/24 | | 3,244.27 | 3,244.26 | 3244.26 | | | |
| 00001 | RI | 113800 001 08/02/24 | | 12,637.30 | 12,637.29 | 12637.29 | | | |
| 00001 | RI | 113801 001 08/02/24 | | 8,124.87 | 8,124.86 | 8124.86 | | | |
| 00001 | RI | 113802 001 08/02/24 | | 2,046.19 | 2,046.18 | 2046.18 | | | |

```
                                    CXM, Inc.                        Page    -        6
                                    A/R Aging                        Date    -   8/20/24
                              Berkshire Investments LLC              As of   -   08/08/24
                              dba/Chicago Extruded Metals
```

| Customer Number/Name | | | | Phone Number | | | | Aging | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
| 50900 | | Julius Blum & Co | | (800) 526-6293 | | | | | |
| 00001 | RI | 113803 001 | 08/02/24 | 7,087.19 | 7,087.18 | 7087.18 | | | |
| 00001 | RI | 113804 001 | 08/02/24 | 4,344.75 | 4,344.74 | 4344.74 | | | |
| 50900 | | Julius Blum & Co | | 37,484.57 | 37,484.51 | 37484.51 | | | |
| 3910051 | | Kelco Metal Service Center | | (781) 871-1776 | | | | | |
| 00001 | RI | 112343 001 | 03/09/23 | 8,739.00 | 3,000.00 | | | | 3000.00 |
| 3910051 | | Kelco Metal Service Cen | | 8,739.00 | 3,000.00 | | | | 3000.00 |
| 207600 | | Killeen Machine Tool - Mill | | (508) 754-1714 | | | | | |
| 00001 | RM | 113659 001 | 05/22/24 | 15,275.40- | 15,275.40- | | | 15275.40- | |
| 00001 | RI | 113744 001 | 07/12/24 | 16,299.41 | 16,299.41 | 16299.41 | | | |
| 00001 | RI | 113746 001 | 07/12/24 | 68,307.22 | 68,307.22 | 68307.22 | | | |
| 207600 | | Killeen Machine Tool - | | 69,331.23 | 69,331.23 | 84606.63 | | 15275.40- | |
| 3898320 | | Kohler Machine Products | | (716) 434-5541 | | | | | |
| 00001 | RI | 113601 001 | 04/19/24 | 15,798.74 | 15,798.74 | | | | 15798.74 |
| 3898320 | | Kohler Machine Products | | 15,798.74 | 15,798.74 | | | | 15798.74 |
| 206500 | | KKSP Precision Machining (K&K | | (630) 260-1735X230 | | | | | |
| 00001 | RI | 113379 001 | 01/05/24 | 18,013.76 | 699.18 | | | | 699.18 |
| 00001 | RI | 113381 001 | 01/05/24 | 17,167.76 | 17,167.76 | | | | 17167.76 |
| 00001 | R9 | 18816 001 | 01/24/24 | 9,010.61- | 9,010.61- | | | | 9010.61- |
| 00001 | RI | 113449 001 | 02/20/24 | 24,126.00 | 19,681.20 | | | | 19681.20 |
| 00001 | RI | 113453 001 | 02/22/24 | 56,845.00 | 53,302.60 | | | | 53302.60 |
| 00001 | RU | 10866 001 | 02/23/24 | 8,930.38- | 8,930.38- | | | | 8930.38- |
| 00001 | R9 | 18825 001 | 02/23/24 | 27,085.66- | 27,085.66- | | | | 27085.66- |
| 00001 | RI | 113474 001 | 02/29/24 | 15,890.00 | 15,890.00 | | | | 15890.00 |
| 00001 | RI | 113478 001 | 02/29/24 | 6,223.60 | 6,223.60 | | | | 6223.60 |
| 00001 | RI | 113479 001 | 02/29/24 | 26,380.84 | 26,380.84 | | | | 26380.84 |
| 00001 | RU | 10868 001 | 03/08/24 | 14,232.11- | 14,232.11- | | | | 14232.11- |
| 00001 | R9 | 18834 001 | 03/27/24 | 20,608.99- | 20,608.99- | | | | 20608.99- |
| 00001 | R9 | 18833 001 | 03/28/24 | 32,941.07- | 32,941.07- | | | | 32941.07- |
| 00001 | R9 | 18843 001 | 04/24/24 | 7,020.64- | 7,020.64- | | | | 7020.64- |
| 00001 | RU | 10871 001 | 04/26/24 | 47,752.79- | 47,752.79- | | | | 47752.79- |
| 00001 | RU | 10872 001 | 05/03/24 | 21,307.01- | 21,307.01- | | | | 21307.01- |
| 00001 | RI | 113788 001 | 07/26/24 | 30,676.00 | 30,676.00 | 30676.00 | | | |
| 206500 | | KKSP Precision Machinin | | 6,433.70 | 18,868.08- | 30676.00 | | | 49544.08- |
| 3908006 | | Mark Thomas Co. | | (507) 794-5100 | | | | | |

```
                              CXM, Inc.                          Page  -      7
                              A/R Aging                          Date  -   8/20/24
                        Berkshire Investments LLC                As of -   08/08/24
                      dba/Chicago Extruded Metals
```

| Customer Number/Name | Phone Number | | | | | | |
|---|---|---|---|---|---|---|---|
| . . Document Reference . . | . . Balance . . . | | | . . . . . . . . . Aging . . . . . . . . | | | |
| Co    Ty  Number     Inv Date | Original | Open | Current | 31 + 60 | 61 - 90 | 91 - 120 | |

```
3908006 Mark Thomas Co.        (507) 794-5100
    00001 RI  113811 001 08/07/24   12,360.50      12,360.50      12360.50

    3908006 Mark Thomas Co.          12,360.50      12,360.50      12360.50


227400 Marshall Excelsior Company  (269) 789-6700
    00001 RI  113769 001 07/19/24   14,347.58      14,347.58      14347.58
    00001 RI  113771 001 07/19/24   30,829.69      30,829.69      30829.69

    227400 Marshall Excelsior Comp   45,177.27      45,177.27      45177.27


229000 Master Lock-Mill/Milwaukee  (414) 766-6255
    00001 RI  113005 001 09/11/23   22,142.16       8,886.24                                           8886.24
    00001 RM  113276 001 12/01/23   22,142.16-     22,142.16-                                         22142.16-

    229000 Master Lock-Mill/Milwau                 13,255.92-                                         13255.92-


3904380 Master Lock-Mill/Nogales AZ  (414) 571-5625EXT3923
    00001 RI  113526 001 03/25/24    8,610.00       8,610.00                                           8610.00
    00001 RI  113712 001 06/26/24    7,222.63       7,222.63                     7222.63
    00001 RI  113713 001 06/26/24    7,126.21       7,126.21                     7126.21

    3904380 Master Lock-Mill/Nogale  22,958.84      22,958.84                   14348.84             8610.00


233500 Medeco Security Locks / Mill  (540) 380-5000
    00001 R9  18864 001 06/18/24      3,098.98-      3,098.98-                   3098.98-
    00001 R9  18868 001 06/18/24      3,098.98       3,098.98                    3098.98
    00001 R9  18869 001 06/18/24      5,770.00-      5,770.00-                   5770.00-
    00001 RI  113693 001 06/19/24    13,571.04      13,571.04                   13571.04
    00001 RI  113708 001 06/25/24    16,072.00      16,072.00                   16072.00
    00001 RI  113709 001 06/25/24    13,968.00      13,968.00                   13968.00
    00001 RI  113710 001 06/25/24     7,318.50       7,318.50                    7318.50
    00001 RI  113711 001 06/25/24    14,683.86      14,683.86                   14683.86
    00001 RI  113728 001 07/01/24    35,058.24      35,058.24                   35058.24
    00001 RI  113736 001 07/03/24    11,147.22      11,147.22                   11147.22
    00001 RI  113739 001 07/03/24    11,907.00      11,907.00                   11907.00
    00001 RI  113740 001 07/03/24    28,370.61      28,370.61                   28370.61
    00001 RI  113741 001 07/03/24    12,474.00      12,474.00                   12474.00
    00001 R9  18874 001 07/08/24    120,892.59-    120,892.59-                 120892.59-
    00001 RI  113742 001 07/12/24    36,658.80      36,658.80       36658.80
    00001 RI  113743 001 07/12/24     8,120.00       8,120.00        8120.00
    00001 R9  18879 001 07/16/24     74,398.10-     74,398.10-                  74398.10-
    00001 RM  113763 001 07/16/24     1,891.35-      1,891.35-       1891.35-
    00001 RM  113764 001 07/16/24     3,430.86-      3,430.86-                   3430.86-
    00001 RM  113765 001 07/16/24     3,889.79-      3,889.79-       3889.79-
    00001 RI  113768 001 07/17/24    55,112.40      55,112.40       55112.40
```

```
034201                              CXM, I                              Page   -        8
                                    A/R Aging                           Date   -  8/20/24
                                Berkshire Investments LLC               As of  -  08/08/24
                               dba/Chicago Extruded Metals
```

```
Customer Number/Name              Phone Number
   . . Document Reference . .       . . . Balance . . .              . . . . . . . . Aging . . . . . . . .
    Co    Ty  Number    Inv Date    Original          Open        Current      31 - 60      61 - 90      91 - 120
```

```
233500 Medeco Security Locks / Mill    (540) 380-5000
     00001 RI   113778 001 07/19/24      67,128.18        67,128.18      67128.18
     00001 RI   113779 001 07/19/24       3,778.28         3,778.28       3778.28
     00001 RI   113789 001 07/26/24       9,307.02         9,307.02       9307.02
     00001 RI   113790 001 07/30/24      12,936.00        12,936.00      12936.00
     00001 RI   113791 001 07/31/24      11,370.94        11,370.94      11370.94
     00001 RI   113807 001 08/02/24       6,090.70         6,090.70       6090.70
     00001 RI   113809 001 08/06/24       7,369.20         7,369.20       7369.20
     00001 R9    18888 001 08/07/24     116,392.17-      116,392.17-    116392.17-
     00001 RI   113810 001 08/07/24       5,636.06         5,636.06       5636.06
     00001 RI   113812 001 08/07/24       9,937.62         9,937.62       9937.62
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     233500 Medeco Security Locks /      71,350.81        71,350.81      33442.93      37907.88

236000 Merit Screw Machine - Mill      (708) 344-9170
     00001 RI   113371 001 01/04/24      10,759.79        10,759.79                                                    10759.79
     00001 RI   113394 001 01/10/24      18,414.00        18,414.00                                                    18414.00
     00001 RI   113395 001 01/10/24       9,877.68         9,877.68                                                     9877.68
     00001 RI   113399 001 01/10/24      12,840.00        12,840.00                                                    12840.00
     00001 RU    10867 001 02/25/24      10,038.30-       10,038.30-                                                   10038.30-
     00001 RN 90018611 001 05/08/24      33,060.31-       33,060.31-                                                   33060.31-
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     236000 Merit Screw Machine - M       8,792.86         8,792.86                                                     8792.86

3897757 Metal Resource Solutions Inc.  (513) 874-7630
     00001 RI   113564 001 04/08/24      12,767.92          228.76                                                      228.76
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     3897757 Metal Resource Solution     12,767.92          228.76                                                      228.76

3910536 Mico Wire & Bar LLC            (224) 888-8257
     00001 RM   112438 001 04/12/23          88.52-           61.72-                                                     61.72-
     00001 RM   113749 001 07/12/24          61.35-           61.35-        61.35-
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     3910536 Mico Wire & Bar LLC           149.87-          123.07-        61.35-                                       61.72-

3897781 MicroPrecision LLC             (262) 728-5262
     00001 RI   113797 001 08/01/24         309.98          309.98        309.98
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     3897781 MicroPrecision LLC            309.98          309.98        309.98

3901445 Midwest Steel Supply Co        (763) 582-1925
     00001 RI   113690 001 06/13/24      25,292.11        25,292.11                     25292.11
                                       ----------------  ---------------- ---------------- ---------------- ---------------- ----------------
     3901445 Midwest Steel Supply Co     25,292.11        25,292.11                     25292.11
```

```
034201                              CXM, Inc.                          Page    -        9
                                    A/R Aging                          Date    -   8/20/24
                               Berkshire Investments LLC               As of   -   08/08/24
                             dba/Chicago Extruded Metals
```

```
Customer Number/Name              Phone Number
   . . Document Reference .       . . . Balance . . .                . . . . . . . . . Aging . . . . . . . . .
     Co    Ty  Number    Inv Date   Original        Open      Current      31 - 60      61 - 90      91 - 120
------------------------------------------------------------------------------------------------------------
3896210 Olympic Metals-Bralco #19  (303)  286-9700
     00001 RI   113808 001 08/06/24    3,290.00     3,290.00   3290.00
                                    ----------------  ----------------
      3896210 Olympic Metals-Bralco #   3,290.00     3,290.00   3290.00


3912857 Otis Elevator / Parent
     00001 RU    10864 001 01/10/24     405.24-       405.24-                                            405.24-
                                    ----------------  ----------------                                 ----------------
      3912857 Otis Elevator / Parent    405.24-       405.24-                                            405.24-


3912435 Otis Elevator Company/OSC-CT (860)  676-6000
     00001 RI   112675 001 06/09/24     387.30        387.30                                            387.30
     00001 RI   112865 001 07/31/23     405.24        405.24                                            405.24
     00001 RI   113256 001 11/21/23     926.40        150.00                                            150.00
     00001 RI   113729 001 07/02/24   21,474.09     21,474.09              21474.09
     00001 RI   113730 001 07/02/24    4,912.92      4,912.92               4912.92
     00001 RI   113731 001 07/02/24   10,189.76     10,189.76              10189.76
     00001 RI   113732 001 07/02/24    8,233.56      8,233.56               8233.56
                                    ----------------  ----------------             ----------------       ----------------
      3912435 Otis Elevator Company/O  46,529.27    45,752.87              44810.33                     942.54


3912312 QuesTek Innovations LLC      (847)  425-8248
     00001 RI   112673 001 06/09/23    8,098.56      8,098.56                                          8098.56
     00001 RI   112936 001 08/18/23    9,227.96      9,227.96                                          9227.96
                                    ----------------  ----------------                                 ----------------
      3912312 QuesTek Innovations LLC  17,326.52    17,326.52                                         17326.52


3911521 Renaissance Genuine Solid Bron (210)  832-8040
     00001 RI   113615 001 04/29/24    8,724.48      8,724.48                                          8724.48
                                    ----------------  ----------------                                 ----------------
      3911521 Renaissance Genuine Sol   8,724.48     8,724.48                                          8724.48


3912734 Roy Elevator Cabs & Entrances (508)  588-9600
     00001 RI   112958 001 08/22/23    3,635.73      3,635.73                                          3635.73
     00001 RI   113176 001 10/30/23    3,116.34      3,116.34                                          3116.34
     00001 RI   113257 001 11/21/23    3,116.34      2,116.34                                          2116.34
     00001 RI   113315 001 12/19/23     322.38        322.38                                           322.38
                                    ----------------  ----------------                                 ----------------
      3912734 Roy Elevator Cabs & Ent  10,190.79     9,190.79                                          9190.79


3902827 Rudy & Associates            (817)  429-6916
     00001 RI   113745 001 07/12/24    8,266.85      8,266.85   8266.85
     00001 RI   113761 001 07/12/24      21.57         21.57      21.57
                                    ----------------  ----------------
      3902827 Rudy & Associates         8,288.42     8,288.42   8288.42
```

034201

CXM, Inc
A/R Aging
Berkshire Investments LLC
dba/Chicago Extruded Metals

Page    -      10
Date    -   8/20/24
As of   -   08/08/24

| Customer Number/Name | | | | Phone Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Document Reference | | . . . Balance . . . | | | . . . . . . . Aging . . . . . . . | | |
| Co | Ty | Number | Inv Date | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3903811 RBC Bearings | | | | (562) 802-2640 | | | | | |
| 00001 | RI | 113165 001 | 10/25/23 | 2,972.32 | 2,972.32 | | | | 2972.32 |
| | | | | | | | | | |
| 3903811 RBC Bearings | | | | 2,972.32 | 2,972.32 | | | | 2972.32 |
| | | | | | | | | | |
| 310000 S & C Electric Company | | | | (312) 338-1000 | | | | | |
| 00001 | RI | 113248 001 | 11/20/23 | 5,463.90 | 5,463.90 | | | | 5463.90 |
| | | | | | | | | | |
| 310000 S & C Electric Company | | | | 5,463.90 | 5,463.90 | | | | 5463.90 |
| | | | | | | | | | |
| 3907003 Sargent & Greenleaf Inc | | | | (859) 241-2249 | | | | | |
| 00001 | RI | 113008 001 | 09/11/23 | 14,000.00 | 14,000.00 | | | | 14000.00 |
| 00001 | RI | 113527 001 | 03/25/24 | 19,590.62 | 19,590.62 | | | | 19590.62 |
| 00001 | R9 | 18845 001 | 04/29/24 | 10,970.78- | 10,970.78- | | | | 10970.78- |
| 00001 | R9 | 18857 001 | 06/05/24 | 8,093.23- | 8,093.23- | | | 8093.23- | |
| 00001 | RI | 113686 001 | 06/13/24 | 2,766.68 | 2,766.68 | | 2766.68 | | |
| 00001 | RI | 113687 001 | 06/13/24 | 9,567.03 | 9,567.03 | | 9567.03 | | |
| 00001 | RI | 113772 001 | 07/19/24 | 6,105.12 | 6,105.12 | 6105.12 | | | |
| 00001 | RI | 113774 001 | 07/19/24 | 6,833.69 | 6,833.69 | 6833.69 | | | |
| 00001 | RI | 113776 001 | 07/19/24 | 6,039.22 | 6,039.22 | 6039.22 | | | |
| 00001 | R9 | 18887 001 | 08/06/24 | 7,395.28- | 7,395.28- | 7395.28- | | | |
| | | | | | | | | | |
| 3907003 Sargent & Greenleaf Inc | | | | 38,443.07 | 38,443.07 | 11582.75 | 12333.71 | 8093.23- | 22619.84 |
| | | | | | | | | | |
| 311800 Sargent Mfg | | | | (203) 562-2151 | | | | | |
| 00001 | RI | 113814 001 | 08/08/24 | 18,931.60 | 18,931.60 | 18931.60 | | | |
| | | | | | | | | | |
| 311800 Sargent Mfg | | | | 18,931.60 | 18,931.60 | 18931.60 | | | |
| | | | | | | | | | |
| 3898573 Schrader Bridgeport Int'l | | | | (434) 369-8824 | | | | | |
| 00001 | RI | 113169 001 | 10/26/23 | 117,363.48 | 26,554.16 | | | | 26554.16 |
| 00001 | RI | 113207 001 | 11/07/23 | 2,700.00 | 2,700.00 | | | | 2700.00 |
| 00001 | RM | 113461 001 | 02/23/24 | 480.00- | 480.00- | | | | 480.00- |
| 00001 | RI | 113640 001 | 05/15/24 | 3,017.55 | 3,017.54 | | | 3017.54 | |
| 00001 | RI | 113648 001 | 05/17/24 | 6,705.48 | 6,705.47 | | | 6705.47 | |
| 00001 | RI | 113649 001 | 05/17/24 | 44,439.85 | 44,439.84 | | | 44439.84 | |
| 00001 | RI | 113651 001 | 05/17/24 | 2,522.32 | 2,522.32 | | | 2522.32 | |
| 00001 | RI | 113679 001 | 06/07/24 | 144,060.00 | 144,060.00 | | | 144060.00 | |
| 00001 | R9 | 18866 001 | 06/19/24 | 101,009.31- | 101,009.31- | | 101009.31- | | |
| 00001 | RI | 113724 001 | 06/28/24 | 24,283.95 | 24,283.95 | | 24283.95 | | |
| 00001 | RI | 113725 001 | 06/28/24 | 122,500.00 | 122,500.00 | 122500.00 | | | |
| 00001 | RI | 113726 001 | 06/28/24 | 25,550.00 | 25,060.00 | 25060.00 | | | |
| 00001 | R9 | 18883 001 | 07/30/24 | 91,182.63- | 91,182.63- | 91182.63- | | | |
| 00001 | RU | 10881 001 | 08/02/24 | 96,587.06- | 96,587.06- | 96587.06- | | | |
| | | | | | | | | | |
| 3898573 Schrader Bridgeport Int | | | | 203,883.63 | 112,584.28 | 187769.69- | 70834.64 | 200745.17 | 28774.16 |

```
034201                              CXM, Inc                              Page    -      11
                                    A/R Aging                             Date    -   8/20/24
                             Berkshire Investments LLC                    As of    -  08/08/24
                           dba/Chicago Extruded Metals
```

```
Customer Number/Name            Phone Number
          . Document Reference  . . . Balance . . .                  . . . . . . Aging . . . . . .
    Co   Ty  Number    Inv Date  Original        Open      Current     31 - 60     61 - 90    91 - 120
------------------------------------------------------------------------------------------------------------
```

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3912646 Schwartz Mfg LLC | | | (574) 642-1257 | | | | | | |
| 00001 RU | 10853 001 | 07/10/23 | 4,010.00- | 1,695.98- | | | | | 1695.98- |
| 00001 RU | 10865 001 | 01/08/24 | 2,314.02- | 2,314.02- | | | | | 2314.02- |
| 00001 RI | 113489 001 | 03/11/24 | 2,492.89 | 2,492.89 | | | | | 2492.89 |
| 00001 RI | 113664 001 | 05/29/24 | 3,000.00 | 3,000.00 | | | 3000.00 | | |
| | | | | | | | | | |
| 3912646 Schwartz Mfg LLC | | | 831.13- | 1,482.89 | | | 3000.00 | | 1517.11- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3902413 Screwmatics of South Carolina | | | (843) 672-3213 | | | | | | |
| 00001 RI | 113718 001 | 06/27/24 | 7,494.00 | 7,494.00 | | 7494.00 | | | |
| | | | | | | | | | |
| 3902413 Screwmatics of South Ca | | | 7,494.00 | 7,494.00 | | 7494.00 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3872630 Sporlan Valve - Mill/Washingto | | | (636) 239-1111 | | | | | | |
| 00001 RI | 113140 001 | 10/19/23 | 7,299.51 | 2,873.76 | | | | | 2873.76 |
| 00001 RU | 10861 001 | 12/20/23 | 8,441.08- | 8,441.08- | | | | | 8441.08- |
| 00001 RI | 113328 001 | 12/21/23 | 5,230.76 | 5,230.76 | | | | | 5230.76 |
| 00001 RM | 113620 001 | 04/30/24 | 614.22- | 614.22- | | | | | 614.22- |
| 00001 RM | 113657 001 | 05/22/24 | 219.24- | 219.24- | | | | 219.24- | |
| 00001 RI | 113701 001 | 06/21/24 | 7,324.51 | 7,324.51 | | 7324.51 | | | |
| 00001 RI | 113784 001 | 07/25/24 | 1,181.89 | 1,181.89 | 1181.89 | | | | |
| 00001 RI | 113786 001 | 07/25/24 | 8,984.40 | 8,984.40 | 8984.40 | | | | |
| 00001 RU | 10880 001 | 07/31/24 | 15,844.86- | 15,844.86- | 15844.86- | | | | |
| 00001 RI | 113792 001 | 07/31/24 | 6,013.82 | 6,013.82 | 6013.82 | | | | |
| | | | | | | | | | |
| 3872630 Sporlan Valve - Mill/Wa | | | 10,915.49 | 6,489.74 | 335.25 | 7324.51 | | 219.24- | 950.78- |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3911598 TK Elevator Mfg Inc | | | (901) 721-4110 | | | | | | |
| 00001 RI | 113264 001 | 11/29/23 | 4,768.02 | 4,768.02 | | | | | 4768.02 |
| 00001 RI | 113284 001 | 12/04/23 | 3,225.96 | 3,225.96 | | | | | 3225.96 |
| 00001 RI | 113670 001 | 06/05/24 | 2,377.36 | 2,377.36 | | | 2377.36 | | |
| 00001 RI | 113782 001 | 07/23/24 | 15,993.36 | 15,993.36 | 15993.36 | | | | |
| 00001 RI | 113783 001 | 07/23/24 | 15,885.48 | 15,885.48 | 15885.48 | | | | |
| | | | | | | | | | |
| 3911598 TK Elevator Mfg Inc | | | 42,250.18 | 42,250.18 | 31878.84 | | 2377.36 | | 7993.98 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 362800 Uniweld Products Inc | | | (954) 584-2000 | | | | | | |
| 00001 RI | 113795 001 | 08/01/24 | 7,127.20 | 7,127.20 | 7127.20 | | | | |
| | | | | | | | | | |
| 362800 Uniweld Products Inc | | | 7,127.20 | 7,127.20 | 7127.20 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 361500 US Brass & Copper - Mill | | | (630) 629-9340 | | | | | | |
| 00001 RI | 112994 001 | 09/05/23 | 45,740.84 | 7,598.00 | | | | | 7598.00 |
| 00001 RM | 113751 001 | 07/12/24 | 7,598.00- | 7,598.00- | 7598.00- | | | | |
| | | | | | | | | | |
| 361500 US Brass & Copper - Mil | | | 38,142.84 | | 7598.00- | | | | 7598.00 |

```
034201                              CXM, Inc.                        Page  -      12
                                    A/R Aging                        Date  -   8/20/24
                              Berkshire Investments LLC              As of  -   08/08/24
                            dba/Chicago Extruded Metals
```

```
Customer Number/Name              Phone Number
  . . Document Reference . .             . . . Balance . . .            . . . . . . . Aging . . . . . . .
   Co   Ty  Number    Inv Date    Original         Open        Current     31 - 60    61 - 90    91 - 120
---------------------------------------------------------------------------------------------------------
```

```
364600 Victor Technologies Group (The (800)  426-1888
   00001 RI  112967 001 08/25/23      8,624.00       7,126.00                                      7126.00
   00001 R9   18823 001 02/19/24     24,199.33-     24,199.33-                                    24199.33-
   00001 RI  113787 001 07/26/24      8,330.00       8,330.00      8330.00
                                 ----------------  ----------------  ----------------
      364600 Victor Technologies Gro    7,245.33-      8,743.33-      8330.00                      17073.33-


3892489 Videx Inc                   (541)  758-0521
   00001 RI  113805 001 08/02/24     14,624.45      14,624.45     14624.45
                                 ----------------  ----------------  ----------------
      3892489 Videx Inc                14,624.45      14,624.45     14624.45


3904945 Weiser Lock Corp/Spectrum Bran (608)  275-3340
   00001 RU   10833 001 12/08/22         74.35-         74.35-                                        74.35-
   00001 RI  112275 001 02/20/23      4,417.20       4,215.94                                      4215.94
   00001 RI  112314 001 02/28/23     24,869.02      24,869.02                                     24869.02
   00001 RI  112315 001 02/28/23      8,135.37       8,135.37                                      8135.37
   00001 RI  112321 001 02/28/23      4,820.00       4,820.00                                      4820.00
   00001 RI  112323 001 02/28/23      4,820.00       4,820.00                                      4820.00
   00001 RM  112475 001 04/20/23      5,180.00-        140.00-                                       140.00-
   00001 RM  112476 001 04/20/23      5,080.00-         90.00-                                        90.00-
   00001 RM  112477 001 04/20/23     10,030.00-         50.00-                                        50.00-
   00001 RM  112478 001 04/20/23      5,180.00-        140.00-                                       140.00-
   00001 RM  112479 001 04/20/23        349.30-          1.92-                                         1.92-
   00001 RM  112480 001 04/20/23      3,463.06-          2.74-                                         2.74-
   00001 RM  112481 001 04/20/23      5,180.00-        140.00-                                       140.00-
   00001 RM  112482 001 04/20/23      5,180.00-        140.00-                                       140.00-
   00001 RM  112483 001 04/20/23      5,180.00-        140.00-                                       140.00-
   00001 RM  112485 001 04/20/23      4,589.60-        525.80-                                       525.80-
   00001 RM  112487 001 04/20/23      4,425.25-        561.00-                                       561.00-
   00001 RM  112488 001 04/20/23      3,511.20-         25.58-                                        25.58-
   00001 RM  112527 001 04/28/23      9,629.92-      9,629.92-                                      9629.92-
   00001 RM  112528 001 04/28/23     37,964.96-     37,964.96-                                     37964.96-
   00001 RM  112529 001 04/28/23     11,390.00-     11,390.00-                                     11390.00-
   00001 RI  112800 001 07/21/23      6,600.80       6,600.80                                      6600.80
   00001 RI  112801 001 07/21/23      5,040.35       5,040.35                                      5040.35
   00001 RI  112803 001 07/21/23      4,901.30       4,901.30                                      4901.30
   00001 RM  113079 001 09/28/23      3,276.72-         86.96-                                        86.96-
   00001 RI  113080 001 09/28/23        186.96         186.96                                        186.96
   00001 R9   18788 001 10/31/23     68,811.12-     68,811.12-                                     68811.12-
   00001 R9   18791 001 11/29/23     60,918.87-     60,918.87-                                     60918.87-
   00001 R9   18810 001 12/28/23     81,139.41-     81,139.41-                                     81139.41-
   00001 R9   18818 001 01/26/24     75,638.60-     75,638.60-                                     75638.60-
   00001 RI  113512 001 03/18/24      3,552.57       3,552.56                                      3552.56
   00001 RI  113513 001 03/18/24      2,794.49       2,794.48                                      2794.48
   00001 R9   18830 001 03/21/24     90,001.35-     90,001.35-                                     90001.35-
   00001 RI  113528 001 03/25/24      1,752.13       1,752.12                                      1752.12
   00001 RI  113529 001 03/25/24      3,187.95       3,187.94                                      3187.94
```

```
034201                              CXM, Inc                          Page    -       13
                                    A/R Aging                         Date    -   8/20/24
                              Berkshire Investments LLC               As of   -   08/08/24
                              dba/Chicago Extruded Metals
```

Customer Number/Name              Phone Number
. . Document Reference            . . . Balance . . .                       . . . . . . . Aging . . . . . . .
   Co   Ty  Number    Inv Date    Original          Open          Current     31 - 60      61 - 90      91 - 120

| | | | | Original | Open | Current | 31 - 60 | 61 - 90 | 91 - 120 |
|---|---|---|---|---|---|---|---|---|---|
| 3904945 Weiser Lock Corp/Spectrum Bran (608) 275-3340 | | | | | | | | | |
| 00001 | RI | 113530 001 | 03/25/24 | 3,941.91 | 3,941.90 | | | | 3941.90 |
| 00001 | RI | 113531 001 | 03/25/24 | 3,591.71 | 3,591.70 | | | | 3591.70 |
| 00001 | RI | 113532 001 | 03/25/24 | 4,947.19 | 4,947.18 | | | | 4947.18 |
| 00001 | RI | 113554 001 | 04/04/24 | 3,911.01 | 3,911.01 | | | | 3911.01 |
| 00001 | RI | 113555 001 | 04/04/24 | 7,359.45 | 7,359.45 | | | | 7359.45 |
| 00001 | RI | 113556 001 | 04/04/24 | 3,301.25 | 3,301.25 | | | | 3301.25 |
| 00001 | RI | 113557 001 | 04/04/24 | 4,941.01 | 4,941.01 | | | | 4941.01 |
| 00001 | RI | 113558 001 | 04/04/24 | 5,722.49 | 5,722.49 | | | | 5722.49 |
| 00001 | RI | 113559 001 | 04/04/24 | 3,288.89 | 3,288.89 | | | | 3288.89 |
| 00001 | RI | 113560 001 | 04/04/24 | 4,182.93 | 4,182.93 | | | | 4182.93 |
| 00001 | RI | 113561 001 | 04/04/24 | 3,824.49 | 3,824.49 | | | | 3824.49 |
| 00001 | RI | 113562 001 | 04/04/24 | 4,211.77 | 4,211.77 | | | | 4211.77 |
| 00001 | RI | 113570 001 | 04/09/24 | 4,796.81 | 4,796.80 | | | | 4796.80 |
| 00001 | RI | 113571 001 | 04/09/24 | 3,396.00 | 3,396.00 | | | | 3396.00 |
| 00001 | RI | 113572 001 | 04/09/24 | 4,821.53 | 4,821.52 | | | | 4821.52 |
| 00001 | RI | 113573 001 | 04/09/24 | 4,104.65 | 4,104.64 | | | | 4104.64 |
| 00001 | RI | 113574 001 | 04/09/24 | 3,196.19 | 3,196.18 | | | | 3196.18 |
| 00001 | RI | 113584 001 | 04/11/24 | 1,208.29 | 1,208.29 | | | | 1208.29 |
| 3904945 Weiser Lock Corp/Spectr | | | | 346,367.99- | 287,988.24- | | | | 287988.24- |
| | | | | | | | | | |
| 3911601 Wittur USA Inc. | | | (216) 524-0100 | | | | | | |
| 00001 | RI | 112962 001 | 08/24/23 | 43,036.24 | 12,900.30 | | | | 12900.30 |
| 00001 | RM | 113153 001 | 10/23/23 | 59.34- | 59.34- | | | | 59.34- |
| 00001 | RI | 113793 001 | 08/01/24 | 3,936.24 | 3,936.24 | 3936.24 | | | |
| 3911601 Wittur USA Inc. | | | | 46,913.14 | 16,777.20 | 3936.24 | | | 12840.96 |
| | | | | | | | | | |
| 3912591 YTS Co | | | | | | | | | |
| 00001 | RU | 10873 001 | 05/08/24 | 14,057.71- | 14,057.71- | | | | 14057.71- |
| 00001 | RI | 113643 001 | 05/15/24 | 13,965.80 | 13,965.80 | | | 13965.80 | |
| 00001 | RU | 10877 001 | 06/21/24 | 20,018.00- | 20,018.00- | | 20018.00- | | |
| 3912591 YTS Co | | | | 20,109.91- | 20,109.91- | | 20018.00- | 13965.80 | 14057.71- |
| | | | | | | | | | |
| Grand Total - | | | | 725,263.64 | 507,678.08 | 328673.86 | 190342.59 | 222984.46 | 234322.83- |

# EXHIBIT B

CHICAGO EXTRUDED METALS COMPANY DISCLOSURE SCHEDULES

## 5. FURNITURE & FIXTURES
See list of items by office or area

## Receiving & QC

From:  Tony Binfa (tbinfa@cxm.com)

To:       djenkins@cxm.com

Cc:       tbinfa@cxm.com

Date:   Wednesday, May 29, 2024 at 06:04 AM CDT

Desk = 4
Computers = 3
File cabinets = 7
Scanners = 2
Printers = 1

## Casting east-Lab-Maint-Die room-Scale office-Marcin office-Fernando's office-Finishing office

From: Tony Binfa (tbinfa@cxm.com)

To:     djenkins@cxm.com

Cc:     tbinfa@cxm.com

Date:  Wednesday, May 29, 2024 at 09:43 AM CDT

### East casting:

Desk= 1
Computers = 1
File cabinet = 1
Chairs = 5
Scanners = 1
Printers = 1
Dual Air condition = 1

### Laboratory:

Desk = 4
Computers = 8
File cabinets = 22
Chairs = 7
Scanners = 0
Printers = 1
Spectrometers = 2
Camera monitor = 1

### Maintenance & Engineer office 2nd floor :

Desk = 5
Computers = 4
File cabinets = 12
Chairs = 15
Scanners = 0
Conference table = 1
Printers = 2

### Die room & Engineer office :

-
Desk = 2
Computers = 4
File cabinets = 6
Chairs = 5
Scanners = 1
Printers = 2

**Scale office :**

Desk = 2
Computers = 0
File cabinets = 1
Chairs = 2
Scanners = 0
Printers = 1
Scale printer = 1

**Marcin office :**

Desk = 1
Computers = 1 w/ 2 monitors
File cabinets = 1
Chairs = 4
Scanners = 1
Printers = 1
Dual Air condition = 1

**Fernando's office :**

Desk = 1
Computers = 1 w/ 2 monitors
File cabinets = 1
Chairs = 3
Scanners = 1
Printers = 1
Air condition = 1

**Aaron office :**

Desk = 1
Computers = 1 w/2 monitors
File cabinets = 2
Chairs = 4
Scanners = 0
Printers = 1
Dual Air condition = 1

**Finishing office :**

Desk = 6
Computers = 2
File cabinets = 10
Chairs = 5
Scanner = 1
Printers = 1

**Security main desk:**

Desk = 1 ( oval )

Camera monitor = 2
File cabinet = 0
Chairs = 2
Scanners = 0
Printers = 0

-

-

-

# EXHIBIT C

CHICAGO EXTRUDED METALS COMPANY DISCLOSURE SCHEDULES

8.  VEHICLES

# CXM Fork Lifts + Tuggar + Loading Vehicles

Toyota Squeezer,Jeep
Serial # 13165
Model # 8FGC35U-BCS          Receiving

Crown,Jeep
Serial # FGD0A-2720-0032
Model # CGC355-5          Press

Toyota,Jeep
Serial # 64585
Model # 7FGCU35      Maintanance

Electric Toyota Jeep (1)
Serial # 17923
Model # 7FBEU15      Maintanance

Caterpillar,Jeep
Serial # AT87B00899
Model # GC40K      Finishing

Electric Toyota Jeep ( 2)
Serial # 17895
Model # &FBEU15      Jeep,down

Crown Jeep
Serial # 9A225502      Shipping

Sweep Max Plus
Serial # S30-7207

Orange Tuggar
Serial # 1046288
Model # T-210      Tuggar,down

Tuggar, Gray for finishing
Serial # ?
Model # ?      Not Available

Toyota Fork,Jeep
Serial # 71839
Model # 7FGCU45-BCS          Jeep,Down

Electric Jeep (3)
ID # 3523
5FBE1515072          Jeep,down

Bob Cat, Caterpillar
Serial # B3500021516
Model # CAT 246-D    Casting

Boom  X4-487
Serial # 0300078750
Model # E400-AN

Toyota coil loader (1)
Serial # 7HBW23-32855
Model # 7HBW23          Finishing

Toyota coil loader (2)
Serial # 7HBW23-32647
Model # 7HBW23          Finishing
                                                         Down

Toyota coil loader (3)
Serial # 7HBW23-32854
Model # 7HBW23          Finishing

# EXHIBIT D

CHICAGO EXTRUDED METALS COMPANY DISCLOSURE SCHEDULES

3.  Machinery & Equipment listing

*3*

October 23, 2023

## CXM MACHINERY & EQUIPMENT LISTINGS

SECTION 1   GREAT AMERICAN GROUP M & E APPRAISAL- 11/28/16  Pg 1- 21

SECTION 2  NEW SILL PRODUCTION EQUIPMENT LISTING 2022- Pg 22 – 27

SECTION 3- NEW EQUIPMENT PURCHASED SINCE 2016 APPRAISAL Pg 28 - 32



**Berkshire Investments, LLC dba/Chicago Extruded**
**Metals Company**
**Definitions**

Exhibit B

GA has utilized the following number for each location.

| Location | Location # |
|---|---|
| Cicero, Illinois | 1 |

GA has adopted the following definitions to identify and distinguish the varying types of machinery and equipment on the market.

| Class | Abbreviation | Definition |
|---|---|---|
| Laboratory and Test Equipment | L | Equipment utilized for the operation of a laboratory or test facility, such as microscopes, clean tables, fume hoods, spectrographs, ovens, etc. |
| Production Machinery | M | The major physical facilities and equipment necessary to an enterprise for production, manufacturing and/or industrial purposes.  Usually represents a large percentage of the total value of a plant. |
| Mobile Equipment | ME | Equipment that is mobile or portable by nature, generally used to lift and/or transport product, debris, or items around a facility, or assist in the facilitation of the same. |
| Material Handling and Storage Equipment | MH | Equipment utilized in warehouse and distribution, such as racking, conveyor systems, pallet jacks, etc. |
| Support Equipment | SE | Machinery that maintains or increases the ability and capacity of the Production Machinery. |

In accordance with ASA suggestions, GA has adopted the following definitions to identify the overall condition of an item.  See limitations section for further data regarding interpretation of condition codes.

| Condition | Abbreviation | Definition |
|---|---|---|
| Excellent | E | Near new condition; Very little use, very low hours or miles; May or may not be recently purchased |
| Very Good | VG | Above average condition; May have been refurbished or rebuilt or may not have been used enough to require such efforts |
| Good | G | Good or average condition and appearance; No known defects or serious problems; Repair or refurbishment not necessary |
| Fair | F | May require repair or refurbishment soon; Appears to have seen extensive service; May be aged, have suffered hard use or may be visually unattractive to potential buyers |
| Poor | P | Item appears worn; Requires major repairs or refurbishment; Visually unattractive to potential buyers |
| Salvage | S | Value in some or all unit components as reusable or spare parts only; Little other value |
| Scrap | X | No longer serviceable; Little or no value other than for materials contained |
| Unused | U | Unused item; May or may not be installed; Cannot be remarketed as a new item |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **CASTING AREA** | | | |
| 1 | 1 | 1 | N/A | 2009 | PRAB | N/A | N/A | M | CASTING FEED SYSTEM, W/ 59" X 126" X 40" LIVE BOTTOM FEED BIN, 30" X 30' CONVEYOR, 30" X 20' INCLINED CONVEYOR, 30" X 30' INCLINED CONVEYOR, 60" X 120" X 24" LIVE BOTTOM FEED BIN, APPROXIMATELY 30" X 25' CONVEYOR | G | $10,000 | $15,000 |
| 2 | 1 | 1 | N/A | N/A | CONCO | N/A | 980 | MH | BRIDGE CRANE, 15-TON CAPACITY X 80' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 15-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $8,000 | $10,000 |
| 3 | 1 | 1 | N/A | N/A | CONCO | N/A | 301 | MH | BRIDGE CRANE, 15-TON CAPACITY X 80' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 15-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $8,000 | $10,000 |
| 4 | 1 | 1 | N/A | N/A | CONCO | N/A | 303 | MH | BRIDGE CRANE, 20-TON CAPACITY X 60' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 20-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $10,000 | $15,000 |
| 5 | 1 | 1 | N/A | N/A | CONCO | N/A | 986 | MH | BRIDGE CRANE, 7 1/2-TON CAPACITY X 60' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 7 1/2-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $7,000 | $8,000 |
| 6 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | SE | COOLING WATER SYSTEM, CONSISTING OF: (4) 2006 AEC SERIES FG COOLING TOWER, 250-TON CAPACITY, 220,000-BTU, W/ TOP MOUNTED BLOWER; (1) 2013 EVAPCO ESWA.316-33L COOLING TOWER, 800-TON CAPACITY, S/N 13-526789; (1) AEC CHILLED WATER RECIRCULATION TANK, 6,000-GALLON CAPACITY, STAINLESS STEEL CONSTRUCTION, W/ (6) SCOTT 30-HP RECIRCULATION PUMPS, (2) OMRON MODEL E5AK CONTROL; (1) ASSOCIATED PIPING, VALVES, AND CONTROLS | G | $30,000 | $35,000 |
| 7 | 1 | 1 | L1/L2 | N/A | N/A | N/A | N/A | M | CONTINUOUS HORIZONTAL CASTING LINE, CONSISTING OF: (1) FEED BIN, 6' X 6' X 4', W/ VIBRATORY EXIT CONVEYOR; (1) FEED BIN, APPROXIMATELY 4'W X 10'L X 3'H, W/ BOTTOM MOUNTED CONVEYOR; (1) 1978 AJAX MAGNETHERMIC 75 SERIES RE20/4000 INDUCTION FURNACE, 40,000-LB CAPACITY, 24,000-LB PER HOUR CAPACITY, 4,000-KW, W/ REFRACTORY LINING, YOKE ASSEMBLY, | G | $250,000 | $300,000 |

Effective Date: November 28, 2016



| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | HYDRAULIC TILT, BACT MODEL 0788 WET HOOD FEED SYSTEM [NEW], TRANSFORMER, SPARE COIL, ASSOCIATED FIXTURES AND CONTROLS, S/N M-4860; | | | |
| | | | | | | | | | (1) AJAX MAGNETHERMIC 2GT2 INDUCTION FURNACE, 30,000-LB CAPACITY, 900-KW, W/ HYDRAULIC TILT, VIBRATORY INFEED HOOPER, TRANSFORMER, SPARE COIL, ASSOCIATED SUPPORT EQUIPMENT; | | | |
| | | | | | | | | | (1) AJAX MAGNETHERMIC HOLDING INDUCTION FURNACE, 22,000-LB CAPACITY, PIT MOUNTED, W/ TRANSFORMER, SPARE COIL, ASSOCIATED FEED TROUGHS AND CONTROLS, S/N MK64880-A; | | | |
| | | | | | | | | | (1) 1978 TECHNICA GUSS 250DR111SNE CASTING MACHINE, HORIZONTAL, 3-STATION, 13" DIAMETER MAXIMUM BILLET SIZE, W/ 3-STATION WATER COOLED BILLET DIE, ADJUSTABLE ROLLER SUPPORTS, 3-RING WATER SPRAY COOLING TANK, HYDRAULIC PULLING UNIT, (6) HYDRAULIC POWER TWIN ROLLS, (6) HYDRAULIC TENSION ROLLS, (3) HYDRAULIC POWER UNITS, ASSOCIATED VALVES, PIPING, AND CONTROLS, S/N R78.05.835; | | | |
| | | | | | | | | | (3) CUTOFF SAW, 42"W, FLYING TYPE. W/ HYDRAULIC PULLDOWN, SPERRY-VICKERS HYDRAULIC POWER UNIT, EXIT ROLLER CONVEYOR, ACCUMULATION TABLE, HYDRAULIC KICKERS [SAW 1 REBUILT 2008]; | | | |
| | | | | | | | | | (1) INDUSTRIAL KINETICS CONVEYOR, 12"W X 55'L, POWERED ROLLER TYPE, HEAVY DUTY, W/ PNEUMATIC KICKERS, ACCUMULATION TABLE; | | | |
| | | | | | | | | | (1) DUST COLLECTOR, BAGHOUSE TYPE, 3-STATION, W/ 60" DIAMETER BLOWER, 75-HP [NOT IN SERVICE ON DATE OF INSPECTION]; | | | |
| | | | | | | | | | (1) LADLE, COIL, HOLDER, LAUNDER BOXES; | | | |
| | | | | | | | | | (1) ASSOCIATED DUCTING, PROCESS PIPING, SUPPORT EQUIPMENT, AND CONTROLS | | | |
| 8 | 1 | 2 | L3/L4 | N/A | N/A | N/A | N/A | M | DRAW LINES 3 AND 4, CONSISTING OF: (1) 2012 BAILEIGH BS-360SA BAND SAW, HORIZONTAL, 14" X 22", S/N 1206058; | G | $70,000 | $90,000 |

Handwritten annotations: "# 2", "Holder"

**Effective Date: November 28, 2016**



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | #3 | (1) 2010 BAILEIGH BS-360SA BAND SAW, HORIZONTAL, 14" X 22", S/N 10101975; (1) INDUCTOTHERM POWER-TRAK 550-0 POWER SUPPLY, DUAL TRACK [SHARED]; (2) HOLDING FURNACE, 3,000-LB CAPACITY; (2) HOLDING TUNDISH; (2) CONVEYOR, 9" X 15', ROLLER TYPE; (2) PROGRAMMABLE LOGIC CONTROL SYSTEM | | | |
| 9 | 1 | 1 | L5 | N/A | N/A | N/A | N/A | M | DRAW LINE 5, CONSISTING OF: (1) 2012 BAILEIGH BS-360SA BAND SAW, HORIZONTAL, 14" X 22", S/N 1206059; (1) INDUCTOTHERM POWERMELT 750-2 POWER SUPPLY; (1) HOLDING FURNACE, 2,000-LB CAPACITY; (1) HOLDING TUNDISH; (1) CONVEYOR, 9" X 15', ROLLER TYPE; (1) PROGRAMMABLE LOGIC CONTROL | G | $30,000 | $40,000 |
| 10 | 1 | 1 | N/A | 2007 | HE&M | DC-14HA-C | 916607 | M | BAND SAW, 14" X 14", HORIZONTAL, 7 1/2-HP | G | $17,000 | $19,000 |
| 11 | 1 | 1 | N/A | 2007 | N/A | N/A | N/A | SE | DUST COLLECTOR, BAGHOUSE TYPE, 64,000-SCFM, 3-STATION, W/ 30" REFRACTORY BURNOUT VOC TUBE, SPRAY QUENCH TOWER, SPARK ARRESTER TOWER, (3) MODEL BP221-12-W FABRIC FILTER MODULES, (221) BAGS, 5:1 GROSS FILTER RATE, 270-DEGREE FAHRENHEIT MAXIMUM TEMPERATURE, PULLS 17-VALVE JET CLEANING MECHANISM, 65' STACK, (3) 8" X 8" HIGH TEMPERATURE ROTARY AIR LOCKS, EACH W/ 1-HP MOTOR, AIR PRO 72" DIAMETER BLOWER, 250-HP, (3) FURNACE HOODS, CONTROL ROOM, GENERAL ELECTRIC MODEL 90-30 PROGRAMMABLE LOGIC CONTROL, DESICCANT AIR DRYER, ASSOCIATED DUCTING AND VALVES | G | $40,000 | $55,000 |
| 12 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | BRASS EXTRUSION LINE, CONSISTING OF: (1) 2005 GRANCO CLARK 69-65-6SST HOT JET BILLET FURNACE, 2,500-LB PER HOUR CAPACITY, 9" DIAMETER, 6-ZONE, NATURAL GAS FIRED, 900 TO 1,500-DEGREE FAHRENHEIT TEMPERATURE RANGE, 6" DIAMETER MINIMUM BILLET SIZE, 65'L, W/ 42"W X 25'L GRAVITY FEED BILLET CONVEYOR, BILLET INFEED DRAG CHAIN CONVEYOR, | G | $350,000 | $425,000 |

#4



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | AUTOMATIC DOORS, ROBOT LOADER, OVERFLOW CONVEYOR, ASSOCIATED PROGRAMMABLE LOGIC CONTROL, S/N 14110-05;  *(cont)*  (1) EST. 1976 CLECIM EIC2800 EXTRUSION PRESS, 3,000-TON CAPACITY, HORIZONTAL HYDRAULIC TIE ROD TYPE, 1.77-INCH PER SECOND MAXIMUM RAM SPEED, 1" DIAMETER X 37'L MAXIMUM BILLET SIZE, 11.3" DIAMETER BORE, 51-BILLET PER HOUR CAPACITY, 18-US TON PER HOUR CAPACITY, 870-LB MAXIMUM BILLET WEIGHT, W/ 900-KW DRIVE, TEMPERATURE CONTROLLED BILLET CONTAINER, HEAT EXCHANGER, 11.1" DIAMETER ROTARY DIE HOLDER, 3-POSITION, AUTOMATIC DIE CHANGER, DIE RETURN SYSTEM, CLEANOUT STATION, (7) HYDRAULIC PUMPS, ASSOCIATED PROCESS PIPING [UPDATED 2000 GE FANUC CONTROL IN 2007]; (1) BUTECH BLISS BILLET SHEAR, HYDRAULIC, W/ HYDRAULIC POWER UNIT, MECHANICAL UNDERHUNG BILLET CLAMP TRANSFER SYSTEM; (1) INDUSTRIAL COMBUSTION ENGINEERS DIE HEATING FURNACE, 48" X 58" X 48", SINGLE ZONE, NATURAL GAS FIRED, 24" X 30" OPENING, REFRACTORY LINED, W/ HONEYWELL TEMPERATURE CONTROL; (1) NORLING DIE HEATING FURNACE, 60" X 60" X 96", ELECTRIC, 1-ZONE, 24" X 30" OPENING, REFRACTORY LINED, W/ HONEYWELL TEMPERATURE CONTROL; (1) CONVEYOR, APPROXIMATELY 12"W X 60'L, STEEL BELT TYPE; (1) CUSTOM MANUFACTURED SHEAR, 8"W, HYDRAULIC, 4,000-LB PSI; (1) RUNOUT/ACCUMULATION TABLE, APPROXIMATELY 18' X 80', WALKING BEAM TYPE; (1) CUTOFF SAW, 24" DIAMETER, AUTOMATIC, W/ 60"W X 24'L RUNOUT/ACCUMULATION TABLE, PNEUMATIC HOLD-DOWN, STOP, HYDRAULIC KICKERS; (3) TRANSFER CAR, 32" X 25'L, PIT MOUNTED, | | | |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CHAIN DRIVEN, W/ SHARE TRANSFER SWITCH, RAIL; (1) CUSTOM MANUFACTURED COIL STAND, DUAL STATION, AUTOMATIC, PIT MOUNTED, W/ (43) 42" DIAMETER COIL PANS, CHAIN CONVEYOR, PROGRAMMABLE LOGIC CONTROL; (1) TURNSTILE, 4-ARM, AUTOMATIC; (1) CRANE, 3-TON CAPACITY X 75', MONORAIL TYPE, W/ SATURN ENGINEERING 3-TON CAPACITY ELECTRIC CABLE HOIST, PENDANT CONTROL, COIL HOOK; (4) PICKLING TANK, 36" X 30" X 30', STAINLESS STEEL CONSTRUCTION; (1) PICKLING TANK, 36" X 30" X 30', CARBON STEEL CONSTRUCTION, W/ HEATING SYSTEM; (1) XANDER AS400 CHILLER [LOCATED ON ROOF]; (1) SPARE CYLINDER, CAST HOUSING, WESTINGHOUSE 500-HP MOTOR, S/N 1579, 460-VOLT, 1,770-RPM, DOUBLE SHAFT, W/ 5008-S FRAME, US ELECTRIC 250-HP MOTOR, ID #7003-50-705012PT228M, 460-VOLT, 1,780-RPM, PULLBACK ROD; (1) KIDDE CO2 FIRE SUPPRESSION SYSTEM; (1) SCRAP SYSTEM; (1) GE FANUC 9030 PROGRAMMABLE LOGIC CONTROL; (1) ASSOCIATED HYDRAULIC POWER UNITS, LADDER WAYS, DIES, DIE RACKS, PROCESS PIPING, AND DUCTWORK | | | |
| 13 | 1 | 1 | N/A | N/A | ABELL-HOWE | N/A | 375 | MH | BRIDGE CRANE, 15-TON CAPACITY X 45' SPAN, DOUBLE GIRDER, TOP RIDING, W/ EATON 15-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $8,000 | $10,000 |
| 14 | 1 | 1 | 342 | N/A | ABELL-HOWE | N/A | N/A | MH | BRIDGE CRANE, 7 1/2-TON CAPACITY X 66' SPAN, DOUBLE GIRDER, TOP RIDING, W/ EATON 7 1/2-TON ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $7,000 | $8,000 |
| 15 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | SE | COMPRESSED AIR SYSTEM, CONSISTING OF: (1) 1996 INGERSOLL-RAND SSR-HP75 AIR COMPRESSOR, ROTARY SCREW TYPE, 75-HP, 299-CFM [NOT IN SERVICE ON DATE OF INSPECTION], S/N F13870U96271; (1) 2000 INGERSOLL-RAND SSR-XF150 AIR | G | $17,000 | $20,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | COMPRESSOR, ROTARY SCREW TYPE, 150-HP, 739-CFM, S/N F37648U00237; (1) COMPAIR LEROI WM150SS II BA AIR COMPRESSOR, ROTARY SCREW TYPE, S/N 4469X16; (1) 2011 PARKER DRD-2000 COMPRESSED AIR DRYER, S/N 398152800001 | | | |
| 16 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | SE | CUSTOM MANUFACTURED WASTEWATER TREATMENT SYSTEM, CONSISTING OF: (1) INDUSTRIAL FILTER A-R5/8-16.15 FILTER PRESS, PNEUMATIC, SERIES 36-22138, TYPE 199.181, W/ (22) PLATES, 36" X 36", S/N FP-155; (1) STORAGE TANK, 8' X 8' X 7 1/2', STAINLESS STEEL CONSTRUCTION; (4) WATER TANK, 6' DIAMETER X 7'H, FIBERGLASS CONSTRUCTION; (1) CLARIFIER TANK, 8' X 4' X 12', CARBON STEEL CONSTRUCTION, TAPERED BOTTOM, W/ STRUCTURAL STEEL FRAME; (1) SETTLING TANK, 8' X 8' X 8', CARBON STEEL CONSTRUCTION, SLOPED BOTTOM; (1) HOLDING TANK, 6' DIAMETER X 10'H, FIBERGLASS CONSTRUCTION; (1) BRIDGE CRANE, 3-TON CAPACITY X 30' SPAN, SINGLE GIRDER, TOP RIDING, EQUIPMENT # 311; (1) ASSOCIATED PUMPS, VALVES, MIXERS, AND CONTROLS | G | $50,000 | $60,000 |
| | | | | | | | | | **FINISHING** | | | |
| 17 | 1 | 4 | N/A | N/A | SOUTHWORTH | CLS12-36 | N/A | SE | SCISSOR LIFT TABLE, 12,000-LB CAPACITY, 40" X 60", PORTABLE | G | $6,000 | $8,000 |
| 18 | 1 | 1 | 222 | N/A | RUESCH | N/A | N/A | M | STRAIGHTENER, 12-ROLL, 2-PLANE, W/ (6) VERTICAL ROLLS, (6) HORIZONTAL ROLLS, RUNOUT TABLE | F | $4,000 | $5,000 |
| 19 | 1 | 1 | 224 | N/A | CONRAN | 50 | N/A | M | STRAIGHTENER, 12-ROLL, 2-PLANE, W/ (6) VERTICAL, (6) HORIZONTAL ROLLS, RUNOUT TABLE | F | $4,000 | $5,000 |
| 20 | 1 | 1 | 525 | N/A | IMPES | N/A | 12E163 | M | DRAW BENCH, 22,000-LB CAPACITY X 40', SINGLE DRAW CHAIN TYPE, W/ CASA GRANDE MODEL 0S-80 HYDRAULIC PUSH POINTER, S/N 12E163, HYDRAULIC POWER UNIT, CONTROL | G | $25,000 | $30,000 |

*Impess*

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| 21 | 1 | 1 | 223 | N/A | RUESCH | N/A | N/A | M | STRAIGHTENER, 2-PLANE, W/ (3) VERTICAL ROLLS, (6) HORIZONTAL ROLLS | G | $3,500 | $4,000 |
| 22 | 1 | 1 | 526 | N/A | VAUGHN | N/A | 9229 | M | DRAW BENCH, 20,000-LB CAPACITY X 30', SINGLE DRAW CHAIN TYPE, W/ 9" X 30' CHAIN, 30' MAXIMUM LENGTH, HYDRAULIC POWER UNIT, SAFETRONIC SOLID STATE CONTROL, 64" DIAMETER ROTARY UNCOIL STAND, 9" X 15' ROLLER FEED CONVEYOR, INFEED TABLE | G | $20,000 | $25,000 |
| 23 | 1 | 1 | 273 | N/A | KROLMAN | N/A | 12631 | M | FLAT AND ROUND POINTER, 0.25" TO 2.0" | G | $4,000 | $5,000 |
| 24 | 1 | 1 | 252 | 1987 | WAGNER | WAM-70 | 43028 | M | CUTOFF SAW, 10" DIAMETER, UP-ACTING, W/ RUNOUT TABLE | G | $1,000 | $1,500 |
| 25 | 1 | 1 | 250 | N/A | ESPEN-LUCAS | N/A | N/A | M | CUTOFF SAW, 16" DIAMETER, UP-ACTING, 12 1/2-HP, 24" X 12' ROLLER CONVEYOR, MANUAL STOP, 15-HP HYDRAULIC UNIT, CONTROL | G | $1,000 | $1,500 |
| 26 | 1 | 1 | 220 | 1944 | KANE & ROACH | 2B | 204632 | M | STRAIGHTENER, 2-PLANE, 13-ROLL, W/ 7-OVER-6 HORIZONTAL ROLLS, 6-OVER-5 VERTICAL ROLLS, CONTROL | G | $5,000 | $7,000 |
| 27 | 1 | 1 | 568 | N/A | ABSOLUTE ENGINEERING | N/A | N/A | M | SWAGER, 2-HP | G | $1,500 | $2,000 |
| 28 | 1 | 1 | 527 | 1939 | VAUGHN | N/A | 5509 | M | DRAW BENCH, 50,000-LB CAPACITY X 30', SINGLE DRAW CHAIN TYPE, W/ 9" X 30' CHAIN, 1999 OCN MODEL 50T 50-TON HYDRAULIC PUSH POINTER, S/N 99-103, 42-KW HYDRAULIC PUMP, INFEED CONVEYOR, ACCUMULATION TABLE | G | $25,000 | $30,000 |
| 29 | 1 | 1 | 216 | N/A | MEDART | 2R-SR | 911 | M | STRAIGHTENER, 2-ROLL, 100-HP, 12" DIAMETER X 10"W ROLLS | G | $40,000 | $55,000 |
| 30 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | PLATFORM SCALE, APPROXIMATELY 10,000-LB CAPACITY, IN-GROUND, 6' X 8' PLATFORM SIZE, W/ DIGITAL READOUT | G | $300 | $400 |
| 31 | 1 | 1 | N/A | N/A | FENN | 4F | N/A | M | SWAGER, 15/16" SOLID, 2-1/4" TUBING | G | $5,000 | $6,000 |
| 32 | 1 | 1 | 561 | 1999 | OCN | 1/4.100 | 99.100 | M | DRAW STRAIGHT AND CUT MACHINE, 2-CARRIAGE, 0.191" TO 0.590" DIAMETER SIZE RANGE, CONSISTING OF: (1) PAYOUT COILER, 1,000-LB CAPACITY, 2-STATION, SERVO BASED; (1) PRE-STRAIGHTENER, 10-ROLL, 2-PLANE, W/ (6) HORIZONTAL ROLLS, (4) VERTICAL ROLLS, GUIDE ROLLS; (1) STRAIGHTENER, 14-ROLL, 2-PLANE, W/ (7) HORIZONTAL ROLLS, (7) VERTICAL ROLLS, GUIDE | G | $120,000 | $140,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ROLLS; (1) CUTOFF SHEAR, FLYING TYPE; (1) TUBE GUIDE, 5-POSITION, W/ MOTORIZED ELEVATION; (1) OCN SR-20 BURNISHING AND STRAIGHTENING MACHINE, AUTOMATIC, W/ (2) APPROXIMATELY 8" DIAMETER X 12"W HYPERBOLIC ROLLS, VARIABLE ROLL TILT, 25' FEED TABLE, (11) 12" DIAMETER X 20'L SCREW FEEDS, 25' INFEED TILT TROUGH; (1) OCN CHAMFERING MACHINE, 25' MAXIMUM LENGTH, DOUBLE-END, W/ CONVEYOR, (2) CUTTING HEADS; (1) ESA PC820 PROGRAMMABLE LOGIC CONTROL; (1) ASSOCIATED SUPPORT EQUIPMENT | | | |
| 33 | 1 | 1 | N/A | N/A | FENN | 1F | N/A | M | SWAGER, 5/32" SOLID, 7/16" TUBING | G | $1,500 | $2,000 |
| 34 | 1 | 1 | 557 | 1967 | SCHUMAG | KZRP1S | 6736 | M | DRAW STRAIGHT AND CUT MACHINE, 8,000-LB CAPACITY, SIZE #1, 3-CARRIAGE, 0.158" TO 0.787" DIAMETER SIZE RANGE, 200-FEET PER MINUTE MAXIMUM DRAWING SPEED, CONSISTING OF: (1) UNCOILER, 60" DIAMETER, NON-POWERED, ROTARY PAYOUT; (1) PRE-STRAIGHTENER, 9-ROLL, 2-PLANE, W/ (6) HORIZONTAL ROLLS, (3) VERTICAL ROLLS; (1) STRAIGHTENER, 20-ROLL, 2-PLANE, W/ (9) HORIZONTAL ROLLS, (11) VERTICAL ROLLS; (1) CUTOFF SHEAR, MECHANICAL, FLYING TYPE; (1) SCHUMAG RIPO-IS ROUND POLISHER, PASS-THROUGH TYPE, S/N 6736; (1) CHAMFERING MACHINE, DOUBLE END, W/ STACKING CONVEYOR, (2) CUTTING HEADS; (1) ASSOCIATED SUPPORT EQUIPMENT AND CONTROLS | G | $30,000 | $40,000 |
| 35 | 1 | 1 | 185 | N/A | FENN | 5F | N/A | M | SWAGER, 1-1/2" SOLID, 3-3/8" TUBING | G | $6,000 | $7,000 |
| 36 | 1 | 1 | 179 | N/A | FENN | 2F | N/A | M | SWAGER, 13/32" SOLID, 1" TUBING | G | $2,000 | $2,500 |
| 37 | 1 | 1 | 558 | 1984 | DANIELI | CMD2.5 | 9584208 | M | DRAW STRAIGHT AND CUT MACHINE, 28-TON CAPACITY, 2-CARRIAGE, 0.905" TO 1.968" DIAMETER SIZE RANGE, 262-FEET PER MINUTE MAXIMUM DRAWING SPEED, CONSISTING OF: (1) UNCOILER, 60" DIAMETER, NON-POWERED, | G | $95,000 | $120,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | ROTARY PAYOUT; (1) PRE-STRAIGHTENER, 10-ROLL, 2-PLANE, W/ (6) HORIZONTAL STRAIGHTENING ROLLS, (4) VERTICAL STRAIGHTENING ROLLS; (1) STRAIGHTENER, 18-ROLL, 2-PLANE, W/ (9) VERTICAL ROLLS, (9) HORIZONTAL ROLLS; (1) DANIELI EP2 CUTOFF SHEAR, HYDRAULIC, FLYING TYPE; (1) ROUND POLISHER, PASS-THROUGH TYPE, 4-VERTICAL, 7-PASS; (1) CHAMFERING MACHINE, 18' MAXIMUM LENGTH, DOUBLE-END, W/ STACKING CONVEYOR, (2) CUTTING HEADS; (1) ASSOCIATED SUPPORT EQUIPMENT AND CONTROLS | | | |
| 38 | 1 | 1 | 167 | N/A | FENN | 5F | N/A | M | SWAGER, 1-1/2" SOLID, 3-3/8" TUBING | G | $6,000 | $7,000 |
| 39 | 1 | 1 | 556 | 1964 | SCHUMAG | KZPR-2B | 6475 | M | DRAW STRAIGHT AND CUT MACHINE, 22,000-LB CAPACITY, 2-CARRIAGE, SIZE 2B, 0.394" TO 1.125" DIAMETER SIZE RANGE, 200-FEET PER MINUTE MAXIMUM DRAW SPEED, CONSISTING OF: (1) UNCOILER, 60" DIAMETER, NON-POWERED, ROTARY PAYOUT; (1) PRE-STRAIGHTENER, 10-ROLL, 2-PLANE, W/ (6) HORIZONTAL ROLLS, (4) VERTICAL ROLLS; (1) STRAIGHTENER, 14-ROLL, 2-PLANE, W/ (7) VERTICAL ROLLS, (7) HORIZONTAL ROLLS; (1) CUTOFF SHEAR, MECHANICAL, FLYING TYPE; (1) SCHUMAG RIP0-2B POLISHER, PASS-THROUGH TYPE; (1) RESEARCH AUTOMATION CHAMFERING MACHINE, 18' MAXIMUM LENGTH, DOUBLE-END TYPE, W/ STACKING CONVEYOR, (2) CUTTING HEADS, 6" X 18' CHIP CONVEYOR, JORGENSEN 5' INCLINED CHIP CONVEYOR; (1) ASSOCIATED SUPPORT EQUIPMENT AND CONTROLS | G | $60,000 | $75,000 |
| 40 | 1 | 1 | N/A | N/A | FENN | 2F | N/A | M | SWAGER, 13/32" SOLID, 1" TUBING | G | $2,000 | $2,500 |
| 41 | 1 | 1 | 562 | 1995 | SCHUMAG | KZR(POB) | 94029 | M | DRAW STRAIGHT AND CUT MACHINE, 1,500-LB CAPACITY, 2-CARRIAGE, 0.078" TO 0.354" DIAMETER SIZE RANGE, 200-FEET PER MINUTE DRAW SPEED, CONSISTING OF: | G | $65,000 | $80,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) UNCOILER, 60" DIAMETER, MANUAL PAYOUT; (1) PRE-STRAIGHTENER, 10-ROLL, 2-PLANE, W/ (6) HORIZONTAL ROLLS, (4) VERTICAL ROLLS; (1) CUTOFF SHEAR, HYDRAULIC, FLYING TYPE; (1) TRANSPORTER BAR GUIDE, 6-STATION; (1) SCHUMAG POLISHER; (1) STRAIGHTENING SECTION [ADDED 2006]; (1) SCHUMAG CHAMFERING MACHINE, 18' MAXIMUM LENGTH, DOUBLE-END TYPE, W/ CONVEYOR, (2) CUTTING HEADS; (1) ASSOCIATED SUPPORT EQUIPMENT AND CONTROLS | | | |
| 42 | 1 | 1 | N/A | N/A | STRAD-L-LOAD | N/A | 350 | MH | GANTRY CRANE, 2-TON CAPACITY X 18' SPAN, PORTABLE A-FRAME TYPE, W/ COFFING 2-TON CHAIN HOIST, CALDWELL SPREADER BAR | G | $1,500 | $2,000 |
| 43 | 1 | 1 | 559 | 1958 | SCHUMAG | KZ2P | 4680 | M | DRAW STRAIGHT AND CUT MACHINE, 22,000-LB CAPACITY, 2-CARRIAGE, SIZE 2, 0.394" TO 1.125" DIAMETER SIZE RANGE, 200-FEET PER MINUTE MAXIMUM DRAW SPEED, CONSISTING OF: (1) UNCOILER, 60" DIAMETER, NON-POWERED, ROTARY ADJUSTABLE BED PAYOUT; (1) PRE-STRAIGHTENER, 3-OVER-2 TYPE; (1) STRAIGHTENER, 13-ROLL, 2-PLANE, W/ (6) VERTICAL ROLL, (7) HORIZONTAL ROLLS; (1) CUTOFF SHEAR, MECHANICAL, FLYING TYPE; (1) FORSTER DEFECTOMATE 2.8291 INSPECTION UNIT; (1) CHAMFERING MACHINE, 20' MAXIMUM LENGTH, DOUBLE-END TYPE, W/ STACKING CONVEYOR, (2) CUTTING HEADS; (1) ASSOCIATED SUPPORT EQUIPMENT AND CONTROLS | G | $50,000 | $60,000 |
| 44 | 1 | 1 | 560 | N/A | OCN | N/A | 00.001 | M | DRAW STRAIGHT AND CUT MACHINE, 2-CARRIAGE, SIZE 3B, 0.75" TO 1.7" DIAMETER SIZE RANGE, CONSISTING OF: (1) COILER, 70" DIAMETER, DOUBLE-END SERVO BASED PAYOUT TYPE, W/ COIL OPENER; (1) PRE-STRAIGHTENER, 8-ROLL, 2-PLANE, W/ (4) HORIZONTAL ROLLS, (4) VERTICAL ROLLS; (1) STRAIGHTENER, 14-ROLL, 2-PLANE, W/ (7) VERTICAL ROLLS, (7) HORIZONTAL ROLLS; | G | $150,000 | $180,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) CUTOFF SHEAR, HYDRAULIC, FLYING TYPE, W/ CONTROL; (1) OCN CHAMFERING MACHINE, 25' MAXIMUM LENGTH, DOUBLE-END TYPE, W/ (2) CUTOFF SAWS, CONVEYOR, ACCUMULATION TABLE; (1) PUSH POINTER, HYDRAULIC; (1) ESA PC820 CNC CONTROL; (1) ASSOCIATED SUPPORT EQUIPMENT | | | |
| 45 | 1 | 1 | 156 | N/A | MICRO PRODUCTS | AD5 | 11149 | M | BUTT WELDER, 220-KVA | G | $5,000 | $6,000 |
| 46 | 1 | 1 | 486 | 1964 | VAUGHN | SIZE 22 | N/A | M | WIRE DRAWING BULL BLOCK, 30" DIAMETER, 80-HP, W/ 60" DIAMETER NON-POWERED ROTARY UNCOILER | F | $4,000 | $5,000 |
| 47 | 1 | 1 | 183 | N/A | VAUGHN | N/A | 10936 | M | POINTER, 3/8" DIAMETER, W/ 44" DIAMETER NON-POWERED ROTARY UNCOILER | G | $500 | $600 |
| 48 | 1 | 1 | 174 | N/A | FENN | 4F | N/A | M | SWAGER, 15/16" SOLID, 2-1/4" TUBING | G | $5,000 | $6,000 |
| 49 | 1 | 1 | 480 | N/A | VAUGHN | N/A | N/A | M | BULL BLOCK, HORIZONTAL, 21" DIAMETER X 72"W, 75-HP, HORIZONTAL, W/ 60" DIAMETER VARIABLE SPEED ROTARY UNCOILER, CABLE PLUGGER/GRIPPER | G | $3,000 | $4,000 |
| 50 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | MH | CRANE, 1/2-TON CAPACITY X 50', MONORAIL TYPE, W/ ARO CHAIN HOIST | G | $500 | $600 |
| 51 | 1 | 1 | 477 | N/A | VAUGHN | N/A | N/A | M | WIRE DRAWING BULL BLOCK, 30" DIAMETER, 30-HP, VERTICAL, SINGLE DIE, W/ 60" DIAMETER NON-POWERED ROTARY UNCOILER | G | $4,000 | $5,000 |
| 52 | 1 | 1 | 481 | N/A | VAUGHN | N/A | N/A | M | WIRE DRAWING BULL BLOCK, 24" DIAMETER, 40-HP, VERTICAL, DOUBLE DIE, W/ 60" DIAMETER NON-POWERED ROTARY UNCOILER | G | $3,000 | $4,000 |
| 53 | 1 | 1 | 482 | N/A | VAUGHN | N/A | N/A | M | WIRE DRAWING BULL BLOCK, 24" DIAMETER, 40-HP, VERTICAL, SINGLE DIE, W/ 60" DIAMETER NON-POWERED ROTARY UNCOILER | G | $3,000 | $4,000 |
| 54 | 1 | 1 | N/A | N/A | FENN | 2F | N/A | M | SWAGER, 13/32" SOLID, 1" TUBING | G | $2,000 | $2,500 |
| 55 | 1 | 1 | N/A | N/A | FENN | 1F | N/A | M | SWAGER, 5/32" SOLID, 7/16" TUBING | G | $1,500 | $2,000 |
| 56 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | CUSTOM MANUFACTURED CHAMFERING MACHINE, 12', DOUBLE-END TYPE, W/ TRANSFER CONVEYOR, (2) 8" DIAMETER CUTOFF SAWS, CONTROL | G | $1,000 | $1,500 |
| 57 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | CUSTOM MANUFACTURED PICKLING LINE [LOCATED FINISHING AREA], CONSISTING OF: (1) CRANE, 3-TON CAPACITY X 80', MONORAIL | G | NO VALUE ASSIGNED | NO VALUE ASSIGNED |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | TYPE, W/ 3-TON CAPACITY ELECTRIC CABLE HOIST; (5) PICKLING AND RINSE TANK, 80" X 90" X 90" DIMENSION, STAINLESS STEEL CONSTRUCTION, PIT MOUNTED; (2) TANK, W/ 1-HP RAIL MOUNTED MIXER; (4) HEATING ELEMENT, 500-WATT, ELECTRIC; (1) ASSOCIATED PUMPS, VALVES, PIPING, AND CONTROLS | | | |
| 58 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | CUSTOM MANUFACTURED PICKLING LINE [LOCATED END OF EXTRUSION LINE], CONSISTING OF: (1) CRANE, 3-TON CAPACITY X 80', MONORAIL TYPE, W/ 3-TON CAPACITY ELECTRIC CABLE HOIST; (5) PICKLING AND RINSE TANK, 80" X 90" X 90" DIMENSION, STAINLESS STEEL CONSTRUCTION, PIT MOUNTED; (2) TANK, W/ 1-HP RAIL MOUNTED MIXER; (4) HEATING ELEMENT, 500-WATT, ELECTRIC; (1) ASSOCIATED PUMPS, VALVES, PIPING, AND CONTROLS | G | NO VALUE ASSIGNED | NO VALUE ASSIGNED |
| 59 | 1 | 1 | N/A | N/A | SPANCO | N/A | N/A | MH | GANTRY CRANE, 2-TON CAPACITY X 33' SPAN, PORTABLE A-FRAME TYPE, W/ COFFING 2-TON ELECTRIC CHAIN HOIST, PENDANT CONTROL, SPREADER BAR | G | $1,500 | $2,000 |
| 60 | 1 | 1 | 459 | N/A | FURNACE ENGINEERING | N/A | B762 | M | FURNACE, CAR BOTTOM TYPE, 1,400-DEGREE FAHRENHEIT OPERATING TEMPERATURE, NATURAL GAS FIRED, 60" X 60" OPENING SIZE, 24'L, REFRACTORY LINED, W/ RAIL MOUNTED CAR, HONEYWELL TEMPERATURE CONTROL, CHART RECORDER | G | $80,000 | $100,000 |
| 61 | 1 | 1 | N/A | 2012 | ARMIL CFS | N/A | 13476 | M | ANNEALING FURNACE, 10-TON CAPACITY, 10' X 24', CAR BOTTOM TYPE, 8,000,000-BTU PER HOUR, 1,752-DEGREE FAHRENHEIT MAXIMUM OPERATING TEMPERATURE | G | $150,000 | $200,000 |
| | | | | | | | | **LABORATORY** | | | | |
| 62 | 1 | LOT | N/A | N/A | N/A | N/A | N/A | L | MISCELLANEOUS EQUIPMENT THROUGHOUT THE QUALITY LABORATORY, INCLUDING BUT NOT LIMITED TO: | G | $60,000 | $70,000 |

13



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | (1) SOUTHBEND A TOOL ROOM LATHE, 10" X 30", S/N CL744A;<br>(1) 2001 ARL 3460 OPTICAL EMISSION SPECTROMETER, COPPER PLUS, 12-CHANNEL CAPABILITIES, W/ COMPUTER CONTROL, S/N 0500;<br>(1) OLYMPUS PNG3 MICROSCOPE, W/ OLYMPUS MODEL PM-CUP CAMERA, EXPOSURE UNIT;<br>(1) LEICA DM2700M MICROSCOPE, W/ DFC450 CAMERA;<br>(1) AMSCOPE MICROSCOPE, W/ A3530U CAMERA;<br>(1) DELTA 11-990 DRILL PRESS, 12", S/N W0843;<br>(1) 1998 PERKIN ELMER ANALYST 300 ATOMIC ABSORPTION SPECTROPHOTOMETER, S/N 041S8092513;<br>(1) BUEHLER SIMPLIMET 2000 AUTOMATIC MOUNTING PRESS;<br>(1) OHAUS PIONEER DIGITAL SCALE, BENCHTOP TYPE;<br>(1) EBERBACH 1000 ELECTROANALYSIS APPARATUS, 2-STATION;<br>(1) EMCO SUPER 11 TOOL ROOM LATHE, 11" X 24";<br>(1) LECO CM15 LABORATORY CUTOFF SAW, 10" DIAMETER;<br>(1) LECO BG20 BELT GRINDER, 4";<br>(1) BUEHLER ECOMET GRINDER/POLISHER, 3-STATION;<br>(1) 1992 SATEC SYSTEMS MII-60HVL TENSILE TESTER, 60,000-LB CAPACITY, W/ MODEL 5500 ELECTRONIC CONTROLLER [UPDATED 2000], COMPUTER CONTROL, S/N 1495;<br>(1) WILSON ROCKWELL 4TY8 HARDNESS TESTER, DIAL TYPE, S/N 256;<br>(1) HANDLER MANUFACTURING CO. DISC GRINDER, 12";<br>(1) 2008 NITON XL3P800 ALLOY ANALYZER, HANDHELD, S/N 34381;<br>(1) 2004 POLYTECH LSV026100430 LASER VELOCITY METER, NON-CONTACT, W/ MODEL LSV6200 SIGNAL GENERATOR; | | | |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) LAPMASTER TR100 CHOP SAW; (1) LAPMASTER LS1 POLISHER; (1) LAPMASTER LS2 POLISHER; (1) LEICA DM2700M MICROSCOPE; (1) THERMO SCIENTIFIC NITON XL2-980 XRF ANALYZER, S/N 77191; ASSORTED FUME HOODS; SCALES; WORK TABLES; GLASSWARE CABINETS | | | |
| | | | | | | | | | **MAINTENANCE/DIE SHOP** | | | |
| 63 | 1 | 1 | N/A | 1998 | CHARMILLES | ROBOFIL 290 | 335402 | M | ELECTRICAL DISCHARGE MACHINE, WIRE TYPE, 10-KVA, W/ COMPUTER CONTROL | G | $15,000 | $17,500 |
| 64 | 1 | 1 | N/A | 1999 | CHARMILLES | ROBOFIL 290 | 8.2728/331079 | M | ELECTRICAL DISCHARGE MACHINE, WIRE TYPE, 10-KVA, W/ COMPUTER CONTROL | G | $15,000 | $17,500 |
| 65 | 1 | 1 | N/A | 2012 | AGIE/CHARMILLES | SP1-EDM | 122-007 | M | ELECTRICAL DISCHARGE MACHINE, SINKER TYPE, 19.685 X 15.748 X 15.748 XYZ AXIS TRAVELS | G | $25,000 | $30,000 |
| 66 | 1 | 1 | N/A | 1992 | OKUMA | LB25 | 9234 | M | TURNING CENTER, CNC, 2-AXIS, 14.2" MAX TURNING DIAMETER, 24.4" MAX TURNING LENGTH, 3.54" SPINDLE BORE, 3,500-RPM SPINLE SPEED, W/ 12-POSITION TURRET, 30-HP SPINDLE MOTOR, OSP5020L CNC CONTROL | G | $8,000 | $10,000 |
| 67 | 1 | 1 | 809 | 1991 | FADAL | VMC20 904-20 | 9110641 | M | MACHINING CENTER, VERTICAL, 20" X 16" X 20" X/Y/Z TRAVELS, 29.5 X 16" TABLE SIZE, 6,000-RPM SPINDLE, 7.5-HP SPINDLE MOTOR, W/ 16-STATION AUTOMATIC TOOL CHANGER, COOLANT SYSTEM, CHIP CONVEYOR, MODEL CNC 88 CONTROL | G | $8,000 | $10,000 |
| 68 | 1 | 1 | 851 | 1960 | LEBLOND | REGAL | 2C-933 | SE | GEARED HEAD ENGINE LATHE, 17" X 30" | G | $2,500 | $3,000 |
| 69 | 1 | 1 | 831 | N/A | GORTON | N/A | N/A | SE | MILLING MACHINE, VERTICAL, 9" X 24" TABLE, W/ 50" DIAMETER ROTARY TABLE | G | $1,000 | $1,500 |
| 70 | 1 | 1 | N/A | 2000 | BROWN & SHARPE | MXCEL-PFX-4-5-4 | 0400-1856 | SE | COORDINATE MEASURING MACHINE, BRIDGE TYPE, W/ RENISHAW MODEL PH10T PROBE, PENDANT INTERFACE COMPUTER CONTROL | G | $5,000 | $6,000 |
| 71 | 1 | 1 | 804 | N/A | NIKON | V-12 | N/A | SE | OPTICAL COMPARATOR, 12", W/ QUADRA-CHEK 200 DIGITAL READOUT | G | $3,500 | $4,000 |
| 72 | 1 | 1 | N/A | 1996 | ENCO | 110-2079 | 813605 | SE | GEARED HEAD TOOL ROOM LATHE, 12" X 36" | G | $2,500 | $3,000 |
| 73 | 1 | 1 | 800 | N/A | ELOX | N/A | N/A | SE | ELECTRICAL DISCHARGE MACHINE, RAM TYPE | F | $400 | $500 |
| 74 | 1 | 1 | 883 | N/A | LEBLOND | N/A | N/A | SE | ENGINE LATHE, 40" X 168", 2 1/4" THROUGH SPINDLE, W/ 4-JAW CHUCK, STEADY REST, TAILSTOCK | G | $10,000 | $12,000 |
| 75 | 1 | 1 | N/A | 2012 | HWACHEON | HI-TECH 400AL | M12436015W | M | CNC TURNING CENTER, 23.625" SWING, 45.31" | G | $65,000 | $78,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | E | | MAXIMUM TURNING LENGTH, 2,500-RPM SPINDLE SPEED, 12" CHUCK, 30-HP SPINDLE MOTOR, W/ JORGENSEN CHIP CONVEYOR, FANUC MODEL OI-TD CNC CONTROL, 12-POSITION TOOL TURRET | | | |
| 76 | 1 | 1 | N/A | 2012 | BAILEIGH | BS360SA | 1210728 | M | BAND SAW, 14" X 22", HORIZONTAL | G | $10,000 | $12,000 |
| 77 | 1 | 1 | 881 | 1941 | BRIDGEPORT | N/A | 1271 | SE | MILLING MACHINE, VERTICAL | G | $1,000 | $1,500 |
| 78 | 1 | 1 | 876 | 1965· | BRIDGEPORT | N/A | 80746 | SE | MILLING MACHINE, VERTICAL, W/ POWER FEED TABLE | G | $1,000 | $1,500 |
| 79 | 1 | 1 | 891 | | ABRASIVE | 3B | N/A | SE | SURFACE GRINDER, 8" X 24", W/ COOLANT SYSTEM, PUSHBUTTON CONTROL | G | $500 | $600 |
| 80 | 1 | 1 | 892 | 1980 | ENCO | MAXIMAT V13 | D2PC8C9001 | M | GEARED HEAD ENGINE LATHE, 13" X 36 | G | $2,000 | $2,500 |
| 81 | 1 | 1 | 887 | 1940 | SIDNEY | 1606460 | N/A | SE | ENGINE LATHE, 20" X 60" | G | $2,000 | $2,500 |
| 82 | 1 | 1 | 884 | 1952 | LEBLOND | N/A | NE6839 | SE | ENGINE LATHE, 20" X 60" | G | $2,000 | $2,500 |
| 83 | 1 | 1 | N/A | N/A | LODGE & SHIPLEY | N/A | N/A | SE | ENGINE LATHE, 18" X 24" | G | $2,000 | $2,500 |
| 84 | 1 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS EQUIPMENT THROUGHOUT THE MAINTENANCE AND DIE SHOP, INCLUDING BUT NOT LIMITED TO:<br>(1) DELTA 28-641 BAND SAW, 14", VERTICAL, S/N H1-01207;<br>(1) ROCKWELL DELTA 70-6XO GEARED HEAD DRILL PRESS, 20", S/N 1546482;<br>(1) DAKE 50H SHOP PRESS, 50-TON CAPACITY, S/N 170335;<br>(1) DELTA DRILL PRESS, 14";<br>(1) WALKER-TURNER DRILL PRESS, 20", S/N S2E3A4;<br>(1) AVEY DRILL PRESS, 24";<br>(1) RIDGID 300 PIPE THREADER, S/N 792219;<br>(1) MARVEL HACK SAW, 6" X 14", EQUIPMENT # 824;<br>(1) WALLIS A-FRAME GANTRY CRANE, 2-TON X 10' CAPACITY, PORTABLE, W/ ARO CHAIN HOIST;<br>(1) LEBLOND GEARED HEAD ENGINE LATHE, 20" X 48", EQUIPMENT # 856;<br>(1) EMPIRE ABRASIVE EQUIPMENT PF-2636 BLAST CABINET, 36" X 26" X 32", 2-GLOVE, W/ EMPIRE DUST COLLECTOR, S/N 0751;<br>(1) KALAMAZOO MS-1218VS BAND SAW, HORIZONTAL, S/N 1112586; | G | $25,000 | $30,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) EMPIRE ABRASIVE EQUIPMENT DCM80A BLAST CABINET, 24" X 30", W/ DUST COLLECTOR, S/N 27552; (1) WILTON 2025 GEARED HEAD ENGINE LATHE, 20", EQUIPMENT # 937, S/N 152966; (1) BELT GRINDER, 4", EQUIPMENT # 1413; (1) DAKE 75H SHOP PRESS, 75-TON CAPACITY, 44" BETWEEN POSTS, EQUIPMENT # 879, S/N 195167; (1) 1967 DOALL 1613-2 BAND SAW, 16", VERTICAL, W/ BLADE WELDING AND GRINDING ATTACHMENT, EQUIPMENT # 822, S/N 150-67521; (1) ATLAS COPCO GX4FFEPCS/UL AIR COMPRESSOR, ROTARY SCREW TYPE, 15-HP, HORIZONTAL TANK MOUNTED, W/ MTD AIR DRYER, S/N CA1569812; (1) CINCINNATI SHAPER, 24", HEAVY DUTY, HORIZONTAL, EQUIPMENT # 889; (1) BROWN & SHARPE 3 MILLING MACHINE, HORIZONTAL, W/ 7" X 24" TABLE, EQUIPMENT # 830; (1) DOUBLE-END GRINDER, 10", W/ DUST COLLECTOR, EQUIPMENT # 855; (1) LIDSEEN PIPE BENDER; (1) SOUTHBEND ENGINE LATHE, 10" X 30"; (1) WEIL-MCLAIN BOILER, 1,000,000-BTU PER HOUR, 3,400-SQUARE FEET HEATING SURFACE, EQUIPMENT # 982; ASSORTED SHELVING; WORK TABLES; CABINETS; HAND TOOLS | | | |
| 85 | 1 | 1 | N/A | 2011 | RICE LAKE | SURVIVOR | N/A | SE | TRUCK SCALE, 80,000-LB CAPACITY, 65' PLATFORM SIZE, W/ GSE MODEL 560 DIGITAL READOUT | G | $20,000 | $25,000 |
| | | | | | | | | | **MOBILE EQUIPMENT** | | | |
| 86 | 1 | 1 | N/A | 2002 | BOBCAT | 863 | 514451209 | ME | SKID STEER LOADER | G | $6,000 | $7,000 |
| 87 | 1 | 1 | N/A | 1995 | WALDON | 6000C | 23465 | ME | WHEEL LOADER, ARTICULATED | G | $4,000 | $5,000 |
| 88 | 1 | 1 | N/A | 2003 | TOYOTA | 7FGCU35 | 61853 | ME | LIFT TRUCK, 7,000-LB CAPACITY, PROPANE FUELED | G | $5,000 | $6,000 |
| 89 | 1 | 1 | N/A | 2005 | CATERPILLAR | 252B | CAT0252BCSCP 02233 | ME | SKID STEER LOADER | G | $12,000 | $15,000 |
| 90 | 1 | 1 | N/A | 2007 | TOYOTA | 7FGCU35 | 64586 | ME | LIFT TRUCK, 7,000-LB CAPACITY, PROPANE | G | $6,000 | $7,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| 91 | 1 | 1 | N/A | 2007 | TOYOTA | 7FGCU35 | 64585 | ME | LIFT TRUCK, 7,000-LB CAPACITY, PROPANE FUELED | G | $6,000 | $7,000 |
| 92 | 1 | 1 | N/A | 2007 | TOYOTA | 7FGCU35 | 64453 | ME | LIFT TRUCK, 7,000-LB CAPACITY, PROPANE FUELED | G | $6,000 | $7,000 |
| 93 | 1 | 1 | N/A | 2007 | TOYOTA | 7FGCU35 | 64460 | ME | LIFT TRUCK, 7,000-LB CAPACITY, PROPANE FUELED | G | $6,000 | $7,000 |
| 94 | 1 | 1 | N/A | N/A | TOYOTA | 7HBW23 | 7HBW23-32855 | ME | PALLET TRUCK, 4,500-LB CAPACITY, ELECTRIC POWERED, WALK-BEHIND TYPE | G | $1,000 | $1,200 |
| 95 | 1 | 1 | N/A | N/A | TOYOTA | 7HBW23 | 7HBW23-32854 | ME | PALLET TRUCK, 4,500-LB CAPACITY, ELECTRIC POWERED, WALK-BEHIND TYPE | G | $1,000 | $1,200 |
| 96 | 1 | 1 | N/A | N/A | TOYOTA | 7HBW23 | 7HBW23-32647 | ME | PALLET TRUCK, 4,500-LB CAPACITY, ELECTRIC POWERED, WALK-BEHIND TYPE | G | $1,000 | $1,200 |
| 97 | 1 | 1 | N/A | 2006 | MOTREC | T-210 | 1046288 | ME | TUG, 900-LB PULL CAPACITY, ELECTRIC POWERED | G | $800 | $1,000 |
| 98 | 1 | 1 | N/A | 2006 | CROWN | TR3600-200 | 6A265343 | ME | TUG, 635-LB PULL CAPACITY, ELECTRIC POWERED | G | $800 | $1,000 |
| 99 | 1 | 1 | N/A | N/A | YALE | MPB040ACN24T 2748 | A827N20424V | ME | PALLET TRUCK, 4,000-LB CAPACITY, ELECTRIC POWERED, WALK-BEHIND TYPE | G | $400 | $500 |
| 100 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | ME | PERSONNEL CARRIER, ELECTRIC POWERED | G | $200 | $300 |
| 101 | 1 | 1 | N/A | N/A | JLG | E-400A | N/A | ME | AERIAL LIFT, 500-LB CAPACITY, BOOM TYPE | G | $10,000 | $12,000 |
| 102 | 1 | 1 | N/A | 2008 | CROWN | TR4500 | 6A298488 | ME | TUG, ELECTRIC POWERED | G | $1,000 | $1,200 |
| | | | | | | | | | **RECEIVING AND PROCESSING AREA** | | | |
| 103 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | SCRAP DRYING SYSTEM, 14,000-LB PER HOUR CAPACITY, W/ 34"W X 30'L ELEVATED METAL BELT CONVEYOR, 7' X 8' X 12' TAPERED BOTTOM SURGE BIN, CARBON STEEL CONSTRUCTION, 8' DIAMETER X 20'H AFTERBURNER, ASSOCIATED BLOWERS, CONTROL [NOT IN SERVICE ON DATE OF INSPECTION; DISASSEMBLED; SEVERAL COMPONENTS MISSING] | P | NO VALUE ASSIGNED | NO VALUE ASSIGNED |
| 104 | 1 | 1 | N/A | N/A | RICE LAKE | N/A | N/A | SE | PLATFORM SCALE, 10,000-LB CAPACITY, IN-GROUND, W/ 60" X 72" PLATFORM, RICE LAKE DIGITAL READOUT | G | $600 | $800 |
| 105 | 1 | 1 | N/A | N/A | RICE LAKE | N/A | N/A | SE | PLATFORM SCALE, 20,000-LB CAPACITY, IN-GROUND, W/ 60" X 72" PLATFORM, RICE LAKE DIGITAL READOUT | G | $900 | $1,200 |
| 106 | 1 | 1 | N/A | N/A | MILWAUKEE | 1 | 5646 | M | ALLIGATOR SHEAR, 12", MECHANICAL, PORTABLE | F | $1,500 | $2,000 |
| 107 | 1 | 1 | N/A | N/A | MOROS | H-F-30 | 9029 | M | ALLIGATOR SHEAR, 30", HYDRAULIC, W/ INFEED/EXIT CONVEYORS, HYDRAULIC POWER UNIT, CONTROL | G | $10,000 | $12,500 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

**Exhibit B**

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 1 | 1 | N/A | 1977 | CATERPILLAR | SR-4 | 47BH3206 | SE | GENERATOR, 210-KW, DIESEL FUELED, W/ CATERPILLAR MODEL 3406 TURBO DIESEL ENGINE, CONTROL | G | $10,000 | $12,000 |
| 109 | 1 | 1 | N/A | 2012 | KOHLER | 1500R0ZD4 | D717490 | SE | GENERATOR, 1,500-KW, DIESEL FUELED | G | $45,000 | $55,000 |
| 110 | 1 | 1 | N/A | N/A | MORGAN | N/A | 10681 | M | WIRE DRAWING BULL BLOCK, 21"/14", DOUBLE DECK [NOT IN SERVICE ON DATE OF INSPECTION] | P | NO VALUE ASSIGNED | NO VALUE ASSIGNED |
| 111 | 1 | 1 | N/A | N/A | N/A | N/A | BH3206 | SE | CUSTOM MANUFACTURED OXIDE RAW MATERIAL UNLOAD STATION, DUAL CHUTE, W/ 8" DIAMETER X 12'L AUGER SCREW CONVEYOR, VIBRATORY SHAKER, SLIDING GATE, CONTROL | G | $500 | $600 |
| 112 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | SE | CUSTOM MANUFACTURED MELTING POT, NATURAL GAS FIRED, W/ MAXON GAS TRAIN, CRUCIBLE, FUME HOOD, EXHAUST FAN, SUPPORT STRUCTURE | G | $500 | $600 |
| 113 | 1 | 1 | N/A | 2009 | SOFI IND. | N/A | 38070 | SE | CONCRETE SAW, WIRELINE TYPE | G | $10,000 | $12,000 |
| | | | | | | | | | **SHIPPING AND RECEIVING AREA** | | | |
| 114 | 1 | 1 | N/A | N/A | ACE | MAR400 | 29-04-MA1365 | SE | COMPRESSED AIR DRYER | G | $1,000 | $1,500 |
| 115 | 1 | 1 | N/A | N/A | N/A | N/A | N/A | M | CUSTOM MANUFACTURED STRETCH STRAIGHTENER, APPROXIMATELY 10-TON CAPACITY, 24' MAXIMUM LENGTH, HYDRAULIC | G | $2,500 | $3,000 |
| 116 | 1 | 1 | 306 | N/A | CONCO | N/A | 7371 | MH | BRIDGE CRANE, 3-TON CAPACITY X 55' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 360-DEGREE/15' ROTARY BAR LIFT, OPERATOR CAB, CONTROL | G | $4,000 | $5,000 |
| 117 | 1 | 1 | 307 | N/A | N/A | N/A | N/A | MH | BRIDGE CRANE, 5-TON CAPACITY X 72' SPAN, DOUBLE GIRDER, TOP RIDING, W/ SESSCO CHAIN HOIST | G | $2,000 | $2,500 |
| 118 | 1 | 1 | N/A | 2012 | KONE | N/A | N/A | MH | BRIDGE CRANE, 10-TON CAPACITY X 55' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 10-TON CAPACITY ELECTRIC CABLE HOIST, SPREADER BAR, PENDANT CONTROL | G | $15,000 | $20,000 |
| 119 | 1 | 1 | 305 | N/A | CONCO | N/A | N/A | MH | BRIDGE CRANE, 3-TON CAPACITY X 55' SPAN, DOUBLE GIRDER, TOP RIDING, W/ 2-TON CAPACITY ELECTRIC CABLE HOIST, PENDANT CONTROL | G | $4,000 | $5,000 |
| 120 | 1 | 3 | N/A | N/A | N/A | N/A | N/A | SE | PLATFORM SCALE, 2,000-LB CAPACITY, ABOVE-GROUND, W/ 4' X 12' PLATFORM, DIGITAL READOUT | G | $1,200 | $1,500 |
| 121 | 1 | 1 | 262 | 1998 | PROGRESSIVE | N/A | N/A | SE | CUSTOM MANUFACTURED PARTS WASHER, 3,000-LB PER HOUR CAPACITY, 12"W X 12"H, W/ | F | $500 | $600 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 400-GALLON CAPACITY STAINLESS STEEL DOUBLE WALL INSULATED WASH TANK, HEATER, 100-GALLON CAPACITY STAINLESS STEEL DOUBLE WALL INSULATED RINSE TANK, HEATER | | | |
| 122 | 1 | 1 | N/A | 1995 | WAGNER | WAM-90 | 1.308 | M | CUTOFF SAW, 12" DIAMETER, W/ 20' AUTOMATIC INFEED SYSTEM, SMOG-HOG FUME COLLECTOR, COOLANT SYSTEM, EXIT CONVEYOR, COOLANT TROUGH, CONTROL | G | $6,000 | $8,000 |
| 123 | 1 | 1 | N/A | 1999 | EISELE | HSA-NC1 | 140001 | M | CUTOFF SAW, UP-ACTING TYPE, W/ 28' X 10' AUTOMATIC CHAIN TYPE INFEED SYSTEM, 4-STAND, PNEUMATIC HOLD-DOWN INFEED SYSTEM, RINSE AND COOLANT TANK, 12" X 8' ELEVATED PARTS CONVEYOR, 4-BAG DUST COLLECTOR, TOTAL CONTROL MODEL QUICKPANEL JR PROGRAMMABLE LOGIC CONTROL [CONTROL UPGRADED IN 2008] | G | $12,000 | $15,000 |
| 124 | 1 | 1 | N/A | 1999 | EISELE | HSA-NC1 | 140002 | M | CUTOFF SAW, UP-ACTING TYPE, W/ 28' X 10' AUTOMATIC CHAIN TYPE INFEED SYSTEM, 4-STAND, PNEUMATIC HOLD-DOWN INFEED SYSTEM, RINSE AND COOLANT TANK, 12" X 8' ELEVATED PARTS CONVEYOR, 4-BAG DUST COLLECTOR, TOTAL CONTROL MODEL QUICKPANEL JR PROGRAMMABLE LOGIC CONTROL [CONTROL UPGRADED IN 2008] | G | $12,000 | $15,000 |
| 125 | 1 | 1 | N/A | N/A | ROUGH DECK | N/A | N/A | SE | PLATFORM SCALE, 10,000-LB CAPACITY, W/ 60" X 60" PLATFORM, ABOVE-GROUND, W/ GSE MODEL 445 DIGITAL READOUT | G | $400 | $500 |
| 126 | 1 | 1 | 579 | N/A | CHASE MAG | SNUG WRAPPER | JW7252 | SE | PALLET WRAPPING MACHINE, W/ STOCK ROLL, TENSION GUIDE ROLLS, PUSHBUTTON CONTROL | G | $800 | $1,000 |
| | | | | | | | | | **THROUGHOUT FACILITY** | | | |
| 127 | 1 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS SUPPORT EQUIPMENT THROUGHOUT THE FACILITY, INCLUDING BUT NOT LIMITED TO: (17) JIB CRANES, FREE-STANDING, 1/4-2-TON CAPACITY, 8-16' SPAN, EACH W/ POWERED CHAIN HOIST; (8) JIB CRANES, WALL MOUNTED, 1/4-1/2-TON, 8' SPAN; (1) INDUCTOTHERM POWER MELT 500-2 INDUCTION POWER SUPPLY, 500-KW [NOT IN | G | $45,000 | $55,000 |

Effective Date: November 28, 2016



**Berkshire Investments, LLC dba/Chicago Extruded Metals Company**
**Asset List**

Exhibit B

| Item # | Loc. | Qty. | Equip # | Year | Make | Model | Serial # | Class | Description | Cond. | FLV | OLV |
|--------|------|------|---------|------|------|-------|----------|-------|-------------|-------|-----|-----|
| | | | | | | | | | SERVICE AT TIME OF INSPECTION]; | | | |
| | | | | | | | | | (1) 1989 KAESER GS90 AIR COMPRESSOR, ROTARY SCREW TYPE, 75-HP [NOT IN SERVICE AT TIME OF INSPECTION]; | | | |
| | | | | | | | | | (1) ZANDER AIR DRYER [NOT IN SERVICE AT TIME OF INSPECTION]; | | | |
| | | | | | | | | | (1) COLD JET MODEL AERO 40 DRY ICE BLASTING MACHINE; | | | |
| | | | | | | | | | (1) CEMENT MIXER; | | | |
| | | | | | | | | | (1) RENCO BENCH BLOCK DRAW BENCH, 22"/16", DOUBLE DECK, 2-DIE, S/N 7516; | | | |
| | | | | | | | | | (1) 2006 DELTA MODEL 28-248G BAND SAW, 14", S/N 06B121466; | | | |
| | | | | | | | | | (1) LINCOLN ARC WELDER, 250-AMP; | | | |
| | | | | | | | | | (1) THERMAL DYNAMICS MODEL PAK MASTER 100 PLASMA CUTTER; | | | |
| | | | | | | | | | (1) 1995 HOBART MODEL TIGWAVE 250, ARC WELDER, 250-AMP, S/N 395WS18598; | | | |
| | | | | | | | | | (1) 1981 LINCOLN MODEL IDEALARC 250 ARC WELDER, S/N AC-511698; | | | |
| | | | | | | | | | (1) DELTA VERTICAL BANDSAW, 20", ASSET# 272; | | | |
| | | | | | | | | | (1) 1984 DELTA VERTICAL BANDSAW, 20", S/N 84B89280, ASSET# 271; | | | |
| | | | | | | | | | (1) THERMAL ARC MODEL TR-250 ARC WELDER, 250-AMP; | | | |
| | | | | | | | | | (1) 1990 MILLER DIMENSION 400 ARC WELDER, W/ WIRE FEED; | | | |
| | | | | | | | | | (1) LINCOLN ARC WELDER; | | | |
| | | | | | | | | | DELTA MODEL 17-900 DRILL PRESS, 17", S/N R-9150; | | | |
| | | | | | | | | | (1) 2012 KALAMAZOO MODEL K20SSF CUT-OFF SAW, S/N 312007; | | | |
| | | | | | | | | | (1) DELTA RADIAL ARM SAW, W/ WORK RTABLE, AAF DUST COLLECTOR; | | | |
| | | | | | | | | | ASSORTED PALLET RACKING; CANTILEVER RACKING; STEEL CARTS; BINS; SELF-DUMPING HOPPERS; LADDERS; WORK TABLES; HAND TOOLS | | | |

| | | | |
|---|---|---|---|
| **TOTAL** | | $2,449,300 | $3,021,100 |

Effective Date: November 28, 2016

| Qty. | Item | Desc. | |
|------|------|-------|---|
| 1 | Spectrometer | Bruker Tasman Q4 | Lab |
| 2 | Milling Machine | Bridgeport manual | Macine Shop |
| 1 | Milling Machine | Bridgeport CNC | Machine Shop |
| 1 | Turning Center | Mori-Seki SL-3 | Machine Shop |
| 1 | Band Saw | Kalamazoo Horizontal | Machine Shop |
| 1 | Fork Truck | Hyster 120 | Maintenance |
| 1 | Welder | Lincoln | Maintenance |
| 1 | Band Saw | DoAll ML Vertical | Casting |
| 1 | Skid Steer | Gehl 5635EX | Casting |
| 1 | Wire EDM | Fanuc Robocut C400iB | Die Room |
| 1 | | Extrudehone | Extrusion |
| 1 | Power Supply | Ajax Tocco | Extrusion |
| 1 | Billet Heater | Magnethermic | Extrusion |
| 3 | Spare coil | Magnethermic | |
| 1 | Cold Saw | Ohler Remscheid | Extrusion |
| 1 | Extrusion Press | Gantz 750-900 Ton Hyd. | Extrusion |

22

| | | | |
|---|---|---|---|
| 1 | Spare Press | Bottle/Container | Extrusion |
| 1 | Discharge Ramp | Magnethermic | Extrusion |
| 1 | Billet Loader | Magnethermic | Extrusion |
| 1 | Electric Die Heater | Magnethermic | Extrusion |
| ? | Run-out/Cooling Tables | Steel/Graphite | Extrusion |
| 1 | Finisher | Timesaver Series 1200 | Production |
| ? | Chop saws | | Production |
| ? | Dump Hoppers | | Production |
| 1 | Stretcher | Gantz 15 ton (small) | Production |
| 1 | Stretcher | Metalex Hyd. (large) | Production |
| 1 | Profile Corrector table Table | Wirth-Erkelenz Entrance Exit | Production |
| 1 | Profile Corrector | Siefer PRM-10 | Production |
| 1 | Profile Corrector | Unknown | Production |
| 1 | Chop Saw | In-Line Extrusion | Production |
| | Misc | Tools/equip | |

23

| Item # | Image | Brand | Item Description | Serial # | Year of MFG | Approx. Dimensions |
|---|---|---|---|---|---|---|
| 1 | | Fanuc | Robocut C400IB Wire EDM Machine | F17443371 | 2017 | 8x8x8 |
| 2 | | Mori-Seiki | SL-3 Turning Center | 1562 | Unknown | 6x8x6 |
| 3 | | DoAll | Model ML Vertical Band Saw | 12452345C | Unknown | 4x4x6 |
| 4 | | Kalamazoo | Horizontal Band Saw | 12.083 | Unknown | 6x8x4 |
| 5a. | | Bridgeport | Milling Machine | J105537 | Unknown | 4x5x6 |
| 5b. | | Bridgeport | Milling Machine | J42910 | Unknown | 4x5x6 |

24

| | | | | | | |
|---|---|---|---|---|---|---|
| 5c. | | Bridgeport CNC | Series II CNC milling machine | 1937380 | Unknown | 5x6x7 |
| 6 | | TimeSaver | Series 1200 Deburring/finishing machine | | Unknown | 4x5x6 |
| 7 | | Bruker | Tasman Q4 Spectrometer | OES3920 | 2019 | 3x3x4 |
| 8 | 105-11 | Ajax Tocco | Power Supply (for billet heater) | 47-1195 | Unknown | 3x12x7 |
| 9 | 105-1 | Magnethermic | Billet Heater (4 coils total) | | Unknown | 2x3x3 |
| 10 | | Magnethermic | Discharge Ramp | N/A | Unknown | 5x40x3 |
| 11 | | Magnethermic | Billet loader | N/A | Unknown | 3x8x4 |

25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | | *105-12*<br>Grieve | Electric Die Heater | | Unknown | | 5x6x6 |
| 13 | | Ohler<br>Remscheid | Twin column cold saw<br>and conveyor | | Unknown | | 6x12x6 |
| 14 | | Gantz | 750-900 ton Self<br>Contained Hydraulic<br>Extrusion Press<br>container size 5 ¼" x<br>16 ½" | S1-4185 | Unknown | | 8x30x10 |
| 15 | | N/A | Steel and Graphite Run<br>out and cooling tables | N/A | Unknown | | 5x40x3 |
| 16 | | *105-16*<br>Gantz | Extrusion Stretching<br>Machine rated for 15<br>tons | | Unknown | | 4x40x5 |
| 17 | | *105-17*<br>Metalex | Metalex Hydraulic<br>Extrusion Stretching<br>Machine | 51 | Unknown | | 6x50x3 |

26

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | | 105-18 Wirth Erkelenz | Profile Corrector | | Unknown | 8x30x7 |
| 19 | | Siefer Maschinenfabrik | Siefer PRM-10 Profile Corrector, | 5240 | 1984 | 8x16x8 |
| 20 | | Unknown | Profile Corrector | | Unknown | 6x12x6 |
| 21 | | | In-line saw for cutting extrusions to length. | | Unknown | 5x20x6 |
| 22 | | N/A | Dump Hoppers | | N/A | 4x4x4 |
| 23 | | Lincoln Electric | Power Mig portable welder | | N/A | 2x3x4 |
| 24 | | | Extrude Hone | | Unknown | 6x6x10 |

27

Berkshire Investments LLC

Capital Spending after last M & E Appraisal

|  | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|---|---|
| Total | $ 605,094.04 | $ 133,896.04 | $ 514,078.65 | $ 90,107.05 | $ 123,853.63 | $ - | $ 1,467,029.41 |
| 1 | $ 343,259.34 | $ 37,134.04 | $ 19,414.00 | $ 50,449.10 | $ 12,877.97 | | |
| 2 | $ 50,233.59 | $ 19,500.00 | $ 193,230.42 | $ 39,657.95 | $ 16,227.00 | | |
| 3 | $ 49,021.43 | $ 19,837.00 | $ 127,750.07 | | $ 33,275.66 | | |
| 4 | $ 5,000.00 | $ 57,425.00 | $ 27,534.16 | | $ 28,277.00 | | |
| 5 | $ 121,579.68 | | $ 127,400.00 | | $ 33,196.00 | | |
| 6 | $ 36,000.00 | | $ 18,750.00 | | | | |

28

**Fill in this information to identify the case:**

Debtor name **Berkshire Investments LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **24-11552**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Citibank, N.A.**
Creditor's Name

**388 Greenwhich Street
New York, NY 10013**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Accounts receiveable from The Stanley
Works Co.**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| **$0.00** | **$0.00** |

**2.2** | **NELI International
Incorporated**
Creditor's Name

**5075 Yonge Street, Suite
700
Toronto ON M2N 6C6**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets in the company**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Amount of claim | Value of collateral |
|---|---|
| **$2,200,770.88** | **$6,144,769.78** |

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Tramec, LLC & Tramec Sloan, LLC** | Describe debtor's property that is subject to a lien | $1,752,339.50 | $6,144,769.78 |
|---|---|---|---|---|
| | Creditor's Name | **All asset in the company** | | |

**2502 N. State Street
Iola, KS 66749**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,953,110.38 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name **Berkshire Investments LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) **24-11552**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.61** |
|---|---|---|---|
| | **AAA Cooper Transportation**<br>**PO Box 935003**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,699.33** |
|---|---|---|---|
| | **ABF Freight System**<br>**5400 W. 47th Street**<br>**Chicago, IL 60638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291.71** |
|---|---|---|---|
| | **Abrasive Products, LLC dba**<br>**Diamond Tool & Abrasives**<br>**637 E. Golf Road**<br>**Arlington Heights, IL 60005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Goods** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,220.20** |
|---|---|---|---|
| | **Aegis Worldwide, LLC**<br>**11550 N. Meridian Street, Suite 550**<br>**Carmel, IN 46032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Air Products**
**1940 Air Products Blvd.**
**Allentown, PA 18106**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Airgas USA, LLC**
**2530 Sever Road, Suite 300**
**Lawrenceville, GA 30043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,099.78**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Ajax Tocco Magnethermic Corp.**
**1745 Overland Avenue NE**
**Warren, OH 44483**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,485.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Algebra Inc.**
**5250 McDermott Drive**
**Berkeley, IL 60163**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,700.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**AM Industrial Group, LLC**
**16000 Commerce Park Drive**
**Brookpark, OH 44142**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$675,000.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Ameri-Source Specialty Products Inc**
**2901 Industrial Blvd.**
**Bethel Park, PA 15102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,057.02**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,171.17**

---

| Debtor | **Berkshire Investments LLC** | | Case number (if known) | **24-11552** |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,330.00**

**American Foundry Society**
**35169 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,362.48**

**American Welding & Gas**
**3900 West North Avenue**
**Stone Park, IL 60165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$638.25**

**Anderson Pest Solutions**
**PO Box 740608**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,535.00**

**ANJ Consulting Servievs, LLC**
**9631 S. Cicero Avenue, #1426**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,465.40**

**Applied Hydraulics Corporation**
**944 N Spaulding Avenue**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,616.11**

**Aramark Uniform Services**
**25259 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,769.75**

**Archer McKinley, Inc.**
**700 Commerce Drive, Suite 500**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
**Armil CFS, Inc.**
**15660 LaSalle Street**
**South Holland, IL 60473**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$7,353.16**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**ASM International**
**9639 Kinsman Rd.**
**Materials Park, OH 44073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **2745**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$390.15**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5017**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **ance**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$6,464.75**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **8378**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$264.76**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$811.12**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **2768**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$721.50**

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,568.73** |
|---|---|---|---|

**Atlas Saw & Tool, LLC**
**7801 Ondustrial Court, Suite B**
**Spring Grove, IL 60081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,394.68** |
|---|---|---|---|

**Atlas Toyota Material Handling**
**27294 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,928.65** |
|---|---|---|---|

**Avana Electrotek**
**1445 Brummel Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Axim Enterprises**
**32 Gazza Blvd.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,069.32** |
|---|---|---|---|

**Bearing Headquarters Company**
**PO Box 6267**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,843.72** |
|---|---|---|---|

**Belmont Equipment & Technologies**
**32055 Edward Avenue**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.00** |
|---|---|---|---|

**Berg Engineering & Sales Company**
**3893 Industrial Avenue**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | | Case number *(if known)* | **24-11552** |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Berkshire Hathaway Homestate Companies**
PO Box 844501
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   **Service**

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address

**Beverly Snow & Ice**
16504 S. Dixie Highway
Markham, IL 60428

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Service**

Is the claim subject to offset? ☒ No ☐ Yes

**$778.00**

---

**3.35** | Nonpriority creditor's name and mailing address

**Bronson & Bratton**
220 Shore Drive
Burr Ridge, IL 60527

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,540.00**

---

**3.36** | Nonpriority creditor's name and mailing address

**Buckeye Business Products**
3830 Kelley Avenue
Cleveland, OH 44114

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,024.00**

---

**3.37** | Nonpriority creditor's name and mailing address

**C & E Fire Protection**
6500 Halsey Drive
Woodridge, IL 60517

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Service**

Is the claim subject to offset? ☒ No ☐ Yes

**$5,030.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Capital Metals**
450 S. Lombard Road, Suite D
Addison, IL 60101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods**

Is the claim subject to offset? ☒ No ☐ Yes

**$142,500.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**Carolina Metals Group**
249 N. Hartman
Dallas, NC 28034

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Goods**

Is the claim subject to offset? ☒ No ☐ Yes

**$209,914.41**

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|

Name

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.02** |
|---|---|---|---|

**CDW Computer Centers, Inc.**
**1020 E. Lake Cook Road**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,820.64** |
|---|---|---|---|

**Champion Chisel**
**804 E. 18th**
**Rock Falls, IL 61071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,069.00** |
|---|---|---|---|

**Chardon Laboratories, Inc.**
**7300 Tussing Rd.**
**Reynoldsburg, OH 43068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$783.88** |
|---|---|---|---|

**ChemPoint**
**11 108th Avenue, NE Suite 1050**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.19** |
|---|---|---|---|

**Chicago Jack Service**
**5317 W. 123rd Place**
**Alsip, IL 60803**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.00** |
|---|---|---|---|

**Chicago Spectro Service Labs, Inc.**
**6245 South Oak Park Avenue**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.03** |
|---|---|---|---|

**Christopher Valadez**
**10325 Wight Street**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264,791.56**

Cohen Brothers Inc.
1520 14th Avenue
Middletown, OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$681,767.70**

Combined Metal
8470 Keele Street
Concord, Ontario Canada L4K2S1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834,742.75**

Constellation New Energy
PO Box 4640
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.00**

Converge Technology Solutions
PO Box 23623
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,475.03**

Copper DevelopmentAssoc/260 Madison
260 Madison Avenue
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consulting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,215.25**

Crane Tech, Inc.
4213 Technology Dr. Bldg. B
Modesto, CA 95356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,410.47**

Crown Credit Company
PO Box 640352
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Used lift truck (Cure amount)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Culture Index LLC**
**10200 State Line Rd., Suite 200**
**Leawood, KS 66206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**CyranTech**
**3104 E. Camelback Road, #2240**
**Phoenix, AZ 85016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$413.99**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**David Weidner Concrete**
**7705 Industrial Drive, Suite B**
**Spring Grove, IL 60081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$10,750.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Dell**
**One Dell Way**
**Round Rock, TX 78682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$4,521.02**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Delta Screw Company**
**2036 N. Campbell Avenue**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**DNV GL Business Assurance USA, Inc.**
**PO Box 74008806**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$3,487.98**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Dormakaba**
**6161 E. 75th Street**
**Indianapolis, IN 46250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$359,268.94**

---

| Debtor | **Berkshire Investments LLC** | | Case number *(if known)* | **24-11552** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.26 |
|---|---|---|---|
| | **Double D Express, Inc.**<br>**PO Box 606**<br>**Peru, IL 61354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,871.05 |
|---|---|---|---|
| | **Economy Disposal Service**<br>**630 Hicks Rd.**<br>**Palatine, IL 60067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|
| | **EDM Products LLC**<br>**484 W. Wrightwood Avenue**<br>**Elmhurst, IL 60126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Goods** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,600.00 |
|---|---|---|---|
| | **EMT Electrial Company**<br>**6207 W. Corneali Avenue**<br>**Chicago, IL 60634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,500.00 |
|---|---|---|---|
| | **Environmental Process Technologies**<br>**9132 Indianapolis Blvd.**<br>**Highland, IN 46322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $453.60 |
|---|---|---|---|
| | **EverLights**<br>**1020 Bonaventure Dr**<br>**Elk Grove Village, IL 60007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.52 |
|---|---|---|---|
| | **Evoqua Water Technologies**<br>**28563 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Express Service, Inc.**
**PO Box 203901**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$58,204.54**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Eyet Law LLC**
**382 George Street New**
**New Brunswick, NJ 08901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consulting__

Is the claim subject to offset? ■ No ☐ Yes

**$18,635.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**FedEx Remit**
**PO Box 94515**
**Palatine, IL 60094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$860.93**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Flatiron Crane dba Simmers Crane**
**415 31st Avenue**
**Rock Island, IL 61201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$18,916.11**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Fluid-Aire Dynamics**
**530 Albion Avenue**
**Schaumburg, IL 60193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$46,860.18**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Freedom Fastener Inc**
**869 E Schmaumburg Rd. Ste. 149**
**Schaumburg, IL 60194**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$2,226.75**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Fry Productions**
**1221 Candlewick Dr. NW**
**Poplar Grove, IL 61065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$25,742.50**

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,557.00**

**Gerald Bauman & Co, PC**
**1300 N Lake Shore Dr. #27B**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,347.50**

**Gexpro**
**2019 Corporate Lane Ste 135**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,599.00**

**Glen Carbide Inc**
**1054 Campbells Run Rd.**
**Carnegie, PA 15106-1901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,035.97**

**Global Industrial**
**2505 Mill Center Parkway Ste 100**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,558.32**

**Grainger**
**6450 Austin Ave.**
**Chicago, IL 60638-5394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

**Hahn Calibration Service**
**20575 N William Ave**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,323.40**

**HazChem Environmental Corp.**
**330 S. Fairbank St.**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address**
**Horizon Performance Technologies**
955B Walnut Ridge Dr.
Hartland, WI 53029

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$3,950.80**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**IEPA**
**Bureau of Air-Compliance Unit**
PO Box 19276
Springfield, IL 62794

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Illinois Emergency Management Agen.**
1035 Outer Park Dr.
Springfield, IL 62704-4462

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Illinois EPA**
**Division of Air Pollution Control**
1022 North Grand Avenue East
Springfield, IL 62794

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Imperial Zinc Corp.**
1061 East 103rd St.
Chicago, IL 60628

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$135,921.28**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Indiana Refractories Inc.**
1815 S Anthony Blvd.
Fort Wayne, IN 46803-3605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Industrial Overlay**
2910 West Rock Falls Rd.
Rock Falls, IL 61071

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$29,478.00**

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$533.92** |
|---|---|---|---|

**Industrial Tire Solutions**
**878 Eagle Dr.**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Inman Electric Motors**
**314 Civic Rd.**
**La Salle, IL 61301**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,126.70** |
|---|---|---|---|

**Integral Power Technologies LLC**
**420 W Prospect St.**
**Painesville, OH 44077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,700.33** |
|---|---|---|---|

**Interco Trading Company**
**10 Fox Industrial Park Bldg 3**
**Madison, IL 62060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354,349.58** |
|---|---|---|---|

**Intrametco**
**14297 Bergen Blvd. Ste 200**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,389.93** |
|---|---|---|---|

**IT1 Source LLC**
**4110 N. Scottsdale Rd. Ste 300**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,328.40** |
|---|---|---|---|

**Iten Industries Inc.**
**4602 Benefit Ave.**
**Ashtabula, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.05**

**ITU Absorb Tech**
**4602 Benefit Ave.**
**Ashtabula, OH 44004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,865.50**

**J2M Cicero LLC**
**5550 W Touhy Ave. Suite 420**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Property taxes owed under triple net lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,250.00**

**J2M Cicero, LLC**
**5550 W. Touhy Avenue, Suite 420**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **1 month's rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,962.65**

**John Pempek Inc.**
**11745 Southwest Hwy.**
**Palos Heights, IL 60463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,283.44**

**JP Wire & Metals dba Shapiro Recycl**
**243 Veterans Blvd.**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Goods**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**K & M Associates Inc.**
**555 Rogers St.**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.00**

**Kleen Air Service Corp.**
**5354 N Northwest Highway**
**Chicago, IL 60630-4039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,522.88** |
|---|---|---|---|

**Konica Minolta**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,922.00** |
|---|---|---|---|

**Kronos SaaShr Inc.**
**PO Box 744724**
**Atlanta, GA 30374-4724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$288.83** |
|---|---|---|---|

**Lapmaster Wolters**
**501 W Algonquin Rd**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,265.99** |
|---|---|---|---|

**Leica Microsystems Inc**
**10 Parkway Ste 300**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,188.44** |
|---|---|---|---|

**LH Marshall Company**
**1601 Woodland Avenue**
**Columbus, OH 43219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,820.67** |
|---|---|---|---|

**LSA Services Inc.**
**820 Bonnie Lane**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,850.00** |
|---|---|---|---|

**M Global Services**
**128 South Lucile St.**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | | Case number *(if known)* | **24-11552** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.05**

**Magid Glove Manufacturing Co.**
**1300 Napercille Dr.**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,985.00**

**Master Cut EDM Inc.**
**1025 Lunt Ave. Ste. C**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14.07**

**Max Lutes**
**107 Harrison St. Apt. GE**
**Oak Park, IL 60304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,470.34**

**McMaster-Carr Supply Co.**
**PO Box 4355**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,314.20**

**Mercer Transportation**
**PO Box 644011**
**Pittsburgh, PA 15264-4011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,114.00**

**Mersen USA GS Corp- Greenville**
**712 Industrial Park Dr.**
**Greenville, MI 48838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,250.00**

**Messina Group**
**PO Box 958**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address
**Metals Technology Corp.**
120 N. Schmale Rd.
Carol Stream, IL 60188-2151

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$279.50**

---

**3.118** | Nonpriority creditor's name and mailing address
**Metalsco Inc.**
11006 Manchester Rd.
Saint Louis, MO 63122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$1,255,589.27**

---

**3.119** | Nonpriority creditor's name and mailing address
**Methods Machine Tools**
2400 Vantage Dr.
Elgin, IL 60124

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$7,051.25**

---

**3.120** | Nonpriority creditor's name and mailing address
**Metropolitan Water Reclamation Dist**
PO Box 95089
Chicago, IL 60694-5089

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$965.68**

---

**3.121** | Nonpriority creditor's name and mailing address
**Midtown Petroleum (RelaDyne)**
9707 S. 76th Ave.
Bridgeview, IL 60455

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$14,594.22**

---

**3.122** | Nonpriority creditor's name and mailing address
**Mostardi Platt**
888 Industrial Dr.
Elmhurst, IL 60126

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$25,373.05**

---

**3.123** | Nonpriority creditor's name and mailing address
**Motion Industries Inc/Mill**
3839 S NormalAve
Chicago, IL 60609-1706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$17,659.02**

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**MSC Industrial Supply Company**
**PO Box 953635**
**Saint Louis, MO 63195-3635**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$912.84**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Much Shelist PC**
**8477 Solution Center**
**Chicago, IL 60677-8004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$19,049.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**MWI Inc.**
**1269 Brighton-Henrietta Townline Rd**
**Rochester, NY 14623**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$41,784.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**MWRD Industrial Waste Enforcement**
**11 East Eire Street**
**Chicago, IL 60611**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Service-Notice purpose only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**NACM Midwest**
**3005 Tollview Dr.**
**Rolling Meadows, IL 60008-3700**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**National Assoc. of Elevator Contrac**
**1500 Klondike Rd. SW Ste. A211**
**Conyers, GA 30094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**National Lift Truck**
**3333 Mt Prospect Rd**
**Franklin Park, IL 60131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$1,682.65**

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Network Safety Consultants, Inc.**
**10320 Orland Parkway**
**Orland Park, IL 60467**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$329.34**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Nicor Gas**
**PO Box 6407**
**Carol Stream, IL 60197-5407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,634.25**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Occupational Health Centers**
**PO Box 488**
**Lombard, IL 60148-0488**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,955.00**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**OSI Environmental Inc.**
**R30-Merrillville 3300 E. 83rd Pl.**
**Merrillville, IN 46410**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Pat Mooney Inc.**
**16 W Official Rd.**
**Addison, IL 60101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,319.20**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Patrick J. Balson**
**292 Graemere Street**
**Northfield, IL 60093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payroll, salary, business and travel expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,513,855.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Patrick J. Balson**
**292 Graemere Street**
**Northfield, IL 60093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Cash advances/notes**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,194,036.00**

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Paymaker Mechanical Inc.**
**1419 N Edgewood Lane**
**McHenry, IL 60051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$68,351.00**

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Perfect Temperature Inc.**
**74 Bradrock**
**Des Plaines, IL 60018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$3,824.60**

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Petro-Chem Industries**
**3440 S Ashland Ave.**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$1,370.00**

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Pirtek Hoses & Assemblies**
**3440 S Ashland Ave.**
**Chicago, IL 60608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$3,824.34**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Power Parts International Inc.**
**742 S Indiana Ave.**
**West Bend, WI 53095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods (Cure amount)**

Is the claim subject to offset? ■ No ☐ Yes

**$66,294.00**

---

**3.143** | **Nonpriority creditor's name and mailing address**
**Preferred Transportation Inc.**
**PO Box 5261**
**Phillipsburg, NJ 08865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$4,283.75**

---

**3.144** | **Nonpriority creditor's name and mailing address**
**Premier Electronics**
**453 Coventry Lane Ste. 104**
**Crystal Lake, IL 60014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$1,187.00**

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$338,582.85** |
|---|---|---|---|

**Premier Metal Services LLC**
**8360 E. Washington St.**
**Chagrin Falls, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.95** |
|---|---|---|---|

**Quadient Finance**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$749.19** |
|---|---|---|---|

**Quench USA Inc.**
**3175 Bass Pro Dr.**
**Grapevine, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**QuesTek Innovations LLC**
**1820 Ridge Ave.**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127.89** |
|---|---|---|---|

**R & L Carriers**
**PO Box 100200**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,963.95** |
|---|---|---|---|

**Refractory Engineers Inc.**
**175 Midwest Blvd.**
**Indianapolis, IN 46214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,755.27** |
|---|---|---|---|

**Reliable Fire & Security**
**12845 Cicero Ave.**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,020.26**

**Resources Alloys & Metals Inc.**
**PO Box 31765**
**West Palm Beach, FL 33420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,100.98**

**RHM LLC**
**2301 W 22nd St. Ste. 102**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**Richard Jenkins**
**512 Longmeadow Circle**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Salary**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,332.00**

**Rose Metal Industries LLC**
**1536 East 43rd St.**
**Cleveland, OH 44103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Rosenwood**
**1712 Euclid Ave.**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.68**

**Rotolok Valves Inc-USA**
**2711 Gray Fox Rd.**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,764.35**

**Safety-Kleen Systems**
**PO Box 975201**
**Dallas, TX 75397-5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address**
**Schaeffers Special Lubricants**
**102 Barton St.**
**Saint Louis, MO 63104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$1,602.70**

---

**3.160** | **Nonpriority creditor's name and mailing address**
**Schuster Metals LLC**
**2206 North 30th St.**
**Milwaukee, WI 53208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$56,973.18**

---

**3.161** | **Nonpriority creditor's name and mailing address**
**Scientific Control Laboratories**
**3537 Momentum Place**
**Chicago, IL 60689-5335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$6,025.00**

---

**3.162** | **Nonpriority creditor's name and mailing address**
**Securitas Security Services USA-Inc**
**12672 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$108,014.82**

---

**3.163** | **Nonpriority creditor's name and mailing address**
**Spectro Analytical Instruments Inc**
**91 McKee Dr.**
**Mahwah, NJ 07430**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$368.57**

---

**3.164** | **Nonpriority creditor's name and mailing address**
**Sterling Staffing Inc**
**2 Westbrook Corporate Center Ste300**
**Westchester, IL 60154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ■ No ☐ Yes

**$20,434.30**

---

**3.165** | **Nonpriority creditor's name and mailing address**
**Sun-Pro Zinc Oxide**
**Marshal Pitchford**
**209 S. Main Street, Third Floor**
**Akron, OH 44308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Settlement amount owed.__

Is the claim subject to offset? ■ No ☐ Yes

**$109,000.00**

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,790.00**

**Sun-Tec Corporation**
**46590 Ryan Court**
**Novi, MI 48377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$620.55**

**SVI International Inc.**
**155 Harvestore Dr.**
**DeKalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,896.24**

**T-Mobile**
**PO Box 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.60**

**TC Direct**
**PO Box 685**
**Hillside, IL 60162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,031.00**

**Team Industrial Services Inc.**
**7920 Maryland Ave.**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$251,200.30**

**Thalheimer**
**700 E. Godfrey Ave.**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$617.94**

**The Expresso Shoppe**
**524 N York Rd**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$728.00** |

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |

**The Home City Ice**
**3927 W. Fifth Ave.**
**Chicago, IL 60624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,635.13** |

**The Horton Group**
**PO Box 778729**
**Chicago, IL 60677-8729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,920.00** |

**Toolmag**
**9025 Exchange**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,033.35** |

**Total Metal Recycling (Wieland)**
**2700 Missouri Ave.**
**Granite City, IL 62040**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,594.33** |

**Town of Cicero- water and sewer**
**4949 West Cermak Rd**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,070.00** |

**Toyo Tanso USA Inc**
**2575 NW Graham Circle**
**Troutdale, OR 97060-9509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,108.14** |

**Toyota Industries Comm. Fin. Inc.**
PO Box 660926
Dallas, TX 75266-0926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,899.75** |

**Tri State Scale Systems Calibration**
191 Ontario St
Frankfort, IL 60423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**Tri-State Expedited Service**
7681 Cummings Rd.
Millbury, OH 43447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,859.30** |

**Trinity Consultants**
PO Box 972047
Dallas, TX 75397-2047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,826.18** |

**Tully & Associates Ltd.**
33 N Dearborn St. Ste. 2450
Chicago, IL 60602-3103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,719.71** |

**U.S. Air Filtration Inc.**
10278 County Road 2213
Tyler, TX 75707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136,640.46** |

**UB Greensfelder, Hemker, Gale PC**
PO Box 875072
Kansas City, MO 64187-5094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,005.44**

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,998.44**

**Unify Inc.**
PO Box 772207
Detroit, MI 48277-2207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,143.72**

**United Healthcare**
233 N Michigan Ave.
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.95**

**United Radio Communications**
9200 S Oketo Ave.
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279,747.08**

**United Salvage Corp of America**
d/b/a Framingham Salvage Co.
120 Waverly St.
Framingham, MA 01702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00**

**United Scrap**
1545 S Cicero Ave.
Cicero, IL 60804

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Goods__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,450.22**

**United Steelworkers/Union**
PO Box 644485
Pittsburgh, PA 15264-4485

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address

**UPS- United Parcel Service**
**PO Box 809488**
**Chicago, IL 60680-9488**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$498.58**

---

**3.195** | Nonpriority creditor's name and mailing address

**Utility Mfg Co/vendor**
**2443 Boston Road**
**Wilbraham, MA 01095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$6,359.64**

---

**3.196** | Nonpriority creditor's name and mailing address

**Van's Industrial**
**231 Condit St.**
**Hammond, IN 46320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$6,603.76**

---

**3.197** | Nonpriority creditor's name and mailing address

**Vanguard Archives**
**PO Box 807 Ave.**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$2,078.30**

---

**3.198** | Nonpriority creditor's name and mailing address

**Verichek Technical Services Inc.**
**3000 Industrial Blvd.**
**Bethel Park, PA 15102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$5,040.00**

---

**3.199** | Nonpriority creditor's name and mailing address

**Video & Sound Service**
**40 W Lake St.**
**Melrose Park, IL 60164-2425**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$12,852.00**

---

**3.200** | Nonpriority creditor's name and mailing address

**Voestalpine High Perf. Metals**
**2505 Millennium Dr.**
**Elgin, IL 60124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

**$4,304.57**

---

| Debtor | **Berkshire Investments LLC** | Case number (*if known*) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,068.95** |
|---|---|---|---|

**Warehouse Direct**
**2001 S Mount Prospect Rd.**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Waste Management Inc.**
**PO Box 4648**
**Carol Stream, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,078.60** |
|---|---|---|---|

**WaterSaver Faucet Company**
**701 W Erie St.**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,978.15** |
|---|---|---|---|

**Weaver Material Service Inc.**
**1810 Industrie Dr.**
**Jamestown, NY 14702-1151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$698.54** |
|---|---|---|---|

**Wipeco Inc.**
**171 S Gary Ave.**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,050.00** |
|---|---|---|---|

**WIPFLi**
**100 Tri State International Ste 300**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**World Asia Logistics**
**904 N Central Ave./Ste. 203**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,258.80** |
|---|---|---|---|

**WW Construction & Roofing**
**16W591 Crest Ave.**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,810.87** |
|---|---|---|---|

**XPO Logistics**
**29559 Network Place**
**Chicago, IL 60673-1559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,209.89** |
|---|---|---|---|

**Zoro Tools Inc.**
**PO Box 5233**
**Janesville, WI 53547-5233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Goods

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony Rutkowski**<br>**Rutkowski Law Group, P.C.**<br>**8770 W. Bryn Mawr Avenue,Suite 1300**<br>**Chicago, IL 60631** | Line **3.162**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Blake Horwitz**<br>**The Blake Horwitz Law Firm, Ltd.**<br>**111 W. Washington Street, Ste. 1611**<br>**Chicago, IL 60602** | Line **3.38**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Chris Chagaris**<br>**The Chagaris Law Firm, P.A.**<br>**PO Box 1408**<br>**Davidson, NC 28036** | Line **3.39**<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Joanna Kellogg**<br>**Kellogg Law Group, LLC**<br>**525 W. Hawthorne Place, Suite 901**<br>**Chicago, IL 60657** | Line **3.191**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Keith R. Krider**<br>**835 McClintock Drive, 2nd Floor**<br>**Burr Ridge, IL 60527** | Line **3.196**<br><br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Michael K. Jameson**<br>**Meltzer, Purtill & Stelle LLC**<br>**125 S. Wacker Drive, Suite 2900**<br>**Chicago, IL 60606** | Line **3.72**<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | **Berkshire Investments LLC** | Case number (if known) | **24-11552** |
|---|---|---|---|
| | Name | | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     **0.00** |
| **5b. Total claims from Part 2** | 5b.   **+** | $     **11,480,010.27** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $     **11,480,010.27** |

**Fill in this information to identify the case:**

Debtor name    **Berkshire Investments LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **24-11552**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Used lift truck lease. CRWCGC35 SAM - 9. $1,010.31 per month.**<br><br>State the term remaining   **Ends July 2026**<br><br>List the contract number of any government contract | **Crown Credit Company<br>PO Box 640352<br>Cincinnati, OH 45264** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Property lease for Debtor's facility at 1601 S. 54th Avenue, Cicero, IL 60804**<br>State the term remaining   **Ends March 7, 2025**<br><br>List the contract number of any government contract | **J2M-Cicero, LLC<br>5550 W. Touhy Avenue, Suite 420<br>Skokie, IL 60077** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Copier/printer lease; $1521.82 per quarter.**<br><br>State the term remaining   **Ends February 2025**<br><br>List the contract number of any government contract | **Konica Minolta<br>21146 Network Place<br>Chicago, IL 60673** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Purchase order contract for manufacturing machine; owe $66,000, already paid $100,000**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Power Parts International Inc.<br>742 S Indiana Ave.<br>West Bend, WI 53095** |

| Debtor 1 | **Berkshire Investments LLC** | | | Case number *(if known)* | **24-11552** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Postage machine; $50.79 per month** | |
|---|---|---|---|
| | State the term remaining | **Ends in 2026** | **Quadient Finance USA** |
| | List the contract number of any government contract | | **PO Box 6813 Carol Stream, IL 60197** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Water Cooler; water supply in plant for employees** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month Lease** | **Quench USA Inc.** |
| | List the contract number of any government contract | | **630 Allendale Road, Suite 200 King of Prussia, PA 19406** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract; collective bargaining contract** | |
|---|---|---|---|
| | State the term remaining | **Ends September 2026** | **United Steelworkers/Union** |
| | List the contract number of any government contract | | **PO Box 644485 Pittsburgh, PA 15264-4485** |

**Fill in this information to identify the case:**

Debtor name __**Berkshire Investments LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) __24-11552__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                          Schedule H: Your Codebtors                          Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11552 |
| | ) | |
| Berkshire Investments LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |

**STATEMENT OF LIMITATIONS AND SPECIFIC DISCLOSURES, AND**
**RESERVATION OF RIGHTS REGARDING DEBTOR'S SCHEDULES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA") of Berkshire Investments LLC, an Illinois limited liability company ("Berkshire" or the "Debtor"), in its chapter 11 case (the "Chapter 11 Case") filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007 by management and other personnel of the Debtor with the assistance of bankruptcy counsel.

The Schedules and SOFA have not been audited by independent auditors. The Debtor's books and records may be incomplete. While management has made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on information that was available to them at the time of preparation and filing, subsequent information or discovery may result in amendments to the Schedules and SOFA, and inadvertent errors or omissions may exist. Accordingly, the Schedules and SOFA are subject to modification, amendment and supplementation as a matter of course at any time before the Chapter 11 Case is closed. This *Statement of Limitations and Specific Disclosures, and Reservation of Rights Regarding Debtor's Schedules and Statement of Financial Affairs* (the "Notes") are hereby expressly incorporated in, and constitute an integral part of, the Schedules and SOFA, and should be referred to and considered in connection with any review of the Schedules and SOFA. The *Declaration of Richard N. Jenkins in Support of Chapter 11 Petitions and First Day Emergency Motions* (the "Declaration") [ECF No. 14], is also hereby expressly incorporated herein.

1.     Description of the Case and "as of" Petition Date. On August 8, 2024 (the "Petition Date"), the Debtor filed the Chapter 11 Case. Since the Petition Date, the Debtor has remained in possession of its assets and has continued to maintain its operations and financial affairs as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108. The information contained in the Schedules and SOFA, including all assets and liabilities, reflects the best information available to the Debtor as of the Petition Date. Except as otherwise provided therein, the values and amounts provided in the Schedules and SOFA reflect the relevant values and amounts as of the Petition Date.

1

2.     _Values_. Unless otherwise stated on the Schedules, each asset and liability of the Debtor reflected in the Schedules reflects the value of the assets and liabilities as listed in the Debtor's books and records and is not based upon any estimate of current market value. Where management was unable to arrive at any good-faith estimate of current value, such value is listed as "Unknown." In many such cases, however, management anticipates that current value will be determined in connection with contemplated sale of the Debtor's assets.

3.     _Asset Descriptions_. The descriptions of assets in Schedule A/B may be general in nature, consistent with the requirements of the applicable Schedule questions. _See, e.g._, Schedule A/B, Part 7, Question 39 (providing for a "[g]eneral description" of office furniture). In such instances, the Debtor may have available a more detailed list of assets, though the list is not the product of an audit or formal inventory.

4.     _Claim Dates._ The claims listed in Schedules D and E/F may have arisen or were incurred on various dates prior to the Petition Date. In certain instances, the date on which a claim arose is an open issue of fact. In most instances, it would be unduly burdensome for the Debtor to list the date on which the claim arose and, therefore, the Debtor does not list a date for each claim included in Schedules D and E/F.

5.     _Executory Contracts and Unexpired Leases._ While the Debtor has made reasonable efforts to ensure the accuracy of Schedules A/B and G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtor reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases that may have terminated or expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, letters, and other documents, instruments, and agreements, which may not be listed therein, and to modify the Schedules accordingly. In addition, certain of the agreements listed in Schedules A/B and G may be non-executory or secured financings. The Debtor reserves all of its rights to dispute or challenge the characterization of any agreements listed in the Schedules, or to re-categorize any agreements listed therein as new information becomes available.

6.     _Causes of Action._ The Debtor may not have set forth all of its causes of action against third parties as assets in the Schedules. The Debtor reserves all of its rights with respect to any causes of action that it may have, and neither the Notes nor the Schedules shall be deemed a waiver of any such causes of action.

7.     _Insiders._ In Part 2, Question 4 of the SOFA, the Debtor has attempted to include all payments made on or within twelve (12) months of the Petition Date to or for the benefit of any individual or entity deemed an "insider" as that term is defined in section 101(31) of the Bankruptcy Code, including any officers, directors, and affiliated entities. The listing of a party as an "insider" is not intended to be, nor should it be considered, a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

8.     _Setoffs._ The Debtor incurred certain setoffs and other similar rights during the ordinary course of business resulting from various items such as pricing discrepancies, returns,

2

and other disputes between the Debtor and its customers. These offsets and other similar rights are consistent with the ordinary course of business.

9.      Credits and Adjustments. The claims of individual creditors for, among other things, goods, products, services, or technology are listed as amounts entered on the Debtor's books and records and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits, allowances, and other adjustments.

10.      Financial Statement Issuance. In Part 13, Question 26.d of the SOFA, the Debtor is required to list financial institutions, creditors, and other parties, including trade agencies, to whom it issued financial statements. The Debtor has endeavored to list the financial institutions, other lenders, and regulatory bodies to whom it has issued financial statements during the period specified. The Debtor has also provided extensive financial disclosures—which may or may not constitute the issuance of financial statements within the meaning of Question 26.d—to various other potential purchasers, lenders, and other parties to assist in its due diligence during the same period but has not maintained detailed records of such disclosures. There may, therefore, be additional parties to whom the Debtor has issued financial statements that are not listed in the SOFA.

11.      Professional Fee Retainer. In Part 6, Question 11 of the SOFA, the Debtor lists the payment made related to restructuring or bankruptcy counseling within one year prior to the Petition Date. This payment was treated as an advance payment retainer. As such, there were remaining advance payment retainer amounts as of the Petition Date that will be applied to post-petition services rendered to the Debtor.

12.      Recharacterization. The Debtor has made reasonable efforts to accurately characterize, classify, and designate the claims, assets, executory contracts, unexpired leases, interests, property, and other items reported in the Schedules and SOFA. Nevertheless, due to the complexity and nature of the Debtor's operations, the Debtor may not have accurately characterized, classified, categorized, or designated certain items. The Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available, including as to the existence of any claim and the executory or unexpired nature (or non-executory or expired nature) of contracts and leases identified herein.

13.      Employee Claims. In Part 1, Question 2 of Schedule E/F requests information about wage/benefit claims and related payroll withholdings and taxes of employees entitled to priority under 11 U.S.C. § 507(a)(4)-(5). Pursuant to the *Order Granting Motion of Debtor (A) for Authority to (I) Pay Certain Prepetition Employee Wages, Salaries and Other Compensation, (II) Pay and Honor Employee Medical and Other Benefits, and (III) Continue Employee Benefit Programs; (B) to Obtain Related Relief; and (C) for Shortened and Limited Notice Thereof* [ECF No. 21], such claims have been or will be paid or honored post-petition pursuant to the authority granted therein and therefore are deemed no long due and owing and not included on Schedule E/F.

3

Fill in this information to identify the case:

Debtor name   **Berkshire Investments, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   **24-11552**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2024**          X _____
Signature of individual signing on behalf of debtor

**Patrick J. Balson**
Printed name

**Manager**
Position or relationship to debtor