**Fill in this information to identify the case:**

Debtor name **Berkshire Investments LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) **24-11552**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,216,442.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$16,835,313.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$30,177,217.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment E for Wire & ACH Payments** | | $2,629,550.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **See Attachement F for Checks Issued** | | $119,989.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Richard Jenkins**<br>**512 Longmeadow Circle**<br>**Saint Charles, IL 60174**<br>**CFO** | 3/22/2024 | $3,038.81 | **Supplies; plan, casting & finishing** |
| 4.2. **Richard Jenkins**<br>**512 Longmeadow Circle**<br>**Saint Charles, IL 60174**<br>**CFO** | 4/29/2024 | $1,469.03 | **Supplies; plant & mileage** |
| 4.3. **Richard Jenkins**<br>**512 Longmeadow Circle**<br>**Saint Charles, IL 60174**<br>**CFO** | 5/31/2024 | $3,531.24 | **Supplies; plant, office, casting, maintenance & mileage** |
| 4.4. **Richard Jenkins**<br>**512 Longmeadow Circle**<br>**Saint Charles, IL 60174**<br>**CFO** | Various | $49,563.00 | **Pay from mid 2023 to October 2023.** |
| 4.5. **Patrick Balson**<br>**292 Graemere Street**<br>**Northfield, IL 60093**<br>**Manager** | Various | $68,308.00 | **Pay from mid 2023 through October 2023.** |
| 4.6. **Aaron Mercer**<br>**1725 Brown Avenue**<br>**Whiting, IN 46394**<br>**Plant Manager** | 8/25/2024 | $107.00 | **Parking, supplies** |
| 4.7. **Aaron Mercer**<br>**1725 Brown Avenue**<br>**Whiting, IN 46394**<br>**Plant Manager** | 10/31/2023 | $145.00 | **Parking, supplies** |

Debtor   **Berkshire Investments LLC**                                      Case number *(if known)* **24-11552**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **Aaron Mercer** <br> **1725 Brown Avenue** <br> **Whiting, IN 46394** <br> **Plant Manager** | **1/16/2024** | **$189.18** | **Meals, supplies** |
| 4.9. **Aaron Mercer** <br> **1725 Brown Avenue** <br> **Whiting, IN 46394** <br> **Plant Manager** | **5/14/2024** | **$303.68** | **Meals, mileage, parking, supplies.** |
| 4.10 · **Aaron Mercer** <br> **1725 Brown Avenue** <br> **Whiting, IN 46394** <br> **Plant Manager** | **6/28/2024** | **$302.88** | **Meals. mileage, parking, supplies** |
| 4.11 · **Aaron Mercer** <br> **1725 Brown Avenue** <br> **Whiting, IN 46394** <br> **Plant Manager** | **Various** | **$145,262.00** | **Salary monthly for 12 months** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **United Salvage Corp. of America v. Berkshire Investments, LLC, d/b/a Chicago Extruded Metals 2024-L-000299** | **Breach of contract** | **Circuit Court of Cook County** <br> **50 W. Washington Street** <br> **Chicago, IL 60602** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **J2M-Cicero, LLC v. Berkshire Investments, LLC 2024-M1-701140** | **Eviction** | **Circuit Court of Cook County** <br> **50 W. Washington Chicago, IL 60602** | ☐ Pending <br> ☐ On appeal <br> ■ Concluded |

Debtor    **Berkshire Investments LLC**                                        Case number *(if known)*  **24-11552**

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.  **Van's Industrial, Inc. v. Berkshire Investments, LLC 2024-M4-001857** | **Breach of Contract** | Circuit Court of Cook County 50 W. Washington Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Fluid-Aire Dynamics, Inc. v. Berkshire Investments, Inc. 2024-L-003506** | **Breach of Contract** | Circuit Court of Cook County 50 W. Washington Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.  **Securitas Security Services USA, Inc. v. Berkshire Investments d/b/a Chicago Extruded Metals Co. 2024-L-006579** | **Breach of Contract** | Circuit Court of Cook County 50 W. Washington Chicago, IL 60602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.  **Carolina Metals Group, LLC v. Berkshire Investments, LLC d/b/a Chicago Extruded Metals 24 CVS** | **Breach of Contract** | State of North Carolina,County of Gaston | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Calumet Utech** | **Uniforms donations** | 5/4/23 | **$5,420.44** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Lycee Frnacias School** | **Donation** | | **$3,875.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Lycee Francias School** | **Donation** | | **$4,050.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Robbins DiMonte, Ltd. 216 W. Higgins Road Park Ridge, IL 60068** | **Charged to prepetition amounts due under Loan and Security Agreement between NELI and the Debtor.** | **8/7/24** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **NELI International Incorporated** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **J2M-Cicero, LLC 5550 W. Touhy Avenue, Suite 420 Skokie, IL 60077** | **Lease - sale buyback contract dated March 8, 2023.  Property transferred was a milling factory located at 1601 South 54th Ave Cicero, IL, with Debtor having the option to buy back the property before March 2025 with payment outlined in agreement.** | **March, 2023** | **$1,750,000.00** |
| | Relationship to debtor **landlord - creditor** | | | |

**Part 7:    Previous Locations**

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Fidelity Basic Plan Document No. 17** | EIN: **20-0200892** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Berkshire Investments LLC**                                                  Case number *(if known)* **24-11552**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Schaumburg Bank & Trust** | **XXXX-1354** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__ | **8/14/2024. Money transferred to DIP Account** | **$5,462.70** |
| 18.2. | **Busey Bank** | **XXXX-3605** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Closed 8/16/2024** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees of Berkshire Investments, LLC** | | **Union dues withdrawn from employees paychecks and not yet remitted to Union.** | **$19,450.22** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees of Berkshire Investments, LLC** | | **Monies withdrawn from employees paychecks for deposits into their 401ks not yet remitted.** | **$32,415.73** |

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* | **24-11552** |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Chicago Extruded Metals Co.**<br>**Cicero/Cook County**<br>**BOL#0310515094**<br>**Illinois EPA VN L-2024-00138** | | **Violations of Illinois Environmental Protection Act and Illinois Pollution Control Board** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Berkshire Investments, LLC**<br>**1601 S. 54th Avenue**<br>**Cicero, IL 60804** | **Illinois EPA Enforcement Group** | **See Response to Question 22.** | **6/4/2024** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Gerald Bauman**<br>**Gerald Bauman & Company, PC**<br>**307 Michigan Avenue**<br>**Chicago, IL 60601** | |

| Debtor | **Berkshire Investments LLC** | Case number *(if known)* **24-11552** |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Gerald Bauman & Co, PC**<br>**1300 N Lake Shore Dr. #27B**<br>**Chicago, IL 60610** | **2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Garrington Capital**<br>**5075 Youge Street, Suite 700**<br>**Toronto, ON M2N 6C6** |
| 26d.2. | **Aequum Capital**<br>**10 S. Wacker Drive, Suite 1115**<br>**Chicago, IL 60606** |
| 26d.3. | **Tramec**<br>**6011 Nieman Rd., Suite 3**<br>**Shawnee, KS 66203** |
| 26d.4. | **J2M-Cicero, LLC**<br>**Matthew J. Bauman**<br>**5550 W. Touhy Avenue, Suite 420**<br>**Skokie, IL 60077** |
| 26d.5. | **Mueller Industries**<br>**150 Schilling Blvd., Suite 100**<br>**Collierville, TN 38017** |

27. **Inventories**

List all inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **NELI International Incorporated** | **January 2024** | **$2,758,377.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Berkshire Investments LLC**<br>**Richard Jenkins**<br>**1601 S. 54th Avenue**<br>**Cicero, IL 60804** |

| Debtor | **Berkshire Investments LLC** | Case number (if known) **24-11552** |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patrick Balson | 292 Graemere Street Northfield, IL 60093 | Manager | 79.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Jenkins | 512 Longmeadow Circle Saint Charles, IL 60174 | CFO | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aaron Mercer | 1725 Brown Avenue Whiting, IN 46394 | Plant manager | 14.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Davis Anderson | 33 East Cedar Street, Unit 14E Chicago, IL 60611 | | 6% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Various | | | See response to Question 4. |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| CXM Investments, LLC | EIN:    86-1288110 |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

- ☑ No
- ☐ Yes. Identify below.

Debtor    **Berkshire Investments LLC**                                                    Case number *(if known)* **24-11552**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __August 23, 2024__

__/s/ Patrick J. Balson__                                       __Patrick J. Balson__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Fill in this information to identify the case:**

Debtor name    **Berkshire Investments, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    **24-11552**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2024**

_____          **Patrick J. Balson**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT E

Wires                        5/10/24 - 8/7/24

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/14/2024 | $ 146,113.60 | Metalsco | prepaid metal |
| 5/14/2024 | $ 48,118.42 | Kronos | payroll |
| 5/14/2024 | $ 35,026.20 | Arco Alloys | prepaid / zinc |
| 5/14/2024 | $ 27,225.00 | John Hancock Life Insurance | premium pmt |
| 5/14/2024 | $ 15,000.00 | Archer McKinley | IT support |
| 5/14/2024 | $ 11,617.27 | American Express | Pbalson Feb/Mar/Apr 2024 |
| 5/14/2024 | $ 6,387.97 | Mostardi-Platt | Environmental consultation / air permit |
| 5/14/2024 | $ 6,000.00 | DiCaudo Pitchford | Pmt # 8 zinc settlement |
| 5/14/2024 | $ 6,000.00 | DiCaudo Pitchford | Pmt #9 zinc settlement |
| 5/14/2024 | $ 5,000.00 | Environmental Process Technologies | prepair Annual Emission report |
| 5/14/2024 | $ 994.05 | American Express | Pbalson Jan 2024 |
| 5/14/2024 | $ 303.68 | Aaron Mercer | Feb/Mar 2024 expense reimbursement |
| 5/20/2024 | $ 14,537.72 | NICOR / gas | Jan/Feb/Mar 2024 |
| 5/22/2024 | $ 675.52 | Karam Aldawahir | expense reimbursement |
| 5/23/2024 | $ 71,407.24 | Payoll | funding for salary payroll |
| 5/23/2024 | $ 57,154.87 | payroll | funding for union/weekly payroll |
| 5/24/2024 | $ 170,969.20 | Metalsco | prepaid RM24364 plus $10K |
| 5/24/2024 | $ 25,000.00 | Constellation | pmt $18,775.02 (9/13-10/11/23) $6,224.98 (10/11-11/9/23) |
| 5/24/2024 | $ 13,760.00 | MWI Inc. | mold table sleeves |
| 5/24/2024 | $ 10,632.00 | MWI Inc. | supplies |
| 5/24/2024 | $ 5,108.20 | Pat Mooney | prepaid saw blades |
| 5/24/2024 | $ 2,430.00 | Industrial Overlay | prepay dies |
| 5/24/2024 | $ 1,944.00 | Industrial Overlay | prepay dies |
| 5/24/2024 | $ 1,071.05 | Fidelity Investments | 401k services |
| 5/24/2024 | $ 750.00 | Fidelity Investments | 401k services |
| 5/24/2024 | $ 609.00 | Northern Extrusion | dies/die backers |
| 5/28/2024 | $ 51,824.22 | Payroll | funding for union/weekly payroll |
| 5/29/2024 | $ 2,500.00 | Imperial Zinc | raw material /pre payment RM24437 |
| 5/29/2024 | $ 2,500.00 | Robbins Salomon | attorney fee / inv 243890 |
| 5/30/2024 | $ 28,200.00 | Metalsco | prepay RM25232 plus $5K |
| 5/31/2024 | $ 3,500.00 | Mostardi-Platt | inv 67879 partial pmt |
| 6/4/2024 | $ 59,358.15 | Kronos | payroll |
| 6/5/2024 | $ 71,312.67 | Kronos | payroll |
| 6/5/2024 | $ 62,748.65 | Metalsco | prepay metal RM24226 |
| 6/6/2024 | $ 137,300.00 | Cohen Brothers | raw material/pre payment RM24556 |
| 6/6/2024 | $ 7,500.00 | Archer McKinley | IT support |
| 6/11/2024 | $ 59,920.92 | Kronos | payroll |
| 6/13/2024 | $ 137,195.98 | Schuster Metals | prepay metal/RM24591 |
| 6/14/2024 | $ 15,000.00 | Constellation/electric | payment 10/11/23 - 11/9/23 partial |
| 6/14/2024 | $ 1,071.65 | Fidelity Investments | record keeping fees |
| 6/14/2024 | $ 750.00 | Fidelity Investments | record keeping fees |
| 6/18/2024 | $ 129,554.28 | Kronos | payroll |
| 6/20/2024 | $ 11,376.57 | Maloney Lumber | prepay for boxes |
| 6/20/2024 | $ 10,000.00 | Constellaton / electric | payment plan 10/11/23 - 11/9/23 |
| 6/20/2024 | $ 4,743.99 | Schuster Metals | raw material supplier RM24591 |
| 6/21/2024 | $ 34,133.07 | Berkshire Hathaway | workers' comp insurance |
| 7/9/2024 | $ 3,827.88 | NICOR / gas | gas |
| 7/10/2024 | $ 43,000.00 | Imperial Zinc | metal prepay RM24437 |
| 7/10/2024 | $ 19,725.00 | Nickelman Properties | metal prepay RM24605 |
| 7/10/2004 | $ 2,950.00 | J2C Valuation services | inv 692 |
| 7/11/2024 | $ 20,000.00 | Constellation / elelctric | scheduled payment 10/11/23 - 11/9/23 |
| 7/11/2024 | $ 6,972.58 | Weaver Material Service | pepaid CX28100 |
| 7/12/2024 | $ 7,344.00 | Am Industrial | pmt |
| 7/16/2024 | $ 5,000.00 | Archer McKinley | IT support |
| 7/17/2024 | $ 75,328.83 | Kronos | payroll |
| 7/17/2024 | $ 57,205.68 | Kronos | payroll |
| 7/24/2024 | $ 57,192.21 | Kronos | payroll |
| 7/24/2024 | $ 15,844.86 | Metalsco | metal prepay |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 7/24/2024 | $ 72.50 | Refractory Engineers | supplies |
| 8/1/2024 | $ 77,916.69 | Kronos | payroll |
| 8/1/2024 | $ 56,237.84 | Kronos | payroll |
| 8/6/2024 | $ 7,500.00 | Archer McKinley | IT support |
| | $ 1,970,443.21 | | |

ACH's                          5/10/24 - 8/7/24

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/14/2024 | $ 3,388.00 | Maloney Lumber | supplies/boxes |
| 5/14/2024 | $ 3,005.39 | Maloney Lumber | supplies/boxes |
| 5/15/2024 | $ 5,936.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 5,936.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 5,758.66 | Fidelity Investments | 401K |
| 5/15/2024 | $ 4,404.28 | Fidelity Investments | 401K |
| 5/15/2024 | $ 4,014.54 | Fidelity Investments | 401K |
| 5/15/2024 | $ 3,651.42 | Fidelity Investments | 401K |
| 5/15/2024 | $ 3,357.30 | Fidelity Investments | 401K |
| 5/15/2024 | $ 571.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 571.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 571.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 571.26 | Fidelity Investments | 401K |
| 5/15/2024 | $ 543.44 | Fidelity Investments | 401K |
| 5/15/2024 | $ 543.44 | Fidelity Investments | 401K |
| 5/15/2024 | $ 543.44 | Fidelity Investments | 401K |
| 5/15/2024 | $ 105.60 | Fidelity Investments | 401K |
| 5/15/2024 | $ 105.60 | Fidelity Investments | 401K |
| 5/15/2024 | $ 105.60 | Fidelity Investments | 401K |
| 5/15/2024 | $ 105.60 | Fidelity Investments | 401K |
| 5/23/2024 | $ 4,335.02 | Fidelity Investments | 401K |
| 5/23/2024 | $ 571.26 | Fidelity Investments | 401K |
| 5/23/2024 | $ 105.60 | Fidelity Investments | 401K |
| 5/28/2024 | $ 6,535.62 | Exelon | gas |
| 5/29/2024 | $ 34,133.07 | Bershire Hathaway | insurance |
| 5/30/2024 | $ 82,250.56 | United Healthcare | insurance |
| 5/30/2024 | $ 5,390.00 | Verichek Technical Svs | |
| 5/30/2024 | $ 3,015.82 | XPO Logistics | freight |
| 5/30/2024 | $ 229.20 | Fidelity Investments | 401K |
| 5/31/2024 | $ 2,650.00 | J2M Cicero | June 2024 rent |
| 5/31/2024 | $ 216.75 | Air Products | supplies |
| 6/5/2024 | $ 2,424.79 | Mutual of Omaha | |
| 6/5/2024 | $ 1,478.22 | Umetco | prepaid metal RM24588 |
| 6/6/2024 | $ 5,936.26 | Fidelity Investments | 401K |
| 6/6/2024 | $ 3,482.77 | Fidelity Investments | 401K |
| 6/6/2024 | $ 3,334.66 | Fidelity Investments | 401K |
| 6/6/2024 | $ 543.44 | Fidelity Investments | 401K |
| 6/6/2024 | $ 528.94 | Fidelity Investments | 401K |
| 6/6/2024 | $ 528.94 | Fidelity Investments | 401K |
| 6/6/2024 | $ 105.60 | Fidelity Investments | 401K |
| 6/6/2024 | $ 105.60 | Fidelity Investments | 401K |
| 6/6/2024 | $ 105.60 | Fidelity Investments | 401K |
| 6/6/2024 | $ 656.94 | Eye Med Insurance | insurance |
| 6/6/2024 | $ 306.36 | American Heritage(All Stat) | insurance |
| 6/7/2024 | $ 2,856.02 | Reliable Fire | fire & security prevention |

| Date | | Amount | Payee | Description |
|---|---|---|---|---|
| 6/7/2024 | $ | 677.33 | Wear flex | supplies |
| 6/14/2024 | $ | 4,053.92 | Fidelity Investments | 401K |
| 6/14/2024 | $ | 586.24 | Fidelity Investments | 401K |
| 6/14/2024 | $ | 105.60 | Fidelity Investments | 401K |
| 6/14/2024 | $ | 1,700.00 | Titan Transfer | freight |
| 6/20/2024 | $ | 5,936.26 | Fidelity Investments | 401K |
| 6/20/2024 | $ | 543.44 | Fidelity Investments | 401K |
| 6/26/2024 | $ | 61,027.98 | Kronos | payroll |
| 6/28/2024 | $ | 3,670.51 | Constellation | gas |
| 7/1/2024 | $ | 99,226.93 | United Healthcare | insurance |
| 7/1/2024 | $ | 216.75 | Air Products | supplies |
| 7/2/2024 | $ | 1,198.93 | Air Products | supplies |
| 7/2/2024 | $ | 66,682.89 | Kronos | payroll |
| 7/5/2024 | $ | 26,250.00 | J2M Cicero | rent |
| 7/5/2024 | $ | 79,036.47 | Kronos | payroll |
| 7/9/2024 | $ | 44,196.07 | Kronos | payroll |
| 7/10/2024 | $ | 6,360.88 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 4,120.51 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 3,484.77 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 543.44 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 528.94 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 465.72 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 105.60 | Fidelity Investments | 401K |
| 7/10/2024 | $ | 105.60 | Fidelity Investments | 401K |
| 7/11/2024 | $ | 124.01 | Catherine Cossentino | expense reimbursement |
| 7/12/2024 | $ | 4,066.78 | Fidelity Investments | 401K |
| 7/12/2024 | $ | 3,970.29 | Fidelity Investments | 401K |
| 7/12/2024 | $ | 563.12 | Fidelity Investments | 401K |
| 7/12/2024 | $ | 523.52 | Fidelity Investments | 401K |
| 7/12/2024 | $ | 105.60 | Fidelity Investments | 401K |
| 7/12/2024 | $ | 105.60 | Fidelity Investments | 401K |
| 7/15/2024 | $ | 5,888.02 | Maloney Lumber | prepay for boxes |
| 7/15/2024 | $ | 2,459.45 | Mutual of Omaha | insurance |
| 7/16/2024 | $ | 594.11 | Eye Med Insurance | insurance |
| 7/18/2024 | $ | 306.36 | American Heritage(All Stat) | insurance |
| 7/19/2024 | $ | 6,360.88 | Fidelity Investments | 401K |
| 7/19/2024 | $ | 543.44 | Fidelity Investments | 401K |
| 7/23/2024 | $ | 473.76 | Karam Aldawahir/Marcin Rokita | expense reimbursement |
| 7/25/2024 | $ | 4,120.51 | Fidelity Investments | 401K |
| 7/25/2024 | $ | 3,484.77 | Fidelity Investments | 401K |
| 7/25/2024 | $ | 528.94 | Fidelity Investments | 401K |
| 7/25/2024 | $ | 465.72 | Fidelity Investments | 401K |
| 7/26/2024 | $ | 250.00 | Anthony Gonzalez | payroll |
| 7/29/2024 | $ | 4,860.16 | Maloney Lumber | prepay for boxes |
| 7/29/2024 | $ | 10.72 | Christopher Valadez | reimbursement |
| 7/30/2024 | $ | 1,583.43 | Constellation/gas | gas |
| 7/30/2024 | $ | 639.50 | American Welding | prepay for service |

| 7/30/2024 | $ | 420.26 | American Welding | prepay for service |
| 7/31/2024 | $ | 216.75 | Air Products | supplies |
| | $ | 659,107.39 | | |

# EXHIBIT F

| Date | Check # | Name | Inv Date | Amount | Comments |
|------|---------|------|----------|--------|----------|
| 5/21/2024 | 8032614 | United Scrap | 5/17/2024 | $6,750.00 | Raw material purchase |
| 5/23/2024 | 8032615 | AT&T | 3/7/2024 | $155.11 | Phones |
| 5/23/2024 | 8032616 | AT&T | 3/7/2024 | $2,577.54 | Phones |
| 5/28/2024 | 8032617 | Aramark | 3/12/2024 | $724.50 | Uniforms |
| 5/28/2024 | 8032618 | Aramark | 3/12/2024 | $1,309.70 | Uniforms |
| 5/28/2024 | 8032619 | Economy Disposal Service | 1/22/2024 | $1,430.00 | Garbage removal |
| 5/28/2024 | 8032620 | American Welding | 1/9/2024 | $1,610.70 | Welding supplies |
| 5/28/2024 | 8032621 | Occupational Health | 9/19/2023 | $1,069.00 | Medical -Physical |
| 5/30/2024 | 8032622 | ABF Freight System Inc | 2/28/2024 | $652.25 | Freight |
| 5/30/2024 | 8032623 | Anderson Pest Solutions | 3/3/2024 | $255.30 | Pest control |
| 5/30/2024 | 8032624 | Crown Credit Company | 1/30/2024 | $2,020.62 | Lease payment |
| 5/30/2024 | 8032626 | ITU Absorb Tech | 12/4/2023 | $3,044.47 | 8032625 = Void |
| 5/30/2024 | 8032627 | Preferred Transportation Inc | 1/31/2024 | $1,475.00 | Freight |
| 5/30/2024 | 8032628 | T-Mobile | 3/13/2024 | $1,089.95 | Phones |
| 5/30/2024 | 8032629 | Toyota Industries Commercial Finance | 3/4/2024 | $1,619.55 | Forklift lease payment |
| 5/30/2024 | 8032630 | United Steelworkers-Union | 2/29/2024 | $3,013.00 | Voided - 6/13/24 ret'd to the bank |
| 5/30/2024 | 8032631 | Resources Alloys & Metals Inc | 7/7/2023 | $2,000.00 | Raw material purchase |
| 5/30/2024 | 8032632 | Deleware Secretary of State | 4/11/2024 | $285.00 | Annual renewal |
| 5/30/2024 | 8032633 | Metropolitan Water Reclamation Distr | 4/3/2024 | $500.00 | Water service |
| 5/30/2024 | 8032634 | UPS | 3/2/2024 | $227.80 | Freight |
| 5/30/2024 | 8032635 | Airgas USA LLC | 3/31/2024 | $543.21 | Gas supplies |
| 5/30/2024 | 8032636 | ANJ Consulting Services LLC | 4/11/2024 | $2,830.00 | Electrical Contractor |
| 5/30/2024 | 8032637 | FedEx | 4/24/2024 | $258.97 | Freight |
| 5/30/2024 | 8032638 | Environmental Process Technologies | 6/14/2023 | $2,500.00 | Environmental consultant |
| 5/30/2024 | 8032639 | Trinity Consultants Inc | 3/2/2022 | $1,500.00 | Environmental consultant |
| 5/30/2024 | 8032640 | UB Greensfelder, Hemker & Gale P.C. | 9/17/2021 | $2,500.00 | Attorney fees |
| 5/31/2024 | 8032641 | Quench USA Inc | 4/1/2024 | $749.19 | Supplies |
| 5/31/2024 | 8032642 | Uline | 6/28/2024 | $900.00 | Packing supplies |
| 5/31/2024 | 8032643 | Richard Jenkins | 2/2/2024 | $3,531.24 | Supplies reimbursement |
| 6/3/2024 | 8032644 | Master Cut EDM Inc | 6/13/2024 | $2,185.00 | Dies |
| 6/6/2024 | 8032645 | Anderson Pest Solutions | 5/5/2024 | $127.65 | Pest control |
| 6/6/2024 | 8032646 | AT&T Long Distance | 4/19/2024 | $69.56 | Phones |
| 6/6/2024 | 8032647 | AT&T | 2/19/2024 | $366.81 | Voided - 6/13/24 ret'd to the bank |
| 6/6/2024 | 8032648 | AT&T | 3/1/2024 | $541.10 | Phones |
| 6/6/2024 | 8032649 | AT&T | 5/7/2024 | $76.45 | Voided - 6/13/24 ret'd to the bank |
| 6/6/2024 | 8032650 | AT&T | 5/7/2024 | $1,277.21 | Voided - 6/13/24 ret'd to the bank |
| 6/6/2024 | 8032651 | Chardon Labs | 5/16/2023 | $1,040.00 | Lab tests |
| 6/6/2024 | 8032652 | Chicago Spectro | 12/7/2023 | $315.00 | Lab tests |
| 6/6/2024 | 8032653 | Chris Valadez | 5/16/2024 | $32.16 | Employee reimbursement |
| 6/6/2024 | 8032654 | Evoqua | 10/17/2023 | $832.96 | Supplies |
| 6/6/2024 | 8032655 | FedEx | 5/22/2024 | $34.66 | Freight |
| 6/6/2024 | 8032656 | Freedom Fastener | 6/23/2023 | $726.75 | Supplies |
| 6/6/2024 | 8032657 | Konica Minolta | 5/10/2024 | $760.91 | Copier supplies |
| 6/6/2024 | 8032658 | T-Mobile | 5/12/2024 | $1,065.74 | Phones |
| 6/6/2024 | 8032659 | Town of Cicero | 5/6/2024 | $2,486.40 | Water |
| 6/6/2024 | 8032660 | Toyota Industries Commercial Finance | 5/2/2024 | $855.23 | Forklift lease payment |
| 6/6/2024 | 8032661 | Unify | 1/19/2024 | $0.00 | returned at the bank. Incorrect amt written! |
| 6/6/2024 | 8032662 | UPS | 5/18/2024 | $142.33 | Freight |
| 6/6/2024 | 8032663 | Video & Sound | 10/1/2023 | $3,213.00 | 1/4ly lease payment- security cameras |
| 6/6/2024 | 8032664 | Refractory Eng'g | 3/29/2024 | $2,963.95 | Casting supplies |
| 6/6/2024 | 8032665 | Warehouse Direct | 3/8/2024 | $561.16 | Supplies |
| 6/6/2024 | 8032666 | Crane Tech | 2/13/2024 | $945.00 | Supplies |
| 6/7/2024 | 8032667 | Pat Mooney | 6/5/2024 | $729.65 | Saw baldes |
| 6/11/2024 | 8032668 | United Scrap Metal Inc | 6/11/2024 | $5,100.00 | Raw material purchase |
| 6/12/2024 | 8032669 | EMT Electrical Company | 6/12/2024 | $1,800.00 | Electrical Contractor |
| 6/13/2024 | 8032670 | Pat Mooney Inc | 6/13/2024 | $111.25 | Saw baldes |
| 6/13/2024 | 8032671 | World Asia Logistics Inc | 3/10/2024 | $185.00 | Freight |
| 6/14/2024 | 8032672 | United Steelworkers-Union | 2/29/2024 | $0.00 | Voided 8/02/24 - never sent out. |
| 6/14/2024 | 8032673 | AT&T | 2/19/2024 | $0.00 | Voided 7/15/24 - never cashed. Reissued. |

| | | | | | |
|---|---|---|---|---|---|
| 6/14/2024 | 8032674 | AT&T | 5/7/2024 | $1,277.21 | Phones |
| 6/14/2024 | 8032675 | AT&T | 5/7/2024 | $76.45 | Phones |
| 6/14/2024 | 8032676 | Archer McKinley | 3/26/2024 | $5,000.00 | IT Consutant |
| 6/17/2024 | 8032677 | Perfect Temperature Inc | 12/5/2022 | $777.40 | Maintenance |
| 6/17/2024 | 8032678 | Industrial Overlay Inc | 6/14/2024 | $2,044.00 | Dies |
| 6/19/2024 | 8032679 | The Home City Ice Co | 6/19/2024 | $135.00 | Supplies |
| 6/26/2024 | 8032680 | Economy Disposal Service | 3/11/2024 | $1,266.05 | Garbage removal |
| 7/2/2024 | 8032681 | ANJ Consulting Services LLC | 6/5/2024 | $1,945.00 | Electrical Contractor |
| 7/2/2024 | 8032682 | Rosenwoodrose | 7/2/2024 | $2,500.00 | Attorney fees |
| 7/5/2024 | 8032683 | Archer McKinley Inc | 3/26/2024 | $5,000.00 | IT Consutant |
| 7/9/2024 | 8032684 | Town of Cicero | 6/5/2024 | $2,486.41 | Water |
| 7/11/2024 | 8032685 | Anderson Pest Solutions | 6/2/24 | 127.65 | Pest control |
| 7/11/2024 | 8032686 | Archer McKinley Inc | 4/2/24 | 5000.00 | IT Consutant |
| 7/11/2024 | 8032687 | ANJ Consulting Services LLC | 6/18/24 | 1810.00 | Electrical Contractor |
| 7/11/2024 | 8032688 | AT&T Mobility | 6/1/24 | 175.40 | Phones |
| 7/11/2024 | 8032689 | AT&T | 6/7/24 | 77.57 | Phones |
| 7/11/2024 | 8032690 | AT&T | 6/7/24 | 1295.44 | Phones |
| | 8032691 | | | | Void |
| 7/11/2024 | 8032692 | AT&T Long Distance | 5/19/24 | 129.12 | Phones |
| 7/11/2024 | 8032693 | AT&T | 5/19/24 | 150.23 | Phones |
| 7/11/2024 | 8032694 | Christopher Valadez | 6/28/24 | 40.87 | Employee reimbursement |
| 7/11/2024 | 8032695 | Cyrantech | 5/7/24 | 413.99 | Supplies |
| 7/11/2024 | 8032696 | Delta Screw Company | 5/28/24 | 300.00 | Supplies |
| 7/11/2024 | 8032697 | FedEx | 5/29/24 | 255.11 | Freight |
| 7/11/2024 | 8032698 | Max Lutes | 6/28/24 | 14.07 | Employee reimbursement |
| 7/11/2024 | 8032699 | Quadient Finance USA Inc | 6/20/24 | 128.95 | Postage machine |
| 7/11/2024 | 8032700 | T-Mobile | 6/12/24 | 1065.74 | Phones |
| 7/11/2024 | 8032701 | UPS | 6/8/24 | 94.29 | Freight |
| 7/12/2024 | 8032702 | Chicago Spectro Service Labs Inc | 1/16/2024 | $555.00 | Lab tests |
| 7/15/2024 | 8032703 | Metals Technology Corp | 6/21/2024 | $279.50 | heat treating service |
| 7/15/2024 | 8032704 | AT&T | 2/19/2024 | $366.81 | Reissued - stopped payment on original. |
| 7/18/2024 | 8032705 | Pat Mooney Inc | 7/18/2024 | 766.70 | Saw baldes |
| 7/19/2024 | 8032706 | ITU Absorb Tech | 4/1/24 | 741.37 | Plant sanitation expense |
| 7/19/2024 | 8032707 | Sterling Staffing Inc | 5/13/24 | 1597.60 | Temporary Agency employees |
| 7/26/2024 | 8032708 | ANJ Consulting Services LLC | 7/1/24 | 1445.00 | Electrical Contractor |
| 7/31/2024 | 8032709 | ANJ Consulting Services LLC | 7/3/24 | 2485.00 | Electrical Contractor |
| 8/1/2024 | 8032710 | EMT Electrical Company | 1/13/23 | 2500.00 | Electrical Contractor |
| 8/13/2024 | 8032711 | Void for New Bank | | | |
| | | | **Total:** | **$119,989.96** | |
| | | | | | |
| | | **Checks written through June:** | | **$86,243.14** | |