**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11552 |
| | ) | |
| Berkshire Investments LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable David D. Cleary |
| | ) | |

**NOTICE OF ENTRY OF COURT ORDER**

To: See attached service list

PLEASE TAKE NOTICE that on September 4, 2024, this Court entered the attached Second Interim Order (1) authorizing (A) secured post-petition financing on a super priority basis pursuant to 11 U.S.C. Section 364, (B) use of cash collateral pursuant to 11 U.S.C. Section 363 and (C) grant of adequate protection pursuant to 11 U.S.C. Section 363 and 264; (II) scheduling a final hearing pursuant to Bankruptcy Rule 4001(C); and (III) shortening notice.

The final hearing shall take place on **September 11, 2024 at 11:00 a.m.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 122 6457**, and the passcode is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

Berkshire Investments, LLC

By: /s/ Carolina Y. Sales

Steven R. Jakubowski, #6191960
Carolina Y. Sales, #6287277
Robbins DiMonte, Ltd.
180 North LaSalle Street, Suite 330
Chicago, Illinois 60601
Office: 312-456-0191
Fax: 312-782-6690
Emails: sjakubowski@robbinsdimonte.com
csales@robbinsdimonte.com

## CERTIFICATE OF SERVICE

I, Carolina Y. Sales, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 6, 2024. .

/s/ Carolina Y. Sales

**SERVICE LIST:**

**VIA U.S. Mail**

Brian Audette
Perkins Coie, LLP
110 N. Wacker Drive, Suite 3400
Chicago, Illinois 60606
*Counsel for Interested Party X-Metal Acquisition, LLC*

William J. Factor
Law Office of William J. Factor, Ltd.
105 W. Madison Street, Suite 2300
Chicago, Illinois 60602
*Counsel for Other Prof. NELI International Incorporated*

Elizabeth L. Janczak
Shelly A. DeRousse
Smith Gambrell & Russell LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
*Proposed Counsel for the Official Unsecured Creditors' Committee*

Steven A. Yokich
Bloch, Bennett, Cervone, Auberach & Yokich, LLP
8 S Michigan Ave, 19th Floor
Chicago, Illinois 60603
*Counsel for Creditor United Steelworkers*

Joshua D. Green
219 S. Dearborn St., Suite 873
Chicago, IL 60604-2027
*U.S. Department of Justice - U.S. Trustee Program*

Citibank, N.A.
Attn: Legal Department
388 Greenwich Street
New York, New York 10013
*Secured Creditor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Berkshire Investments LLC, | ) | Casse No. 24-11552 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |

**SECOND INTERIM ORDER (I) AUTHORIZING (A) SECURED POST-PETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. SECTION 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTION 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. SECTION 363 AND 364; (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(C); AND (III) SHORTENING NOTICE**

Upon the motion (the *"Motion"*) dated August 12, 2024, of Berkshire Investments LLC (the *"Debtor"*) in the above-captioned case (a) seeking this Court's authorization pursuant to sections 105, 361, 363(c), 363(e), 364(c) and 364(d) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the *"Bankruptcy Code"*) and Rules 2002, 4001(c), 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), and Rules 4001-2 and 5005- 3(D) of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the *"Local Rules"*) for the Debtor, *inter alia,* (i) to obtain post-petition financing (the *"Post-Petition Financing"*), up to an aggregate principal amount not to exceed $3,500,000 (as limited by the borrowing base formulas contained in the DIP Credit Agreement) at any time outstanding, plus accrued interest on the aggregate principal amount from NELI International Incorporated, a corporation formed under the laws of the Province of Ontario, Canada (the *"Lender"*); (ii) to grant the Lender first priority liens and security interests in all of the Debtor's currently owned and after acquired property to secure the Debtor's obligations under the Post-Petition Financing and (iii) to accord the Lender a super priority administrative claim pursuant to Section 364(c)(1) of the Bankruptcy Code in respect of all obligations under the Post-Petition Financing with priority in payment for such obligations over any and all administrative expenses of the kinds specified in Bankruptcy Code sections 503(b) and 507(b), other than as described below and specifically excepting and subject and subordinate to the Carve-Out (as defined below in paragraph 13 hereof); (b) seeking this Court's authorization to use the Lender's cash collateral within the meaning of Bankruptcy Code section 363(a) (the *"Cash Collateral"*), pursuant to Bankruptcy Code section 363(c), and to provide adequate protection pursuant to Bankruptcy Code sections 361, 363(e) and 364(d) to the Lender; (c) seeking a preliminary hearing (the *"Preliminary Hearing"*) on the Motion to consider entry of an interim order pursuant to Bankruptcy Rule 4001 authorizing the Debtor to borrow from the Lender under the Post-Petition Financing up to $3,500,000 (as limited by the borrowing base formulas contained in the DIP Credit Agreement), on an interim basis upon entry of the Interim Order, plus accrued interest on the aggregate principal

1

amount, upon the terms and conditions set forth in the Interim Order, pending the Final Hearing referred to below; (d) requesting that a final hearing (the *"Final Hearing"*) be scheduled by this Court to consider entry of a final order (the *"Final Order"* and together with the Interim Order, the *"Financing Orders"*), authorizing upon entry of the Final Order on a final basis the Post-Petition Financing in the total aggregate amount of Credit Limit as set forth in the Credit Agreement; and (e) requesting that notice of the Motion be shortened under the circumstances, together with all other rights and remedies requested in the Motion. Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the First Interim Order (as defined below) or the DIP Credit Agreement (as defined in the First Interim Order).

**IT IS HEREBY ORDERED** that:

1. *Motion Granted.* The Motion is granted as set forth herein.

2. *Effectiveness of First Interim Order.* The definitions, findings of fact, conclusions of law, and stipulations set forth in the *Interim Order (I) Authorizing (A) Secured Post-Petition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. Section 363 and 364; (II) Scheduling a Final Hearing Pursuant to Rule 4001(C); and (III) Shortening Notice* entered on August 14, 2024 as docket number 22 (the "*First Interim Order*") are hereby adopted and incorporated by reference. The provisions of the First Interim Order will continue in full force and effect except as otherwise set forth herein.

3. *Authorization.* The Debtor's authorization to (a) borrow money, use Cash Collateral, and perform its obligations pursuant to the provisions of the First Interim Order and (b) enter into the DIP Loan Documents set forth in the First Interim Order is extended to and including September 18, 2024 pursuant to the Approved Budget attached hereto as Exhibit A.

4. *Amendments to DIP Credit Agreement.* The DIP Credit Agreement attached to the First Interim Order as Exhibit A is amended as follows:

    (a) The reference to a $375,000 good faith deposit by the Stalking Horse Bidder in Section 2.1(iii) is hereby modified to $325,000.

    (b) The Milestone in Section 4.10(ii) set for September 4, 2024 is hereby modified to September 11, 2024.

    (c) The Milestone in Section 4.10(iii) set for September 30, 2024 is modified to October 8, 2024.

    (d) The Milestone in Section 4.10(vi) set for November 4, 2024 is modified to November 22, 2024.

    (e) Section 6.1 is hereby modified to read as follows:

        Unless terminated sooner by reason of acceleration or otherwise, payment of the DIP Loan shall be due upon the financing

2

    arrangements contemplated hereby shall be in effect until the earliest of (i) November 22, 2024, (ii) the closing of a sale of all or substantially all of the assets of the Debtor's bankruptcy estate pursuant to the Section 363 Sale, or (iii) an Event of Default (the "Maturity Date").

 (f) The definition of "DIP Collateral" in Annex A to the DIP Credit Agreement is hereby amended to change the reference of subsection (r) to subsection (s) and to add a new subsection (r) after subsection "(q) vehicles" and before the word "and" that reads as follows:

    (r) the Escrow Account created pursuant to the Escrow Account Pledge Agreement;

 (g) Two new definitions shall be added to Annex A to the DIP Credit Agreement after the definition of "Environmental Permits" that read as follows:

    "Escrow Account" means that certain post-petition escrow account maintained by United Escrow Co., Inc., under the terms and conditions set forth in that certain "Escrow Agreement" (as it may be modified from time to time), by and among the Debtor, the Stalking Horse Bidder, and United Escrow Co., Inc.

    "Escrow Account Pledge Agreement" means that certain post-petition Escrow Account Pledge and Security Agreement (as it may be modified from time to time) entered into by and among the Debtor, the Stalking Horse, and the Lender.

 5. Any notices sent by the Lender or X-Metals Acquisition LLC pursuant to the Escrow Account Pledge Agreement shall be sent contemporaneously to counsel for the Official Committee of Unsecured Creditors (but only if the Committee is still in existence).

 6. *Subsequent Hearing; Procedure for Objections and Entry of Final Order.* The Motion is set for a Final Hearing before this Court at **11:00 a.m. on September 11, 2024** (or such later date to which the Final Hearing is adjourned or continued with the Lender's consent, the "*Final Hearing Date*"), at which time any party in interest may present any timely filed objections to the entry of a Final Order, in form and substance acceptable to the Lender in its sole discretion. The Debtor shall, within five (5) days from the entry of this Interim Order, serve a notice of entry of this Second Interim Order and the Final Hearing, together with a copy of this Second Interim Order, by regular mail upon (i) the Noticed Parties, (ii) proposed counsel for the Official Committee of Unsecured Creditors, and (iii) any other party which theretofore has filed in the Chapter 11 Case a request for special notice with this Court and served such request upon the Debtor's counsel. The notice of the entry of this Second Interim Order and the Final Hearing shall state that objections to the entry of a Final Order on the Motion shall be in writing and shall be filed with the United States Bankruptcy Clerk for the Northern District of Illinois no later than **September 6, 2024**, **which objections shall be served so that the same are received on or**

3

**before 4:00 p.m. (prevailing Central time) of such date** by (i) Steve Jakubowski and Carol Sales, Robbins DiMonte, Ltd., counsel to the Debtor, (ii) Teresa Ruiz Schober, Schober & Schober, P.C., counsel to the Lender, (iii) Elizabeth L. Janczak, Smith Gambrell & Russell LLP, proposed counsel to the Official Committee of Unsecured Creditors; (iv) U.S. Department of Justice, and (v) the Office of the U.S. Trustee. Any objections by creditors or other parties in interest to any of the provisions of this Interim Order shall be deemed waived unless filed and served in accordance with this paragraph.

7. *Order Effective.* This Interim Order shall be effective as of the date of signature by the Court.

Dated:  September 4, 2024

_____
HONORABLE DAVID D. CLEARY
UNITED STATES BANKRUPTCY COURT

4

# EXHIBIT A

| Chicago Extruded Metals | | Actual | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIP Financing Forecast | | 8/8/2024 | 8/12/2024 | 8/19/2024 | 8/26/2024 | 9/2/2024 | 9/9/2024 | 9/16/2024 | 9/23/2024 | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 | 11/4/2024 | 11/11/2024 | 11/18/2024 |
| Opening A/R | $ | 605,110 | $ 585,838 | $ 789,274 | $ 535,896 | $ 666,231 | $ 564,863 | $ 814,773 | $ 1,475,074 | $ 2,006,739 | $ 2,877,566 | $ 3,533,762 | $ 4,218,896 | $ 4,615,291 | $ 4,795,176 | $ 4,879,296 | $ 4,775,181 |
| Sales | $ | 120,404 | 251,333 | 71,276 | 212,622 | 88,611 | 347,350 | 693,860 | 869,625 | 897,860 | 873,745 | 873,745 | 873,745 | 873,745 | 873,745 | 873,745 | 729,370 |
| Credits / Write-offs | $ | (123,844) | 1,627 | (49,244) | (74) | (85,000) | (5,000) | (5,000) | (85,000) | (5,000) | (5,000) | (85,000) | (5,000) | (5,000) | (5,000) | (85,000) | (5,000) |
| Collections | $ | (57,743) | (49,524) | (248,131) | (82,214) | (104,979) | (92,440) | (28,559) | (252,960) | (22,032) | (212,549) | (103,611) | (472,350) | (688,860) | (784,625) | (892,860) | (868,745) |
| Closing A/R | $ | 543,927 | 789,274 | 563,175 | 666,231 | 564,863 | 814,773 | 1,475,074 | 2,006,739 | 2,877,566 | 3,533,762 | 4,218,896 | 4,615,291 | 4,795,176 | 4,879,296 | 4,775,181 | 4,630,806 |
| Ineligible / Contra A/R | $ | (342,873) | (480,000) | (480,058) | (426,840) | (350,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) | (200,000) |
| Net Closing A/R | $ | 201,055 | 309,274 | 83,116 | 239,391 | 214,863 | 614,773 | 1,275,074 | 1,806,739 | 2,677,566 | 3,333,762 | 4,018,896 | 4,415,291 | 4,595,176 | 4,679,296 | 4,575,181 | 4,430,806 |
| Advance Rate | | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| Advance on Eligible A/R | $ | 160,844 | $ 247,419 | $ 66,493 | $ 191,513 | $ 171,891 | $ 491,819 | $ 1,020,059 | $ 1,445,391 | $ 2,142,053 | $ 2,667,010 | $ 3,215,117 | $ 3,532,233 | $ 3,676,141 | $ 3,743,437 | $ 3,660,145 | 3,544,645 |
| Opening RM | $ | 1,827,193 | 1,868,818 | 1,810,761 | 1,910,157 | 2,138,370 | 2,327,370 | 2,231,370 | 2,242,485 | 2,221,485 | 2,270,985 | 2,329,485 | 2,204,985 | 2,179,485 | 2,153,985 | 2,219,100 | 2,178,800 |
| Opening WIP | $ | 214,859 | 81,100 | 89,574 | 93,996 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 | 89,574 |
| Opening Billets | $ | 223,829 | 222,203 | 201,138 | 223,581 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 | 201,138 |
| Opening FG | $ | 116,276 | 160,984 | 95,879 | 111,169 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 | 95,879 |
| Less Shrink | $ | - | | | | (1,987) | (16,019) | (30,437) | (26,699) | (30,437) | (26,699) | (26,699) | (26,699) | (26,699) | (26,699) | (26,699) | (26,699) |
| Purchases | | | | 132,160 | | | | | | | | | | | | | |
| Closing Inventory | $ | 2,382,157 | 2,333,105 | 2,329,512 | 2,338,903 | 2,522,974 | 2,697,942 | 2,587,524 | 2,602,377 | 2,577,639 | 2,630,877 | 2,689,377 | 2,564,877 | 2,539,377 | 2,513,877 | 2,578,992 | 2,538,692 |
| Advance Rate | | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% | 75% |
| Advance on Eligible Inventory | | 1,786,618 | 1,749,829 | 1,747,134 | 1,754,177 | 1,892,230 | 2,023,456 | 1,940,643 | 1,951,783 | 1,933,230 | 1,973,158 | 2,017,033 | 1,923,658 | 1,904,533 | 1,885,408 | 1,934,244 | 1,904,019 |
| Cash Collateral-100% | | | | | | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 |
| Total Available Collateral | $ | 1,947,461 | $ 1,997,248 | $ 1,813,627 | $ 1,945,690 | $ 2,389,121 | $ 2,840,275 | $ 3,285,703 | $ 3,722,174 | $ 4,400,283 | $ 4,965,168 | $ 5,557,150 | $ 5,780,891 | $ 5,905,674 | $ 5,953,845 | $ 5,919,389 | 5,773,664 |
| Beginning DIP Loan Balance | $ | - | $ (57,743) | $ 98,183 | $ 98,288 | $ 189,460 | $ 489,437 | $ 1,021,410 | $ 1,583,166 | $ 1,980,100 | $ 2,478,980 | $ 3,007,625 | $ 3,379,261 | $ 3,497,920 | $ 3,467,201 | $ 3,370,791 | 3,203,734 |
| Payments: | | | | | | | | | | | | | | | | | |
| Metal suppliers-Metalsco/others | | - | | | 42,800 | 226,600 | 390,576 | 259,715 | 308,753 | 382,542 | 438,795 | 315,320 | 160,845 | 399,640 | 314,562 | 425,761 | 259,715 |
| Supplies | | | | 132,160 | 31,161 | 20,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Payroll - Hourly | | | 57,600 | 66,500 | 58,565 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 |
| Payroll - Salary | | | 72,800 | | 74,806 | 75,329 | | 75,329 | | 75,329 | | 75,329 | | 75,329 | | 75,329 | 75,329 |
| CEO and CFO Compensation/Reimbursement | | | | | | 21,000 | | 21,000 | | | 21,000 | | | | 21,000 | | |
| Benefits - 401-K | | | | 9,841 | 5,000 | 11,500 | 5,000 | 11,500 | 5,000 | 11,500 | 5,000 | 11,500 | 5,000 | 11,500 | 5,000 | 11,500 | 11,500 |
| Health Insurance | | | | | 3,866 | 87,326 | | | | | | 3,866 | 93,000 | 93,000 | 3,866 | | 178,000 |
| Utilities | | | | | | 4,000 | 100,000 | 95,000 | 15,000 | 4,000 | | | 95,000 | 15,000 | 4,000 | | |
| Travel | | | | | | | | | 5,000 | 5,000 | | 5,000 | | 5,000 | | 5,000 | |
| Insurance - Risk | | | | | 7,941 | 100,000 | | | 25,000 | | | | | 25,000 | | | 25,000 |
| Tooling | | | | | | 7,500 | 7,500 | | 7,500 | | 7,500 | | 7,500 | 7,500 | | 7,500 | 7,500 |
| Miscellaneous Vendors | | | | 2,944 | 5,020 | 15,000 | 15,000 | 18,000 | 15,000 | 20,000 | 10,000 | 20,000 | 15,000 | 15,000 | 15,000 | 20,000 | |
| Furnace/Lease Repair | | | | | | | | | | | | 35,000 | | | | 100,000 | |
| DIP/Legal Fees | | | 5,000 | | 7,309 | | | | | | 100,000 | | | 150,000 | | | 300,000 |
| DIP Bank Interest | | | 50 | 50 | | 266 | 687 | 1,434 | 2,223 | 2,780 | 3,480 | 4,223 | 4,744 | 4,911 | 4,868 | 4,733 | 4,498 |
| DIP Collateral Monitoring | | | 70,000 | | | | 1,865 | | | | | 9,999 | | | | 22,305 | |
| Pre-Petition Bank Interest - Revolver | | | | | 893 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 2,246 | 4,493 |
| Pre-Petition Bank Interest - Term Loan | | | | | 560 | 844 | 844 | 844 | 844 | 844 | 844 | 844 | 844 | 844 | 844 | 844 | 1,687 |
| U.S. Trustee Fees | | | | | | | | | | 26,250 | | | 26,250 | | | 26,165 | |
| Lease Payments | | | | | | | | | | | | | | | | 26,250 | |
| Payments Made for week plus outstanding checks | | - | 205,450 | 201,654 | 238,896 | 404,956 | 624,413 | 590,315 | 649,894 | 520,912 | 741,194 | 475,248 | 591,008 | 658,141 | 688,215 | 725,803 | 997,721 |
| Borrowing against the LOC | | - | 205,450 | 246,550 | 194,000 | 404,956 | 624,413 | 590,315 | 649,894 | 520,912 | 741,194 | 475,248 | 591,008 | 658,141 | 688,215 | 725,803 | 997,721 |
| Less Collections | | (57,743) | (49,524) | (248,131) | (82,214) | (104,979) | (92,440) | (28,559) | (252,960) | (22,032) | (212,549) | (103,611) | (472,350) | (688,860) | (784,625) | (892,860) | (868,745) |
| Timing | | | | | | (20,614) | | | | | | | | | | | |
| Ending DIP Loan Balance | | (57,743) | 98,183 | 96,602 | 189,460 | 489,437 | 1,021,410 | 1,583,166 | 1,980,100 | 2,478,980 | 3,007,625 | 3,379,261 | 3,497,920 | 3,467,201 | 3,370,791 | 3,203,734 | 3,332,710 |
| Pre-Petition Loan Balance | | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 | 1,599,990 |
| Advance - (Over) / Under | | 405,215 | 299,075 | 117,036 | 156,240 | 299,694 | 218,875 | 102,547 | 142,084 | 321,313 | 357,554 | 577,899 | 682,982 | 838,483 | 983,064 | 1,115,666 | 840,964 |