UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** David D. Cleary          **Hearing Date** September 20, 2024

**Bankruptcy Case** 24bk11552          **Adversary No.**

**Title of**

Berkshire Investments, LLC

**Brief Statement of Motion**   Application to Set Hearing on Emergency Motion.   EOD #68

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**Application is Granted**. Emergency Motion is to be set for hearing on September 25, 2024, at 9:30 a.m., at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604, or via Zoom for Government - Judge Cleary.

*/s/ David D. Cleary*
JPB