# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

| In Re: | ) | BK No.: 24-11552 |
|---|---|---|
| Berkshire Investments LLC | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY AND RETAIN GERALD BAUMAN & COMPANY, P.C. AS ACCOUNTANT FOR DEBTOR IN POSSESSION

THIS CAUSE coming to be heard on the Amended Application (the "Application") of Berkshire Investments LLC, for an order authorizing the employment and retention of Gerald Bauman of Gerald Bauman & Company, P.C. ("Bauman"), as accountant pursuant to Section 327(a) of the Bankruptcy Code; and upon the accompanying Amended Affidavit of Gerald Bauman (the "Bauman Affidavit"),

IT IS HEREBY ORDERED:

1. The Application is granted as stated herein.

2. The Debtor is hereby authorized to employ Bauman effective as of December 11, 2024 and to pay Bauman (a) a $3,000 flat fee as a final payment for the preparation of the 2023 IRS Form 1065 U.S. Return of Partnership Income and 2023 IL-1065 Partnership Replacement Tax Return (the "2023 Returns") and (b) a $4,500 flat fee as a final payment for the preparation of the 2024 IRS Form 1065 U.S. Return of Partnership Income and 2024 IL-1065 Partnership Replacement Tax Return (the "2024 Returns"), without the necessity for Bauman to file an application for compensation.

3. In full satisfaction of the amounts to be paid pursuant to Paragraph 2 hereof, (i) Bauman is authorized to retain the aggregate $6,700 in postpetition payments received from the Debtor in November 2024 and (ii) the Debtor shall pay an additional $800 to Bauman.

4. Bauman hereby waives its prepetition nonpriority, unsecured claim in the amount of $19,142.00, Claim Number 20, filed September 27, 2024.

5. Bauman agrees (a) to complete the 2023 Return by January 15, 2025, (b) within two weeks after receipt of the 2024 General Ledger from the Debtor to complete the 2024 Return (currently projected at no later than January 31, 2025), and (c) to make available upon reasonable request of any chapter 7 trustee appointed in this case all workpapers supporting the 2023 Return and the 2024 Return.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 30, 2024

**Prepared by:**

Steven R. Jakubowski (ARDC #6191960)
Carolina Y. Sales (ARDC #6287277)
ROBBINS DIMONTE, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
Tel: 312-782-9000
sjakubowski@robbinsdimonte.com
csales@robbinsdimonte.com