**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO (EASTERN) DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Berkshire Investments LLC | ) | CASE NO.  24-11552-DHD |
| | ) | |
| Debtor. | ) | Hon. David H DeCelles |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE David H DeCelles

NOW COMES Cindy M. Johnson, Trustee herein, pursuant to 11 U.S.C. §330, and requests $21,696.28 as compensation and $776.28 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $368,925.52. Pursuant to 11 U.S.C.§326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $15,946.28 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $21,696.28 |

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $505.50 |
| Postage | $270.78 |
| | |
| TOTAL EXPENSES | $776.28 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:  May 24, 2026                              /s/ Cindy M. Johnson
                                                  Cindy M. Johnson, Trustee

Cindy M. Johnson
53 W. Jackson Blvd
Suite 1337
Chicago, IL 60604
Business          (312) 345-1306