Form U-3 (20241001)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:

Berkshire Investments LLC

Case Number: 24-11552

Chapter: 7

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Chapter 7 trustee Cindy M. Johnson gives notice under Bankruptcy Rules 3010 and 3011 of the deposit of unclaimed property with the clerk of the bankruptcy court:

1.   The trustee was duly appointed, is qualified, and continues to serve in the case listed on the attached Exhibit.

2.   The trustee has distributed (and re-distributed where appropriate) one or more checks to the payee(s) listed on the Exhibit.

3.   As set forth on the Exhibit, distribution or refund checks have either (i) been returned to the trustee marked "Return to Sender, No Forwarding Address" or with a similar indication from the U. S. Postal Service that the checks could not be delivered; (ii) not been cashed within 90 days of the date of distribution; or (iii) not been issued because the amounts fall under the threshold in Rule 3010 and must be deposited with the court.

4.   Except for checks not issued in accordance with Rule 3010, the trustee has made reasonable attempts to locate the payee(s) without success. As set forth on the Exhibit, the trustee has made a good faith effort to verify and obtain the correct mailing addresses and to deliver funds to the payees before filing this report. These efforts included searching for correct addresses and other contact information (telephone number or email address) in the court's records, searching in correspondence with payees, and using internet search engines and free or fee/subscription-based databases available to the trustee.

5.   The trustee has stopped payment on the outstanding unclaimed fund checks identified in the Exhibit.

6.   In accordance with 11 U.S.C. § 347, after this report was filed, the trustee delivered check # 1041 in the amount of $5.93 to the clerk of the court for deposit into the court's registry including the amounts listed on the Exhibit.

7.   An applicant seeking payment of unclaimed funds deposited with the court must complete an "Application for Payment of Unclaimed Funds." This form and instructions can be located on the court's website: https://www.ilnb.uscourts.gov/unclaimed-funds.

Dated: 7/1/2026

Respectfully submitted,

Prepared by:

/s/Cindy M Johnson

Carleen L Cignetto
on behalf of Cindy M Johnson, Trustee
53 W Jackson Blvd, Suite 1337
Chicago, IL 60604
(312) 345-1306
CMJTrustee@jnlegal.net

Trustee