**Exhibit**

Debtor:  Berkshire Investments, LLC

**Case Number:**  24-11552

Joint Debtor:

**Last/Business Name:**  R&L Carriers, Inc

**First Name:**                                                    **Middle Name:**

Address 1: 600 Gilliam Road

Address 2:

City: Wilmington          State:  OH          Zip: 45177

Address Source: Proof of Claim          Explanation:  BK Rule 3010          Attempted Contact:

Amount: 1.98

**Last/Business Name:**  Anderson Pest Solutions

**First Name:**                                                    **Middle Name:**

Address 1: Attn: Bankruptcy Team

Address 2: 1125 Berkshire Blvd., Suite 150

City: Reading          State:  PA          Zip: 19610

Address Source: Proof of Claim          Explanation:  BK Rule 3010          Attempted Contact:

Amount: 3.95

**Last/Business Name:**

**First Name:**                                                    **Middle Name:**

Address 1:

Address 2:

City:          State:          Zip:

Address Source:          Explanation:          Attempted Contact:

Amount: